1 | PHILLIP A. TALBERT
United States Attorney
2 | ANGELA L. SCOTT
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

FILED

MAY 25 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00136 LJO SKO |
|---|---|
| Plaintiff, | 18 U.S.C. § 115(a)(1)(B) – Retaliating Against a Federal Official by Threat |
| v. | |
| CRAIG SHULTS, | |
| Defendant. | |

INDICTMENT

COUNT ONE: [18 U.S.C. § 115(a)(1)(B) – Retaliating Against a Federal Official by Threat]

     The Grand Jury charges: T H A T

                    CRAIG SHULTS,

defendant herein, in or about September 2016; on or about October 25, 2016; on or about November 27, 2016; and on or about December 11, 2016, in the County of Kern, State and Eastern District of California, did threaten to assault Andrew Guilford, United States District Judge, with intent to retaliate

//
//
//
//
//

INDICTMENT                                  1

Guilford on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

By: **KIRK E. SHERRIFF**

KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT 2