PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CRAIG SHULTS,<br><br>                Defendant. | CASE NO. 1:17-CR-00136-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: July 7, 2017<br>CURRENT TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto<br><br>PROPOSED DATE: October 2, 2017<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Craig Shults, by and through defendant's counsel of record, Erin Snider, hereby stipulate as follows:

1. Defendant Craig Shults made his initial appearance on the above-captioned matter on June 28, 2017 in the Eastern District of California, Fresno Courthouse. At that time, he was arraigned on the previously filed indictment.

2. At his June 28, 2017 arraignment, this matter was set for a status conference on July 7, 2017 at 2:00 p.m. before United States Magistrate Judge Sheila K. Oberto. Time was not excluded.

3. By this stipulation, defendant now moves to continue the status conference until October 2, 2017, at 1:00 p.m. and to exclude time between July 7, 2017, and October 2, 2017, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 1,500 pages of reports and photographs, as well as audio recordings. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with her client.

c) Counsel has various conflicts in other cases between now and the proposed October 2, 2017 status conference that would not reasonably permit her to try this case any time between now and October 2, 2017.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 7, 2017 to October 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 3, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                                        /s/ ANGELA L. SCOTT
                                       ANGELA L. SCOTT
                                       Assistant United States Attorney


Dated: July 5, 2017                     /s/ per email authorization
                                       ERIN SNIDER
                                       Counsel for Defendant
                                       CRAIG SHULTS


### FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for July 7, 2017, is hereby vacated and continued to October 2, 2017, at 1:00 p.m. It is further ORDERED that the time period between July 7, 2017, and October 2, 2017, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **July 5, 2017**                    /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE