HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CRAIG SHULTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00136-LJO-SKO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| CRAIG SHULTS, | ) Date: January 2, 2018 |
|  | ) Time: 1:00 p.m. |
| Defendant. | ) Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Angela Scott, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Craig Shults, that the status conference currently scheduled for October 2, 2017, at 1:00 p.m. may be moved to January 2, 2018, at 1:00 p.m.

The defense has received initial discovery and has received notice that supplemental discovery is forthcoming. The defense requires additional time to investigate and engage in possible plea negotiations. The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 25, 2017        /s/ Angela Scott
                                ANGELA SCOTT
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: September 25, 2017        /s/ Erin Snider
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                CRAIG SHULTS


## **O R D E R**

In accordance with the parties' stipulation, the status conference currently scheduled for October 2, 2017, at 1:00 p.m. is hereby continued to January 2, 2018, at 1:00 p.m. Pursuant to the agreement of the parties, time is excluded for defense preparation, defense investigation, and plea negotiation purposes. The parties shall be prepared to select a mutually acceptable trial date at the status conference on January 2, 2018.

IT IS SO ORDERED.

Dated:   **September 27, 2017**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE