PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00136-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CRAIG SHULTS, | CURRENT DATE: January 2, 2018
CURRENT TIME: 1:00 p.m.
COURT: Hon. Sheila K. Oberto |
| Defendant. | |
| | PROPOSED DATE: January 16, 2018
PROPOSED TIME: 1:00 p.m.
COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Craig Shults, by and through defendant's counsel of record, Erin Snider, hereby stipulate as follows:

1. Defendant Craig Shults made his initial appearance on the above-captioned matter on June 28, 2017 in the Eastern District of California, Fresno Courthouse. At that time, he was arraigned on the previously filed indictment.

2. At his June 28, 2017 arraignment, this matter was set for a status conference on July 7, 2017, at 2:00 p.m. before United States Magistrate Judge Sheila K. Oberto. Time was not excluded.

3. On July 5, 2017, the status conference was continued to October 2, 2017, at 1:00 p.m. Time was excluded.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4. On September 28, 2017, the status conference was continued to January 2, 2018, at 1:00 p.m. Time was excluded.

5. By this stipulation, the parties now moves to continue the status conference until January 16, 2018, at 1:00 p.m. and to exclude time between January 2, 2018, and January 16, 2018, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

6. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 1,500 pages of reports and photographs, as well as audio recordings. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with her client.

   c) Counsel has various conflicts in other cases between now and the proposed January 16, 2018 status conference that would not reasonably permit her to try this case any time between now and January 16, 2018.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 2, 2018 to January 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 15, 2017             PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ ANGELA L. SCOTT
                                     ANGELA L. SCOTT
                                     Assistant United States Attorney


Dated: December 15, 2017             /s/ per email authorization
                                     ERIN SNIDER
                                     Counsel for Defendant
                                     CRAIG SHULTS


**ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for January 2, 2018, is hereby vacated and continued to January 16, 2018, at 1:00 p.m. It is further ORDERED that the time period between January 2, 2018, and January 16, 2018, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **December 15, 2017**             /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE