McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>CRAIG SHULTS,<br><br>                    Defendant. | CASE NO. 1:17-CR-00136-LJO-SKO<br><br>ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS |

       The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant CRAIG SHULTS, by and through his counsel of record, Erin Snider.

       Good cause showing, IT IS HEREBY ORDERED THAT:

       1.     The government will identify the discovery materials in this case the disclosure of which could jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations (the "Sensitive Materials").

       2.     The government will mark all Sensitive Materials with the following stamp or inscription: "PROTECTIVE ORDER"

       3.     If the government distributes any document, compact disk, or other material bearing the above label, defense counsel and defendant agree to the following as to such material:

   a. Defense counsel shall not distribute Sensitive Materials to anyone other than her own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

   b. Defense counsel may permit defendant to review Sensitive Materials, but only in her presence or in the presence of her own legal staff;

   c. Defense counsel shall not allow anyone other than herself and her legal staff to possess, or maintain possession of, any Sensitive Materials;

   d. Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal.

  4. The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

IT IS SO ORDERED.

 Dated: **June 11, 2018**     **/s/ Lawrence J. O'Neill**
                UNITED STATES CHIEF DISTRICT JUDGE