HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN M. SNIDER, Bar #304781
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRAIG SHULTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00136-LJO-SKO |
|---|---|
| Plaintiff, | ) *UNOPPOSED* MOTION FOR ORDER DIRECTING U.S. PROBATION TO PROVIDE DEFENSE COUNSEL WITH WITNESS ADDRESSES; ORDER |
| vs. | |
| CRAIG SHULTS, | |
| Defendant. | |

The defense moves this Court for an order directing the United States Probation Office ("U.S. Probation") in various districts to provide to defense counsel the addresses for the below-named individuals. Defense counsel has conferred with counsel for the government, who has indicated that she is not taking a position on this request and, thus, will neither join in nor oppose this motion.

By way of background, law enforcement officers conducted interviews of various inmates at Taft Federal Correctional Institution ("Taft FCI") on March 15, 2017. The interviewing agents prepared FD-302 reports documenting the interviews and the government has provided those reports in discovery. Since March 15, 2017, many of those inmates have been released from Bureau of Prisons' custody and are now serving terms of supervised release in various districts in California. The defense intends to call as witnesses three of these individuals:

| Name | BOP Reg. No. | Date of Release | District Court Case No. | Supervising District |
|---|---|---|---|---|
| Julio Caro | 73910-112 | April 27, 2018 | 2:16-cr-00489-GHK-1 | C.D. Cal. |
| Briant Benson | 66006-097 | December 8, 2017 | 2:11-cr-00168-GEB | E.D. Cal. |
| William Ison | Unknown | Unknown[1] | 3:12-cr-4030-DMS-1 | S.D. Cal. |

The presence of these witnesses is required at trial to enable Mr. Shults to present an adequate defense and, accordingly, by separate application, the defense will seek an order that subpoenas be issued for these individuals.

In addition to these three inmates, Mr. Shults anticipates calling as a witness former Lompoc FCI inmate Antonio Rodriguez. Mr. Rodriguez was a cooperating witness in the case of *United States v. John Arthur Walthall*, Case No. 8:14-cr-00192-CJC-1. As explained in greater detail in Mr. Shults's motion for pretrial ruling on the admissibility of impeachment evidence, if the Court permits the government to introduce the testimony of a cooperating witness who claims that Mr. Shults solicited the murder of Judge Guilford while at Lompoc FCI, the defense will seek to impeach the cooperating witness with evidence that the cooperating witness was at Lompoc FCI at the same time Mr. Walthall was charged and convicted of soliciting the murder of Judge Guilford. Two cooperating witnesses—one of which was Mr. Rodriguez—were central in the investigation and prosecution of Mr. Walthall. Mr. Rodriguez was released from the Bureau of Prisons' custody on August 18, 2017, and is currently serving a term of supervised release in the District of Nevada (Case No. 8:01-cr-03123-LSC-1). Mr. Rodriguez's presence at trial will be necessary to present an adequate defense and, accordingly, by separate application, the defense will seek an order that a subpoena be issued for Mr. Rodriguez.

Because these four individuals are no longer in Bureau of Prisons' custody, the defense is

---

[1] There are two individuals with the name William Ison listed on the Bureau of Prisons' inmate locator website. The ages of the two individuals on the Bureau of Prisons' website are not consistent with William Ison's date of birth as listed in the FD-302 provided in discovery. Nevertheless, defense counsel is confident that William Ison has been released from Bureau of Prisons' custody, as he was sentenced to twenty-seven months of imprisonment with a self-surrender date of March 1, 2016. *See* Judgment at 2, *United States v. William Ison*, Case No. 3:12-cr-04030-DMS (S.D. Cal. Nov. 6, 2015).

unaware of their current whereabouts. Each of these individuals is currently supervised by U.S. Probation in the above-identified districts. To aid the defense in interviewing and serving these individuals with subpoenas, the defense requests that this Court issue an order directing U.S. Probation to provide to defense counsel the current addresses of these individuals. Defense counsel agrees that she will not distribute this information to anyone other than legal staff and process servers and such information will be used only for the purpose of this trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 11, 2018      */s/ Erin M. Snider*
ERIN M. SNIDER
Assistant Federal Defender
Attorney for Defendant
CRAIG SHULTS

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

The Court hereby directs the United States Probation Office in the Central District of California to disclose to defense counsel the current address for Julio Caro, Case No. 2:16-cr-00489-GHK-1.

The Court hereby directs the United States Probation Office in the Eastern District of California to disclose to defense counsel the current address for Briant Benson, Case No. 2:11-cr-00168-GEB.

The Court hereby directs the United States Probation Office in the Southern District of California to disclose to defense counsel the current address for William Ison, Case No. 3:12-cr-4030-DMS-1.

The Court hereby directs the United States Probation Office in the District of Nebraska to disclose to defense counsel the current address for Antonio Rodriguez, Case No. 8:01-cr-03123-LSC-1.

All information disclosed pursuant to this order shall be distributed only to defense counsel's legal staff and process servers and such information may be used only for the purpose of trial in this case.

IT IS SO ORDERED.

Dated:  **July 11, 2018**              /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE