1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN M. SNIDER, Bar #304781
   CHARLES J. LEE, Bar #221057
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, CA 93721-2226
5  Telephone: (559) 487-5561
   Fax: (559) 487-5950
6
   Attorneys for Defendant
7  CRAIG SHULTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00136-LJO-SKO |
|---|---|
| Plaintiff, | ) *JOINT* MOTION FOR ORDER DIRECTING U.S. PROBATION TO PROVIDE DEFENSE |
| vs. | ) AND PROSECUTION WITH THE PRESENTENCE REPORT OF CRAIG SHULTS |
| CRAIG SHULTS, | ) IN CENTRAL DISTRICT OF CALIFORNIA CASE NO. 8:12-cr-00090-AG; ORDER |
| Defendant. | ) |

The defense and the prosecution jointly move this Court for an order directing the United States Probation Office ("U.S. Probation") in the Central District of California ("CACD") to provide to counsel for the defense and the government a copy of Craig Shults's Presentence Report in CACD Case No. 8:12-cr-00090-AG.

As this Court is aware from the extensive filings and the hearing on the motions in limine, many of the contested issues in the Eastern District case are related to issues from the above referenced Central District case. As such, the parties are asking the Court to allow both parties to receive a copy of the Presentence Report for the limited purpose of using it in preparation of the instant case.

The parties understand the Presentence Report is a protected document and will not use it for any unauthorized purposes. Additionally, the Presentence Report will not be disseminated by the parties to any unauthorized persons.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 24, 2018                     */s/ Erin M. Snider*
                                          ERIN M. SNIDER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          CRAIG SHULTS


Respectfully submitted,

McGREGOR SCOTT
UNITED STATES ATTORNEY

Date: August 24, 2018                     */s/ Angela Scott*
                                          ANGELA SCOTT
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

# **O R D E R**

The Court hereby directs the United States Probation Office in the Central District of California to disclose to defense counsel and counsel for the government the Presentence Report of Craig Shults in Case No. 8:12-cr-00090-AG. Both counsel for the defense and counsel for the government are authorized to receive this Presentence Report for the limited purpose of preparing for trial in Eastern District of California Case No. 1:17-cr-00136-LJO and this report may not be used for any other unauthorized purposes or provided to any other unauthorized parties.

IT IS SO ORDERED.

Dated: __**August 29, 2018**__     _____/s/ Lawrence J. O'Neill_____
                                                             UNITED STATES CHIEF DISTRICT JUDGE