HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
CHARLES LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
CRAIG SHULTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CRAIG SHULTS,<br><br>  Defendant. | Case No. 1:17-cr-00136-LJO-SKO<br><br>ORDER CONDITIONALLY GRANTING APPLICATION FOR SUBPOENAS DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c)<br><br>Judge: Hon. Lawrence J. O'Neill |

Defendant Craig Shults's Application for Subpoena Duces Tecum is hereby CONDITIONALLY granted pursuant to Federal Rule of Criminal Procedure 17(c). The Court authorizes the issuance of subpoenas duces tecum to the Custodian of Records for Taft Correctional Institution, 1500 Cadet Road, Taft, CA 93268, and the Custodian of Records for Englewood Federal Correctional Institution, 9595 West Quincy Avenue, Littleton, CO 80123 for production of all emails received or sent by William Knox (Reg. No. 67093-112) for the time period from September 1, 2016, through June 30, 2018. HOWEVER, the CONDITION IS: subpoenas must make it clear that the documents are to be sent DIRECTLY TO THE COURT and NOT to Defense Counsel. The Court will review the documents IN CAMERA to make

certain that irrelevant, possibly confidential/privileged (attorney-client)(patient-physician, etc) information is not included in the rather broad request. The Court will move quickly on getting the In Camera Inspection done.

IT IS SO ORDERED.

Dated: **December 3, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE