HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
CHARLES LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
CRAIG SHULTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG SHULTS,<br><br>Defendant. | Case No. 1:17-cr-00136-LJO-SKO<br><br>ORDER GRANTING *CONDITIONALLY* APPLICATION FOR SUBPOENAS DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c)<br><br>Judge: Hon. Lawrence J. O'Neill |

Defendant Craig Shults's Application for Subpoena Duces Tecum is hereby CONDITIONALLY granted pursuant to Federal Rule of Criminal Procedure 17(c). The Court authorizes the issuance of subpoenas duces tecum to the Custodian of Records for Kern County Sheriff's Office, Lerdo Facilities Division, 1500 Cadet Road, Taft, CA 93268, for production of all telephone calls made by William Knox (Inmate No. SO2216362) for the time period of June 1, 2018, through present. The CONDITION is that the log, if one exists, along with the telephone calls, be sent to the Court, and NOT directly to defense counsel, so that an In Camera review can be completed to protect the disclosure from privileged communication.

IT IS SO ORDERED.

Dated: **December 3, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Shults / Application, Points and Authorities
And Declaration for SDT                    2