McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
HENRY Z. CARBAJAL
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG SHULTS,<br><br>Defendant. | CASE NO. 1:17-CR-00136 LJO SKO<br><br>ORDER RE: GOVERNMENT'S EX PARTE APPLICATION TO DISCLOSE REDACTED PRESENTENCE REPORTS |

The Court has received and considered the Government's Ex Parte Application to Disclose Redacted Presentence Reports.

Good cause showing, IT IS HEREBY ORDERED that the government may produce Carlos Galeana's Presentence Reports issued in Central District of California case numbers 8:12-cr-00179-AG and 8:12-00181-AG in a redacted form consistent with the government's discovery obligations.

IT IS SO ORDERED.

Dated: **December 6, 2018**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE