| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ANGELA L. SCOTT<br>HENRY Z. CARBAJAL |
| 3 | Assistant United States Attorneys<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG SHULTS,<br><br>Defendant. | CASE NO. 1:17-CR-00136 LJO SKO<br><br>GOVERNMENT'S EX PARTE APPLICATION TO DISCLOSE REDACTED PRESENTENCE REPORTS; ORDER<br><br><br>TRIAL DATE: December 11, 2018<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

The United States of America, by and through its undersigned counsel, hereby applies for an order authorizing the government to produce redacted versions of Presentence Reports (PSR) for Pavel Valkovich.

As indicated in its witness list filed on December 3, 2018, the government intends to call Pavel Valkovich at trial in the above-captioned matter. On Saturday, December 8, 2018, the government obtained Mr. Valkovich's Presentence Reports ("PSR") in case numbers 09-cr-00022-PA and 09-cr-00511-PA.

The government believes that certain portions of the PSRs may be discoverable. The government seeks to produce redacted versions of the PSRs to defense counsel that comply with its discovery obligations, namely impeachment material. In the interest of Mr. Valkovich's privacy, the

1

government intends to redact personal identifying information, inadmissible criminal history information, and biographical information before producing the PSRs to defense counsel. The government would produce the PSRs pursuant to the Protective Order that the Court has already issued in this case. *See* Doc. at 19. Considering the generally confidential and private nature of PSRs, the government seeks a Court order authorizing it to make this disclosure.

Mr. Shults's defense attorney, Charles Lee, informed me that she has no objection to the *ex parte* nature of this filing.

## **CONCLUSION**

For the reasons set forth above, the government seeks an order authorizing the disclosure of Mr. Valkovich's PSRs in redacted form.

Dated: December 10, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Angela L. Scott*
ANGELA L. SCOTT
HENRY C. CARBAJAL
Assistant United States Attorneys

McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
HENRY Z. CARBAJAL
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00136 LJO SKO |
|---|---|
| Plaintiff, | ORDER RE: GOVERNMENT'S EX PARTE APPLICATION TO DISCLOSE REDACTED PRESENTENCE REPORTS |
| v. | |
| CRAIG SHULTS, | |
| Defendant. | |

The Court has received and considered the Government's Ex Parte Application to Disclose Redacted Presentence Reports.

Good cause showing, IT IS HEREBY ORDERED that the government may produce Pavel Valkovich's Presentence Reports issued in Central District of California case numbers 09-cr-00022-PA and 09-cr-00511-PA to defense in the above-captioned case pursuant to this Court's protective order and in a redacted form consistent with the government's discovery obligations.

IT IS SO ORDERED.

Dated: __**December 11, 2018**__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE