# EXHIBIT N

# UNITED STATES v. SHULTS

# Government Exhibit 44 A

## Participants

Craig Shults (Defendant)
William Knox

## Abbreviations

UI:         Unintelligible
OV:         Overlapping Voice
PH:         Phonetic pronunciation
RV:         Recorded Voice

**Start Date, Time**: 7:45 AM, 12/11/2016

**End Date, Time**: 9:45 AM, 12/11/2016

---

William Knox: Okay. Uh, okay, so let me back up for a second. So all the things we talked about today.

Defendant:    Mm-hm

William Knox: Everything we talked about. Totally, you're committed to everything?

Defendant:    I'm, I, I've committed everything all the way down the pike. Yeh, eh, the, this [OV] this is the last meeting that we will have.

William Knox: On this subject

Defendant:    Where you, no where you can wiggle off the hook.

William Knox: Nah

Defendant:    When they close that door, my commitment to you and your commitment to me are solid. 'Cause I, you have information that I shared with you, I have shared with nobody and I'm going to be honest, in the middle of the night sometimes I wake up and I say oh my God, this guy knows about me, he knows enough to put me away for life.

William Knox: Well, you know a lot about me to, which I'm not comfortable with until we, you know

1

Defendant:     Well, no, we, we are comfortable. So

William Knox: We're getting there.

Defendant:     No, no, we have this agreement right now. I don't tell on myself, I don't tell on my friends and I definitely don't tell on people I don't know.

William Knox: No, I'm, what I mean,

Defendant:     Everything you share with me, goes to my grave.

William Knox: Fair.

Defendant:     Everything I had told you I will do, I will do.

William Knox: So.

Defendant:     Period

William Knox: The passports, the money,

Defendant:     All that

William Knox: All the judges

Defendant:     All those things and, what, what, are trying to [OV]

William Knox: No bullshit

Defendant:     No

William Knox: No bullshit

Defendant:     Listen

William Knox: I mean, 'cause Craig you can tell me, tell me st, if there's anything you said that you've exaggerated on, just tell me and it's not a problem.

Defendant:     So, let me, u, tell it to you this way. I've told you some shit. You've seen me trim my class too. Okay, you've seen me teach. Guys who do what I'm, [UI], you can't make this shit up.

William Knox: You know a lot. You know

Defendant:     So, so

William Knox: You know a lot, there's no doubt about it.

Defendant:     And uh,

William Knox:  Go ahead.

Defendant:          And, and, and uh, even if I could make this shit up, why would I?

William Knox: That's a good question.