# EXHIBIT O

CRAIG SHULTS 62783-112 4 Building: A  ID:238886248  [P 1/2]

You have received a **jpay** letter, the fastest way to get mail

From : CRAIG SHULTS, ID: 62783-112
To : Lori Branigan, CustomerID: 13476687
Date : 10/9/2016 11:50:54 PM EST,   Letter ID: 238886248
Location . 4
Housing : A

Sam,



. Each day that goes by is another day of my life gone for no reason except because I got screwed over in my trial starting with the jury and going straight through to the sentencing judge.

GOVERNMENT EXHIBIT
1:17-CR-00136 LJO
75

SHULTS 000563

CRAIG SHULTS 62783-112 4 Building: A  ID:238886248  [P 2/2]

You have received a **jpay** letter, the fastest way to get mail

From    CRAIG SHULTS  ID  62783 112
To   Lon Branigan  CustomerID  13476687
Date   10/9/2016 11 50 54 PM EST    Letter ID  238886248
Location   4
Housing   A

███████████████████████████████████  ████████████