HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
ERIN M. SNIDER, Bar #304781
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRAIG SHULTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00136-LJO-SKO |
| Plaintiff, | DEFENDANT CRAIG SHULTS'S EXHIBITS A-P TO SENTENCING MEMORANDUM |
| vs. | Date:  March 11, 2019 |
| CRAIG SHULTS, | Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

Defendant Craig Shults hereby files Exhibits A through P:

Exhibit A:      Taft College Transcript

Exhibit B:      Taft College Letters

Exhibit C:      Blackstone Career Institute Records

Exhibit D:      TCI Instructor Certificates

Exhibit E:      TCI Inmate Time Records

Exhibit F:      TCI Program Certificates

Exhibit G:      TCI Reading Certificates

Exhibit H:      Interview with Bill Ison

Exhibit I:      Interview with Michael Mai

Exhibit J:      Interview with Julio Caro

Exhibit K:      December 11, 2016 Transcript

1    Exhibit L:    Dr. Howsepian's Report [filed under seal]

2    Exhibit M:    FCJ Letter

3    Exhibit N:    Letters from Inmates

4    Exhibit O:    Letters from Friends

5    Exhibit P:    Letters from Family

6

7                                    Respectfully submitted,

8                                    HEATHER E. WILLIAMS
                                     Federal Defender
9

10   Date: March 4, 2019             */s/ Erin Snider*
                                     ERIN SNIDER
11                                   Assistant Federal Defender
                                     Attorney for Defendant
12                                   CRAIG SHULTS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shults: Exhibits A-P

CREDENTIALS SECURITY SEAL ( Ⓒ ) IN THE CORNER SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED OR BREATHED ON

# TAFTCOLLEGE
### WEST KERN COMMUNITY COLLEGE DISTRICT

OFFICIAL TRANSCRIPT OF ACADEMIC RECORD

A SECURITY STATEMENT APPEARS WHEN PHOTOCOPIED

A BLACK AND WHITE DOCUMENT IS NOT OFFICIAL

SSN *****8374        STUDENT ID A00275700   Date of Birth: 30-AUG              Date Issued: 09-OCT-2018

Record of: Craig M. Shults                                                      Page:   1
Current Name: Craig M. Shults
          #62783-112
          Po Box 7001
          Taft, CA 93268
          United States of America

Issued To: Craig Shults
          #62783-112
          Po Box 7001
          Taft, CA 93268
          United States of America

Course Level: Undergraduate

Current Program
          Major : General Business

Degree Awarded Associate of Arts 16-DEC-2016
Primary Degree
          Major : Liberal Arts Business & Tech
      Inst. Honors: Highest Honors

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS R |
|------|-----|--------------|------|-----|-------|
| | | TRANSFER CREDIT ACCEPTED BY THE INSTITUTION: | | | |
| | | | | | |
| Fall 2016 | | CLEP Exam | | | |
| | | | | | |
| SOCI EXAM | | CLEP-elecitve units | 6.00 | TP | |
| Ehrs: | 6.00 GPA-Hrs: | 0.00 QPts: | 0.00 GPA: | 0.00 | |
| | | | | | |
| INSTITUTION CREDIT: | | | | | |
| | | | | | |
| Spring 2015 | | | | | |
| STSU 1001 | | Educational Planning | 0.50 | A | 2.00 |
| | Ehrs: | 0.50 GPA-Hrs: 0.50   QPts: | 2.00 GPA: | 4.00 | |
| | | | | | |
| Fall 2015 | | | | | |
| ENGL 1500 | | Composition and Reading | 3.00 | A | 12.00 |
| HLED 1510 | | Principles of Healthful Living | 3.00 | A | 12.00 |
| INCO 1048 | | Info Competency & Bibliography | 1.00 | A | 4.00 |
| MATH 1060 | | Intermediate Algebra | 0.00 | W | 0.00 |
| MGMT 1515 | | Communication | 0.50 | A | 2.00 |
| MGMT 1535 | | Decision Making & Prob. Solv. | 0.50 | A | 2.00 |
| POSC 1501 | | Government | 3.00 | A | 12.00 |
| SPAN 1601 | | Elementary Spanish I | 4.00 | B | 12.00 |
| | Ehrs: 15.00 GPA-Hrs: 15.00   QPts: | | 56.00 GPA: | 3.73 | |

******************** CONTINUED ON NEXT COLUMN ********************

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS R |
|------|-----|--------------|------|-----|-------|
| | | Institution Information continued: | | | |
| | | | | | |
| Spring 2016 | | | | | |
| BUSN 1500 | | Introduction to Business | 3.00 | A | 12.00 |
| COSC 1703 | | Intro. to Spreadsheets | 1.50 | A | 6.00 |
| GEOG 1510 | | Physical Geography | 3.00 | A | 12.00 |
| HIST 2232 | | History of the U.S. since 1877 | 3.00 | A | 12.00 |
| MATH 1060 | | Intermediate Algebra | 4.00 | B | 12.00 |
| MGMT 1500 | | Intro. to Human Resource Mgmt. | 3.00 | A | 12.00 |
| PSYC 1500 | | Introduction to Psychology | 3.00 | A | 12.00 |
| | | Ehrs: 20.50 GPA-Hrs: 20.50   QPts: | 78.00 | GPA: | 3.80 |
| | | | | | |
| Fall 2016 | | | | | |
| BSAD 2220 | | Intro to Financial Accounting | 4.00 | A | 16.00 |
| BUSN 1051 | | General Accounting | 4.00 | A | 16.00 |
| COSC 1603 | | Intro to Word Process | 1.50 | A | 6.00 |
| ECON 2210 | | Principles of Economics-Macro | 3.00 | A | 12.00 |
| MGMT 1505 | | Principles of Supervision | 3.00 | A | 12.00 |
| MGMT 1510 | | Values and Ethics | 0.50 | A | 2.00 |
| MGMT 1530 | | Conflict Resolution | 0.50 | A | 2.00 |
| MGMT 1540 | | Managing Organizational Change | 0.50 | A | 2.00 |
| PHIL 1501 | | Introduction to Philosophy | 3.00 | A | 12.00 |
| | | Ehrs: 20.00 GPA-Hrs: 20.00   QPts: | 80.00 | GPA: | 4.00 |
| | | | | | |
| Spring 2017 | | | | | |
| BSAD 2221 | | Intro to Managerial Acct | 0.00 | W | 0.00 |
| ECON 2120 | | Principles of Economics-Micro | 0.00 | W | 0.00 |
| MGMT 1545 | | Customer Service | 0.00 | W | 0.00 |
| MGMT 1550 | | Attitude | 0.50 | A | 2.00 |
| MGMT 1560 | | Management Capstone | 0.00 | W | 0.00 |
| SOC 2110 | | Minority Group Relations | 0.00 | W | 0.00 |
| SPAN 1602 | | Elementary Spanish II | 0.00 | W | 0.00 |
| | | Ehrs: 0.50 GPA-Hrs: 0.50   QPts: | 2.00 | GPA: | 4.00 |

Last Standing: Academic Good Standing

******************** CONTINUED ON PAGE   2   ********************



Director of Admissions and Records

EXHIBIT A

CONFIDENTIAL RECORD ISSUED IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974

*West Kern Community College District*

February 9, 2016

Craig Shults
#62783-112 P.O. Box 7001
Taft, CA 93268

Dear Craig:

Because of your academic achievements, you are an honor member of the President's List for F all 2015. Your grade point average as a full-time student places you in the top 238 students attending Taft College. You have met the criteria of carrying 12 or more units with a GPA of 3.5 or better and with no grade lower than a "B." This is not an easy task, requiring both a good mind and hard work to achieve.

The Board of Trustees and the entire faculty and staff appreciate your good efforts and want you to know how much we enjoy working with good students such as you.

We wish you continued success in the semesters ahead!

Sincerely,

(b)(6);(b)(7)(C);(b)(7)(F)

Interim Superintendent/President

**EXHIBIT B
Page 1**



## TAFT COLLEGE
*West Kern Community College District*

**To:**  Whom it may concern

**From:**  (b)(6);(b)(7)(C);(b)(7)(F)

**Subject:**  Letter of Recommendation for Craig Shults

**Date:**  December 21, 2016

During the past year Craig Shults has been a student in many of my distance education courses at Taft College. He has made excellent progress in his coursework:

- 3.78 GPA

By making sure his work is submitted on time and meets my expectations, he has shown great communication skills and work ethic in a distance learning environment. I would anticipate that he would do well if he chose to further his education after his time at Taft College.

If I can help you any further in your decision, please feel free to call me at (b)(6);(b)(7)(C);(b)(7)(F)

(b)(6);(b)(7)(C);(b)(7)(F)

Associate Professor of Business
Taft College

EXHIBIT B
Page 2



**TAFT**COLLEGE

December 21, 2016

(b)(6);(b)(7)(C);(b)(7)(F)

Taft College
Taft, California

To Whom It May Concern

It is my pleasure to write a letter of recommendation in behalf of Mr. Craig Shults, who has been a student of mine in the *Introduction to Philosophy* class at Taft College during the Fall semester of 2016. The course is challenging because it requires thoughtful integration of multiple concepts and the use of critical thinking skills. Mr. Shults worked very, very hard at mastering these concepts, at writing clearly, and at thinking through some very difficult problems. He sought clarification, worked hard at improving his writing, and always did extra work to clarify philosophical positions.

The quality of his work was quite good and improved, through conscious effort, throughout the semester. His work demonstrates to me that he is certainly ready to tackle the challenge of a four year university.

I feel confident offering Mr. Shults my highest recommendation.

Should you have any questions, please feel free to contact me through Taft College.

Most respectfully,



(b)(6);(b)(7)(C);(b)(7)(F)

**EXHIBIT B**
**Page 3**

# Taft College

## 29 Cougar Court, Taft, CA  93268

January 5, 2017

Greetings!

My name is (b)(6);(b)(7)(C);(b)(7)(F) and I am a professor in the business department here at Taft College. One of my students, Mr. Craig Shults, has requested of me a letter of recommendation. I am pleased to provide this item for him.

I have worked with Mr. Shults for several years as he has progressed through his dual degree pursuits in Liberal Studies and General Business. When we first started working together, I found Mr. Shults to be a good student. He was prompt with his work and sufficient in his responses. After our first semester together, I noticed changes creeping into his next semester of studies. He began to write with greater detail. As he learned to control his focus, his clarity and precision improved. He started to ask questions and to seek advice on how to continue his progress towards scholarship. He has now fully transitioned into an excellent student- one who is inquisitive and holds himself to high standards of achievement. These hallmarks reflect the personal growth he has attained during his studies. I have every reason to believe he will continue to mature as a scholar if he desires this in his life.

Without a doubt I support his educational goals and will be honored to help him in accomplishing them. I have taught for many years, and I derive intense satisfaction from seeing my students like Mr. Shults develop and succeed. Please feel free to contact me if you need more information while trying to assist him with his goals for the future and know that I will remain

Very truly yours,

(b)(6);(b)(7)(C);(b)(7)(F)

Professor of Business



January 6, 2017

To whom it my concern,

Working with Mr. Craig Shults the past several semesters has been an absolute pleasure. His dedication to his school work is exceptional. Mr. Shults took every opportunity available to him to use the computer lab at the facility. He would spent many long hours in the computer lab working on his assignments. His outstanding grades proved his work was of the highest quality and integrity.

If I can be of any further assistance, please feel free to call me at (b)(6);(b)(7)(C);(b)(7)(F)

Respectfully,

(b)(6);(b)(7)(C);(b)(7)(F)

Taft College Instructional Aide

# BLACKSTONE CAREER INSTITUTE

1011 Brookside Road, Suite 300, P.O. Box 3717, Allentown, PA 18106-3717

December 14, 2016

Craig Shults  62783-112
PO Box 7001
Taft CA 93268

Dear Craig:

CONGRATULATIONS! All of us at Blackstone Career Institute are proud to count you among our graduates. We are pleased we could be part of your education and hope your time with us so far has been rewarding. You certainly should be proud of your accomplishment.

As the Director, I know that you have worked hard and made some personal sacrifices to complete this course. It indicates to me that you are committed to your studies and realize the role educational training can play in attaining your goals.

Our staff is genuinely interested in our students' success. We appreciate when a graduate writes to let us know they are utilizing their educational training while working in their chosen profession. As part of our continuing efforts to enhance the standing of Blackstone Career Institute as an important resource for quality education, we seek your insight into how we can improve our course. If you have not completed the Student Satisfaction Survey I would encourage you to do so.

Included in your graduation packet you should find your certificate for the Blackstone Career Institute program completed along with your official school transcript.

Most of our graduates continue their quest for knowledge as life long learners by taking additional courses from Blackstone. Please see the enclosed offer outlining these courses and the special discount only for our graduates!

Again, congratulations on your completion and best wishes in all your future endeavors.

Sincerely,

(b)(6);(b)(7)(C);(b)(7)(F)

Director


A Direct Learning Systems School

Phone:  610-871-0031 · 800-826-9228 · Fax: 610-871-0034
email: info@blackstone.edu · www.blackstone.edu
BOP FOIA 2018-01254 102 of 324

EXHIBIT C
Page 1

# BLACKSTONE CAREER INSTITUTE
SINCE 1890
1011 Brookside Road, Suite 300, P.O. Box 3717, Allentown, PA 18106-3717

## Student Transcript
## 31 Lesson Paralegal Studies Certificate Program

**915 Clock Hours**

**Student:** Craig Shults 62783-112
**Address:** PO Box 7001
Taft CA 93268

**Student Number:** 08033971
**Enrollment Date:** 05/13/2016
**Completion Date:** 12/14/2016

| Text/Subject | Date Completed | Grade | Text/Subject | Date Completed | Grade |
|---|---|---|---|---|---|
| **Lesson: 1** | | | **Lesson: 8** | | |
| • Introduction To Law | 07/05/2016 | 100 | • Law of Private Corporations | 11/07/2016 | 100 |
| • Contracts Part I | 07/05/2016 | 100 | • Law of Partnerships Part I | 11/07/2016 | 100 |
| • Contracts Part II | 07/05/2016 | 100 | • Law of Partnerships Part II | 11/07/2016 | 100 |
| • Contracts Part III | 07/05/2016 | 100 | **Lesson: 9** | | |
| **Lesson: 2** | | | • Constitutional Law Part I | 11/07/2016 | 95 |
| • Law of Torts Part I | 09/06/2016 | 95 | • Constitutional Law Part II | 11/07/2016 | 100 |
| • Law of Torts Part II | 09/06/2016 | 100 | **Lesson: 10** | | |
| • Law of Torts Part III | 09/06/2016 | 100 | • Constitutional Law Part III | 11/28/2016 | 100 |
| • Law of Torts Part IV | 09/06/2016 | 100 | **Lesson: 11** | | |
| **Lesson: 3** | | | • Legal Research Part I | 11/28/2016 | 100 |
| • Criminal Law Part I | 09/06/2016 | 95 | **Lesson: 12** | | |
| • Criminal Law Part II | 09/06/2016 | 100 | • Legal Research Part II | 12/06/2016 | 100 |
| **Lesson: 4** | | | **Lesson: 13** | | |
| • Real Property Part I | 09/26/2016 | 100 | • Employability Skills | 12/09/2016 | 90 |
| • Real Property Part II | 09/26/2016 | 100 | **Lesson: 14** | | |
| **Lesson: 5** | | | • Ethics | 12/12/2016 | 95 |
| • Real Property Part III | 09/26/2016 | 100 | | | |
| • Real Property Part IV | 09/26/2016 | 100 | | | |
| **Lesson: 6** | | | | | |
| • Pleadings in Civil Action Part I | 09/26/2016 | 100 | | | |
| • Pleadings in Civil Action Part II | 09/26/2016 | 100 | | | |
| • Practice in Civil Actions | 09/26/2016 | 95 | | | |
| • Criminal Procedure | 09/26/2016 | 95 | | | |
| **Lesson: 7** | | | | | |
| • Wills Part I | 11/07/2016 | 100 | | | |
| • Wills Part II | 11/07/2016 | 100 | | | |
| • Trusts | 11/07/2016 | 100 | | | |

**Student Average:** 98.70%   ** FINAL **

This Document Issued: 12/14/2016

By: (b)(6),(b)(7)(C),(b)(7)(F)
Registrar


A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0412
BOP FOIA 2018-01254 103 of 324 email: info@blackstone.edu • www.blackstone.edu

EXHIBIT C
Page 2



# Blackstone Career Institute

Est. 1890

Awards this Certificate in

## Paralegal Studies

with Distinction upon

### Craig Martin Shults

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.

In Testimony Whereof this recognition of achievement is Given this 14th Day of December 2016

(b)(6);(b)(7)(C);(b)(7)(F)



BOP FOIA 2018-01254 104 of 324

**EXHIBIT C**
**Page 3**

# T.C.I. EDUCATIONAL SERVICES
# CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Instructor for Real Estate Fundamentals I

On This 20th Day of July in the Year Two Thousand and Fifteen
Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

EXHIBIT D
Page 1



T.C.I. EDUCATIONAL SERVICES
CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shulls*

62783-112

Instructor of the Real Estate Fundamentals II

On This 2th Day of October in the Year Two Thousand and Fifteen

Taft, California

(b)(6),(b)(7)(C),(b)(7)(F)

BOP FOIA 2016-01254 128 of 324

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shulls*

62783-112

## Instructor for the Real Estate Fundamentals I

On This 18th Day of December, Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2018-01254 123 of 324

**EXHIBIT D**
**Page 3**

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

# Instructor for the Real Estate Fundamentals III

On This 18th Day of December, Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2018-01254 125 of 324



# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

Instructor for the Business Class

On This 1st Day of April, Two Thousand and Sixteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2018-01254 118 of 324

**EXHIBIT D
Page 5**



# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Instructor for the Real Estate Fundamentals III

On This 1st Day of April, Two Thousand and Sixteen

Taft, California

(b)(6),(b)(7)(C),(b)(7)(F)

BOP FOIA 2018-01254 119 of 324



# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Instructor for Business Fundamentals

On This 20th Day of July in the Year Two Thousand and Sixteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2016-01254 114 of 324



# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shulls*

62783-112

Instructor for Real Estate Class

On This 20th Day of July in the Year Two Thousand and Sixteen
Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2018-01254 115 of 324

**EXHIBIT D**
**Page 8**



Management
& Training
Corporation

## TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
| 2-1-15 | 2-2-15 | 2-3-15 | 2-4-15 | 2-5-15 | 2-6-15 | 2-7-15 | |
| | SHU | | | | | | |
| 2-8-15 | 2-9-15 | 2-10-15 | 2-11-15 | 2-12-15 | 2-13-15 | 2-14-15 | |
| | SHU | | | | | 7 | 7 |
| 2-15-15 | 2-16-15 | 2-17-15 | 2-18-15 | 2-19-15 | 2-20-15 | 2-21-15 | |
| | 7 | | 7 | | 7 | | 21 |
| 2-22-15 | 2-23-15 | 2-24-15 | 2-25-15 | 2-26-15 | 2-27-15 | 2-28-15 | |
| 7 | | 7 | | 7 | | 7 | 28 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: A-TEAM LINE SERVER, VAR. GED=Y |
|---|---|---|
| MONTH: FEBUARY 2015 | TOTAL HOURS: 56 | HOUSING & CSW#: A4A 22XL |

<u>GRADES AND PAY:</u> Grade 1 = $0.40/hr.   2 = $0.29/hr.   3 = $0.17/hr.   4 = $0.12/hr.   5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):   ☐ 1   ☐ 2   ☐ 3   ☑ 4   ☐ 5

2. Total Recommended Pay: _____ 7.12 _____

| (b)(6);(b)(7)(C);(b)(7)(F) | Date: FEB.28,2015 |
|---|---|
| Inmate's Signature: *Craig Shults* | Date: FEB.28,2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

AC-001

**EXHIBIT E**
**Page 1**

 Management & Training Corporation

## TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| 3-1-15 | 3-2-15 | 3-3-15 | 3-4-15 | 3-5-15 | 3-6-15 | 3-7-15 | |
| | 4 | | 4 | | 4 | | 12 |
| 3-8-15 | 3-9-15 | 3-10-15 | 3-11-15 | 3-12-15 | 3-13-15 | 3-14-15 | |
| 4 | | 4 | | 4 | | 4 | 16 |
| 3-15-15 | 3-16-15 | 3-17-15 | 3-18-15 | 3-19-15 | 3-20-15 | 3-21-15 | |
| | 4 | | 4 | | 4 | | 12 |
| 3-22-15 | 3-23-15 | 3-24-15 | 3-25-15 | 3-26-15 | 3-27-15 | 3-28-15 | |
| 4 | | 4 | | 4 | | 4 | 16 |
| 3-29-15 | 3-30-15 | 3-31-15 | | | | | |
| | 4 | | | | | | 4 |
| | | | | | | | |
| | | | | | | | 60 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: A-TEAM LINE SERVER/ VAR. GED=Y |
|---|---|---|
| MONTH: MARCH 2015 | TOTAL HOURS: 60 | HOUSING & CSW#: A4A 22XL |

GRADES AND PAY: Grade 1 = $0.40/hr.   2 = $0.29/hr.   3 = $0.17/hr.   4 = $0.12/hr.   5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☒ 4  ☐ 5

2. Total Recommended Pay: 7.20

| Supervisor's Signature: (b)(6);(b)(7)(C);(b)(7)(F) | Date: MAR. 31, 2015 |
|---|---|
| Inmate's Signature: Craig Shults | Date: MAR. 31, 2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|



Management
& Training
Corporation

## TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
| | | | 4-1-15 | 4-2-15 | 4-3-15 | 4-4-15 | 14 |
| 4-5-15 | 4-6-15 | 4-7-15 | 4-8-15 | 4-9-15 | 4-10-15 | 4-11-15 | 28 |
| 4-12-15 | 4-13-15 | 4-14-15 | 4-15-15 | 4-16-15 | 4-17-15 | 4-18-15 | 21 |
| 4-19-15 | 4-20-15 | 4-21-15 | 4-22-15 | 4-23-15 | 4-24-15 | 4-25-15 | 28 |
| 4-26-15 | 4-27-15 | 4-28-15 | 4-29-15 | 4-30-15 | | | 14 |

| INMATE NAME: SHULTS,CRAIG | REGISTER NO.: 62783-112 | DETAIL: A TEAM LINE SERV VARIES GED-Y |
|---|---|---|
| MONTH: APRIL 2015 | TOTAL HOURS: 105 | HOUSING & CSW#: A4A 22XL |

<u>GRADES AND PAY:</u> Grade 1 = $0.40/hr.   2 = $0.29/hr.   3 = $0.17/hr.   4 = $0.12/hr.   5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):   ☐ 1   ☐ 2   ☒ 3   ☐ 4   ☐ 5

2. Total Recommended Pay: 17.85

| Supervisor's Signature: (b)(6);(b)(7)(C);(b)(7)(F) | Date: APRIL 30 2015 |
|---|---|
| Inmate's Signature: | Date: APRIL 30 2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

**EXHIBIT E**
**Page 3**



Management
& Training
Corporation

### TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | 5-1-15 | 5-2-15 | 7 |
| 5-3-15 | 5-4-15 | 5-5-15 | 5-6-15 | 5-7-15 | 5-8-15 | 5-9-15 | 28 |
| 5-10-15 | 5-11-15 | 5-12-15 | 5-13-15 | 5-14-15 | 5-15-15 | 5-16-15 | 21 |
| 5-17-15 | 5-18-15 | 5-19-15 | 5-20-15 | 5-21-15 | 5-22-15 | 5-23-15 | 28 |
| 5-24-15 | 5-25-15 | 5-26-15 | 5-27-15 | 5-28-15 | 5-29-15 | 5-30-15 | 21 |
| 5-31-15 | | | | | | | 7 |

| INMATE NAME: | REGISTER NO: | DETAIL: |
|---|---|---|
| SHULTS, CRAIG | 62783-112 | A TEAM LINE SERV. VAR. GED=Y |
| MONTH: | TOTAL HOURS: | HOUSING & CSW#: |
| MAY 2015 | 112 | A4A 22XL |

GRADES AND PAY: Grade 1 = $0.40/hr.   2 = $0.29/hr.   3 = $0.17/hr.   4 = $0.12/hr.   5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):   ☐ 1   ☐ 2   ☐ 3   ☒ 4   ☐ 5

2. Total Recommended Pay: 13.44

| Superv (b)(6);(b)(7)(C);(b)(7)(F) | Date: MAY 31, 2015 |
|---|---|
| Inmate's Signature: *Craig Shults* | Date: MAY 31, 2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

**EXHIBIT E**
**Page 4**



### TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | 6-01-15 | 6-02-15 | 6-03-15 | 6-04-15 | 6-05-15 | 6-06-15 | 21 |
| 6-07-15 | 6-08-15 | 6-09-15 | 6-10-15 | 6-11-15 | 6-12-15 | 6-13-15 | 21 |
| 6-14-15 | 6-15-15 | 6-16-15 | 6-17-15 | 6-18-15 | 6-19-15 | 6-20-15 | 28 |
| 6-21-15 | 6-22-15 | 6-23-15 | 6-24-15 | 6-25-15 | 6-26-15 | 6-27-15 | 21 |
| 6-28-15 | 6-29-15 | 6-30-15 | | | | | 14 |

| INMATE NAME: | REGISTER NO: | DETAIL: |
|---|---|---|
| SHULTS, CRAIG | 62783-112 | A LINE SERVERS/VARIES GED=Y |

| MONTH: | TOTAL HOURS: | HOUSING & CSW#: |
|---|---|---|
| JUNE 2015 | 105 | A4A 22XL |

<u>GRADES AND PAY:</u> Grade 1 = $0.40/hr.   2 = $0.29/hr.   3 = $0.17/hr.   4 = $0.12/hr.   5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):  ☐ 1   ☐ 2   ☐ 3   ☒ 4   ☐ 5

2. Total Recommended Pay: 12.60

| Supervisor | | Date: 6-30-2015 |
|---|---|---|
| | (b)(6);(b)(7)(C);(b)(7)(F) | |
| Inmate's Signature: | | Date: 6-30-2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: 6-30-2015 |
|---|---|

BOP FOIA 2018-01254 85 of 324

AC-001
**EXHIBIT E
Page 5**



Management
& Training
Corporation

## TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
| | | | 7-01-15 | 7-02-15 | 7-03-15 | 7-04-15 | 14 |
| 7-05-15 | 7-06-15 | 7-07-15 | 7-08-15 | 7-09-15 | 7-10-15 | 7-11-15 | 21 |
| 7-12-15 | 7-13-15 | 7-14-15 | 7-15-15 | 7-16-15 | 7-17-15 | 7-18-15 | 28 |
| 7-19-15 | 7-20-15 | 7-21-15 | 7-22-15 | 7-23-15 | 7-24-15 | 7-25-15 | 21 |
| 7-26-15 | 7-27-15 | 7-28-15 | 7-29-15 | 7-30-15 | 7-31-15 | - | 21 |
| | | | | | | | |
| | | | | | | | |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: A LINE SERVER/VARIES GED=Y |
|---|---|---|
| MONTH: JULY 2015 | TOTAL HOURS: 105 | HOUSING & CSW#: A4A 22XL |

GRADES AND PAY: Grade 1 = $0.40/hr.   2 = $0.29/hr.   3 = $0.17/hr.   4 = $0.12/hr.   5 = $5.25 per month

1.  Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☑ 4  ☐ 5

2.  Total Recommended Pay: _____

| Supervisor's Signature: (b)(6);(b)(7)(C);(b)(7)(F) | Date: 7-31-2015 |
|---|---|
| Inmate's Signature: | Date: 7-31-2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: 7-31-2015 |
|---|---|

AC-001

**EXHIBIT E**
**Page 6**

BOP FOIA 2018-01254 83 of 324

 **Management & Training Corporation**

## TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | 8-01-15 7 | 7 |
| 8-02-15 RDO | 8-03-15 7 | 8-04-15 RDO | 8-05-15 7 | 8-06-15 RDO | 8-07-15 7 | 8-08-15 RDO | 21 |
| 8-09-15 7 | 8-10-15 RDO | 8-11-15 7 | 8-12-15 RDO | 8-13-15 7 | 8-14-15 RDO | 8-15-15 7 | 28 |
| 8-16-15 RDO | 8-17-15 7 | 8-18-15 RDO | 8-19-15 7 | 8-20-15 RDO | 8-21-15 7 | 8-22-15 RDO | 21 |
| 8-23-15 7 | 8-24-15 RDO | 8-25-15 7 | 8-26-15 RDO | 8-27-15 7 | 8-28-15 RDO | 8-29-15 7 | 28 |
| 8-30-15 RDO | 8-31-15 7 | | | | | | 7 |

**INMATE NAME:** SHULTS, CRAIG
**REGISTER NO:** 62783-112
**DETAIL:** A TEAM SERVER/VARIES GED=Y
**MONTH:** AUGUST 2015
**TOTAL HOURS:** 112
**HOUSING & CSW#:** A4A 22XL

GRADES AND PAY: Grade 1 = $0.40/hr.  2 = $0.29/hr.  3 = $0.17/hr.  4 = $0.12/hr.  5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):  □1  □2  □3  ☑4  □5
2. Total Recommended Pay: 13.44

**Supervisor's Signature:** (b)(6);(b)(7)(C);(b)(7)(F)  **Date:** 8-31-15
**Inmate's Signature:** Craig Shults  **Date:** 8-31-15
□ Inmate was requested to sign this performance time record but refused citing the following reason:
**Staff Witnesses' Signature:**  **Date:** 8-31-15

**EXHIBIT E Page 7**



### TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | 9-1-15 | 9-2-15 | 9-3-15 | 9-4-15 | 9-5-15 | |
| | | | 6 | | 6 | | 12 |
| 9-6-15 | 9-7-15 | 9-8-15 | 9-9-15 | 9-10-15 | 9-11-15 | 9-12-15 | |
| 6 | | 6 | | 6 | | 6 | 24 |
| 9-13-15 | 9-14-15 | 9-15-15 | 9-16-15 | 9-17-15 | 9-18-15 | 9-19-15 | |
| | | | 6 | | 6 | | 18 |
| 9-20-15 | 9-21-15 | 9-22-15 | 9-23-15 | 9-24-15 | 9-25-15 | 9-26-15 | |
| 6 | | 6 | | 6 | | 6 | 24 |
| 9-27-15 | 9-28-15 | 9-29-15 | 9-30-15 | | | | |
| | | | 6 | | | | 18 |
| | | | | | | | |
| | | | | | | | |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: A TEAM SERVER/VARIES GED=Y |
|---|---|---|
| MONTH: SEPTEMBER 2015 | TOTAL HOURS: 90 | HOUSING & CSW#: A4A 22XL |

GRADES AND PAY: Grade 1 = $0.40/hr.  2 = $0.29/hr.  3 = $0.17/hr.  4 = $0.12/hr.  5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☒ 4  ☐ 5

2. Total Recommended Pay: _____ 10.80

| Supervisor's Signature: (b)(6);(b)(7)(C);(b)(7)(F) | Date: 9-30-2015 |
|---|---|
| Inmate's Signature: | Date: 9-30-2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

BOP FOIA 2018-01254 80 of 324

AC-001

**EXHIBIT E
Page 8**



Management
& Training
Corporation

## TAFT CORRECTIONAL INSTITUTION
## INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | 10-1-15 | 10-2-15 | 10-3-15 | |
| | | | | ✓ | 6 | ✓ | 6 |
| 10-4-15 | 10-5-15 | 10-6-15 | 10-7-15 | 10-8-15 | 10-9-15 | 10-10-15 | |
| U | ✓ | 6 | ✓ | 6 | ✓ | 6 | 24 |
| 10-11-15 | 10-12-15 | 10-13-15 | 10-14-15 | 10-15-15 | 10-16-15 | 10-17-15 | |
| | U | ✓ | 6 | ✓ | 6 | ✓ | 18 |
| 10-18-15 | 10-19-15 | 10-20-15 | 10-21-15 | 10-22-15 | 10-23-15 | 10-24-15 | |
| 6 | ✓ | 6 | ✓ | 6 | ✓ | 6 | 24 |
| 10-25-15 | 10-26-15 | 10-27-15 | 10-28-15 | 10-29-15 | 10-30-15 | 10-31-15 | |
| ✓ | 6 | ✓ | U | ✓ | 6 | ✓ | 18 |
| | | | | | | | |
| | | | | | | | 90 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: A TEAM SERVER/VARIES GED=Y |
|---|---|---|
| MONTH: OCTOBER 2015 | TOTAL HOURS: 90 | HOUSING & CSW#: A4A 22L |

GRADES AND PAY: Grade 1 = $0.40/hr.  2 = $0.29/hr.  3 = $0.17/hr.  4 = $0.12/hr.  5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☑ 4  ☐ 5

2. Total Recommended Pay: $10.80

| Supervisor's S<span>(b)(6);(b)(7)(C);(b)(7)(F)</span> | Date: 10-31-15 |
|---|---|
| Inmate's Signature: *S Mark Craig Shults* | Date: 10-31-15 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

**EXHIBIT E
Page 9**


Management
& Training
Corporation

## TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| 11-01-15 | 11-02-15 | 11-03-15 | 11-04-15 | 11-05-15 | 11-06-15 | 11-07-15 | |
| 5 | / | 5 | / | 5 | / | 5 | 20 |
| 11-08-15 | 11-09-15 | 11-10-15 | 11-11-15 | 11-12-15 | 11-13-15 | 11-14-15 | |
| / | 5 | / | 5 | / | 5 | / | 15 |
| 11-15-15 | 11-16-15 | 11-17-15 | 11-18-15 | 11-19-15 | 11-20-15 | 11-21-15 | |
| 5 | / | 5 | / | 5 | / | 5 | 20 |
| 11-22-15 | 11-23-15 | 11-24-15 | 11-25-15 | 11-26-15 | 11-27-15 | 11-28-15 | |
| / | 5 | / | 5 | 3 | 5 | / | 18 |
| 11-29-15 | 11-30-15 | | | | | | |
| 5 | / | | | | | | 5 |
| | | | | | | | |
| | | | | | | | |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: A-TEAM LINE SERVERS, VARIES GED=Y |
|---|---|---|
| MONTH: NOVEMBER 2015 | TOTAL HOURS: 78 | HOUSING & CSW#: A4A  22 L |

GRADES AND PAY: Grade 1 = $0.40/hr.   2 = $0.29/hr.   3 = $0.17/hr.   4 = $0.12/hr.   5 = $5.25 per month

1.  Recommended performance Pay Grade (Check One):   ☐ 1   ☐ 2   ☐ 3   ☒ 4   ☐ 5

2.  Total Recommended Pay:  $9.36

| Supervisor's Signature: (b)(6),(b)(7)(C),(b)(7)(F) | Date: 11-30-2015 |
|---|---|
| Inmate's Signature: | Date: 11-30-2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: 11-30-2015 |
|---|---|

BOP FOIA 2018-01254 76 of 324

AC-001

**EXHIBIT E**
**Page 10**



**Management & Training Corporation**

## TAFT CORRECTIONAL INSTITUTION
### INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
| | | 12-01-15 | 12-02-15 | 12-03-15 | 12-04-15 | 12-05-15 | |
| | | 5 | | 5 | | 5 | 15 |
| 12-06-15 | 12-07-15 | 12-08-15 | 12-09-15 | 12-10-15 | 12-11-15 | 12-12-15 | |
| | 5 | | 5 | | 5 | | 15 |
| 12-13-15 | 12-14-15 | 12-15-15 | 12-16-15 | 12-17-15 | 12-18-15 | 12-19-15 | |
| 5 | | 5 | | 5 | | 5 | 20 |
| 12-20-15 | 12-21-15 | 12-22-15 | 12-23-15 | 12-24-15 | 12-25-15 | 12-26-15 | |
| | 5 | | 5 | | 5 | | 15 |
| 12-27-15 | 12-28-15 | 12-29-15 | 12-30-15 | 12-31-15 | | | |
| 5 | | 5 | | 5 | | | 15 |
| | | | | | | | |
| | | | | | | | 82 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: A-TEAM LINE SERVERS, VARIES GED=Y |
|---|---|---|
| MONTH: DECEMBER 2015 | TOTAL HOURS: 82 | HOUSING & CSW#: A4A 22L |

GRADES AND PAY: Grade 1 = $0.40/hr.   2 = $0.29/hr.   3 = $0.17/hr.   4 = $0.12/hr.   5 = $5.25 per month

1. Recommended performance Pay Grade (Check One):   ☐ 1   ☐ 2   ☒ 3   ☐ 4   ☐ 5

2. Total Recommended Pay: 13.94

| Supervisor's Signature: (b)(6);(b)(7)(C);(b)(7)(F) | Date: 12-31-2015 |
|---|---|
| Inmate's Signature: Craig Shults | Date: 12-31-2015 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

EXHIBIT E
Page 11
AC-001

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | 01-01-16 | 01-02-16 | Week Total |
| | | | | | 4 | | 4 |
| 01-03-16 | 01-04-16 | 01-05-16 | 01-06-16 | 01-07-16 | 01-08-16 | 01-09-16 | Week Total |
| | 4 | 4 | 4 | 4 | 4 | | 20 |
| 01-10-16 | 01-11-16 | 01-12-16 | 01-13-16 | 01-14-16 | 01-15-16 | 01-16-16 | Week Total |
| | 4 | 4 | 4 | 4 | 4 | | 20 |
| 01-17-16 | 01-18-16 | 01-19-16 | 01-20-16 | 01-21-16 | 01-22-16 | 01-23-16 | Week Total |
| | 4 | 4 | 4 | 4 | 4 | | 20 |
| 01-24-16 | 01-25-16 | 01-26-16 | 01-27-16 | 01-28-16 | 01-29-16 | 01-30-16 | Week Total |
| | 4 | 4 | 4 | 4 | 4 | | 20 |
| 01-31-16 | | | | | | | Month Total |
| | | | | | | | 84 |

| INMATE NAME:<br>SHULTS, CRAIG | REGISTER NO:<br>62783-112 | DETAIL:<br>C A4A ORD1 |
|---|---|---|
| MONTH:<br>January 2016 | TOTAL HOURS:<br>84 | HOUSING & CSW#:<br>D02-022L |

**GRADES AND PAY:**   Grade 1 = **$0.40**/hr.  2 = **$0.29**/hr.  3 = **$0.17**/hr.  4 = **$0.12**/hr.  5 = **$5.25** per month

1.  Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☒ 4  ☐ 5  WRKPL / REFUSE

2.  Total Recommended Pay    10.08

| Super [(b)(6);(b)(7)(C);(b)(7)(F)] | Date:<br>01-31-16 |
|---|---|
| Inmate's Signature:<br>*Craig Shults* | Date:<br>01-31-16 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|
| | |

AC-001

**EXHIBIT E**
**Page 12**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
| | 02-01-16 | 02-02-16 | 02-03-16 | 02-04-16 | 02-05-16 | 02-06-16 | Week Total |
| | 4 | 4 | 4 | 4 | 4 | | 20 |
| 02-07-16 | 02-08-16 | 02-09-16 | 02-10-16 | 02-11-16 | 02-12-16 | 02-13-16 | Week Total |
| | 4 | 4 | 4 | 4 | 4 | | 20 |
| 02-14-16 | 02-15-16 | 02-16-16 | 02-17-16 | 02-18-16 | 02-19-16 | 02-20-16 | Week Total |
| | 4 | 4 | 4 | 4 | 4 | | 20 |
| 02-21-16 | 02-22-16 | 02-23-16 | 02-24-16 | 02-25-16 | 02-26-16 | 02-27-16 | Week Total |
| | 4 | 4 | 4 | 4 | 4 | | 20 |
| 02-28-16 | 02-29-16 | | | | | | Week Total |
| | 4 | | | | | | 4 |
| | | | | | | | Month Total |
| | | | | | | | 84 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: C A4A ORD1 |
|---|---|---|
| MONTH: February 2016 | TOTAL HOURS: 84 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:** · Grade 1 = **$0.40**/hr.  2 = **$0.29**/hr.  ·3 = **$0.17**/hr.  4 = **$0.12**/hr.  5 = **$5.25** per month

1. Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☒ 4  ☐ 5  WRKPL / REFUSE

2. Total Recommended Pay ___10.08___

| Supervisor (b)(6);(b)(7)(C);(b)(7)(F) | Date: 02-29-2016 |
|---|---|
| Inmate's Signature: | Date: 02-29-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

AC-001

**EXHIBIT E
Page 13**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
|        |        | 03-01-16 | 03-02-16 | 03-03-16 | 03-04-16 | 03-05-16 | Week Total |
|        |        | 6 | 6 | 6 | 6 |  | 24 |
| 03-06-16 | 03-07-16 | 03-08-16 | 03-09-16 | 03-10-16 | 03-11-16 | 03-12-16 | Week Total |
|        | 6 | 6 | 6 | 6 | 6 |  | 30 |
| 03-13-16 | 03-14-16 | 03-15-16 | 03-16-16 | 03-17-16 | 03-18-16 | 03-19-16 | Week Total |
|        | 6 | 6 | 6 | 6 | 6 |  | 30 |
| 03-20-16 | 03-21-16 | 03-22-16 | 03-23-16 | 03-24-16 | 03-25-16 | 03-26-16 | Week Total |
|        | 6 | 6 | 6 | 6 | 6 |  | 30 |
| 03-27-16 | 03-28-16 | 03-29-16 | 03-30-16 | 03-31-16 |  |  | Week Total |
|        | 6 | 6 | 6 | 6 |  |  | 24 |
|        |        |         |           |          |        |          | Month Total |
|        |        |         |           |          |        |          | 138 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: C A4A ORD1 |
|---|---|---|
| MONTH: March 2016 | TOTAL HOURS: 138 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:**   Grade 1 = $0.40/hr.  2 = $0.29/hr.  3 = $0.17/hr.  4 = $0.12/hr.  5 = $5.25 per month

121. REFUSE     Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☑ 4  ☐ 5   WRKPL /

23.46

122.     Total Recommended Pay:

| Super... (b)(6);(b)(7)(C);(b)(7)(F) | Date: 03-31-2016 |
|---|---|
| Inmate ... | Date: 03-31-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

AC-001

**EXHIBIT E
Page 14**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | 04-01-16 | 04-02-16 | Week Total |
| | | | | | 6 | | 6 |
| 04-03-16 | 04-04-16 | 04-05-16 | 04-06-16 | 04-07-16 | 04-08-16 | 04-09-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 04-10-16 | 04-11-16 | 04-12-16 | 04-13-16 | 04-14-16 | 04-15-16 | 04-16-16 | Week Total |
| | 6 | | 6 | 6 | 6 | 6 | 30 |
| 04-17-16 | 04-18-16 | 04-19-16 | 04-20-16 | 04-21-16 | 04-22-16 | 04-23-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 04-24-16 | 04-25-16 | 04-26-16 | 04-27-16 | 04-28-16 | 04-29-16 | 04-30-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| | | | | | | | Month Total |
| | | | | | | | 126 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: C A4A ORD1 |
|---|---|---|
| MONTH: April 2016 | TOTAL HOURS: 126 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:**   Grade 1 = **$0.40**/hr.  2 = **$0.29**/hr.  3 = **$0.17**/hr.  4 = **$0.12**/hr.  5 = **$5.25** per month

1.  Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☒ 3  ☐ 4  ☐ 5  WRKPL / REFUSE

2.  Total Recommended Pay: 21.00

| Supervisor' (b)(6);(b)(7)(C);(b)(7)(F) | Date: 04-30-2016 |
|---|---|
| Inmate's Signature: *Craig Shults* | Date: 04-30-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|
| | |

AC-001

**EXHIBIT E
Page 15**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
| 05-01-16 | 05-02-16 | 05-03-16 | 05-04-16 | 05-05-16 | 05-06-16 | 05-07-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 05-08-16 | 05-09-16 | 05-10-16 | 05-11-16 | 05-12-16 | 05-13-16 | 05-14-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 05-15-16 | 05-16-16 | 05-17-16 | 05-18-16 | 05-19-16 | 05-20-16 | 05-21-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 05-22-16 | 05-23-16 | 05-24-16 | 05-25-16 | 05-26-16 | 05-27-16 | 05-28-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 05-29-16 | 05-30-16 | 05-31-16 | | | | | Week Total |
| | 6 | 6 | | | | | 12 |
| | | | | | | | Month Total |
| | | | | | | | 132 |

| INMATE NAME:<br>SHULTS, CRAIG | REGISTER NO:<br>62783-112 | DETAIL:<br>C A4A ORD1 |
|---|---|---|
| MONTH:<br>May 2016 | TOTAL HOURS: 132 | HOUSING & CSW#:<br>D02-021L |

**GRADES AND PAY:**   Grade 1 = **$0.40**/hr.  2 = **$0.29**/hr.  3 = **$0.17**/hr.  4 = **$0.12**/hr.  5 = **$5.25** per month

1. Recommended performance Pay Grade (Check One): ☐ 1  ☐ 2  ☒ 3  ☐ 4  ☐ **5**  WRKPL / REFUSE

2. Total Recommended Pay: ____ 22.44

| (b)(6);(b)(7)(C);(b)(7)(F) | Date:<br>05-31-2016 |
|---|---|
| Inmate's Signature: | Date:<br>05-31-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|
| | |

AC-001

**EXHIBIT E<br>Page 16**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | 06-01-16 | 06-02-16 | 06-03-16 | 06-04-16 | Week Total |
| | | | 6 | 6 | 6 | | 18 |
| 06-05-16 | 06-06-16 | 06-07-16 | 06-08-16 | 06-09-16 | 06-10-16 | 06-11-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 06-12-16 | 06-13-16 | 06-14-16 | 06-15-16 | 06-16-16 | 06-17-16 | 06-18-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 06-19-16 | 06-20-16 | 06-21-16 | 06-22-16 | 06-23-16 | 06-24-16 | 06-25-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 06-26-16 | 06-27-16 | 06-28-16 | 06-29-16 | 06-30-16 | | | Week Total |
| | 6 | 6 | 6 | 6 | | | 24 |
| | | | | | | | Month Total |
| | | | | | | | 132 |

| INMATE NAME:<br>SHULTS, CRAIG | REGISTER NO:<br>62783-112 | DETAIL:<br>C A4A ORD1 |
|---|---|---|
| MONTH:<br>June 2016 | TOTAL HOURS:<br>132 | HOUSING & CSW#:<br>D02-021L |

**GRADES AND PAY:**   Grade 1 = **$0.40**/hr.  2 = **$0.29**/hr.  3 = **$0.17**/hr.  4 = **$0.12**/hr.  5 = **$5.25** per month

1.  Recommended performance Pay Grade (Check One):  ☐ 1  ☒ 2  ☐ 3  ☐ 4  ☐ **5**  WRKPL / REFUSE

2.  Total Recommended Pay: _____ 28.28

| | Date:<br>06-30-2016 |
|---|---|
|  (b)(6);(b)(7)(C);(b)(7)(F) | |
| Inmate's Signature:<br>Craig Shults | Date:<br>06-30-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|
| | |

AC-001

**EXHIBIT E**
**Page 17**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | 07-01-16 | 07-02-16 | Week Total |
| | | | | | 6 | | 6 |
| 07-03-16 | 07-04-16 | 07-05-16 | 07-06-16 | 07-07-16 | 07-08-16 | 07-09-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 07-10-16 | 07-11-16 | 07-12-16 | 07-13-16 | 07-14-16 | 07-15-16 | 07-16-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 07-17-16 | 07-18-16 | 07-19-16 | 07-20-16 | 07-21-16 | 07-22-16 | 07-23-16 | Week Total |
| | 6 | 6 | 6 | 6 | — | | 24 |
| 07-24-16 | 07-25-16 | 07-26-16 | 07-27-16 | 07-28-16 | 07-29-16 | 07-30-16 | Week Total |
| | | | | | | | |
| 07-31-16 | | | | | | | Month Total |
| | | | | | | | 90 |

| INMATE NAME: | REGISTER NO: | DETAIL: |
|---|---|---|
| SHULTZ, CRAIG | 62783-112 | C A4A ORD1 |
| MONTH: | TOTAL HOURS: | HOUSING & CSW#: |
| July 2016 | 90 | D02-021L |

**GRADES AND PAY:**   Grade 1 = $0.40/hr.  2 = $0.29/hr.  3 = $0.17/hr.  4 = $0.12/hr.  5 = $5.25 per month

1.  Recommended performance Pay Grade (Check One):  ☐ 1  ☑ 2  ☐ 3  ☐ 4  ☐ 5  WRKPL / REFUSE

2.  Total Recommended Pay: ___3054___

| (b)(6);(b)(7)(C);(b)(7)(F) | Date:<br>07-31-2016 |
|---|---|
| Inmate's Signature:<br>SHO Craig Shultz | Date:<br>07-31-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|
| | |

AC-001

**EXHIBIT E**
**Page 18**

BOP FOIA 2018-01254 60 of 324

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | 09-01-16 | 09-02-16 | 09-03-16 | Week Total |
| | | | | 6 | 6 | X | 12 |
| 09-04-16 | 09-05-16 | 09-06-16 | 09-07-16 | 09-08-16 | 09-09-16 | 09-10-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 09-11-16 | 09-12-16 | 09-13-16 | 09-14-16 | 09-15-16 | 09-16-16 | 09-17-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 09-18-16 | 09-19-16 | 09-20-16 | 09-21-16 | 09-22-16 | 09-23-16 | 09-24-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 09-25-16 | 09-26-16 | 09-27-16 | 09-28-16 | 09-29-16 | 09-30-16 | | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| | | | | | | | Month Total |
| | | | | | | | 132 |

| INMATE NAME: | | REGISTER NO: | DETAIL: |
|---|---|---|---|
| SHULTS, CRAIG | | 62783-112 | C A4A ORD1 |
| MONTH: September 2016 | | TOTAL HOURS: 132 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:**   Grade 1 = **$0.40**/hr.  2 = **$0.29**/hr.  3 = **$0.17**/hr.  4 = **$0.12**/hr.  5 = **$5.25** per month

1. Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☒ 4  ☐ 5  WRKPL / REFUSE

2. Total Recommended Pay: _15.84_

| Sup (b)(6);(b)(7)(C);(b)(7)(F) | Date: 09-30-2016 |
|---|---|
| Inmate's Signature: Craig Shults | Date: 09-30-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|
| | |

AC-001

**EXHIBIT E
Page 19**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
| | | | | | | 10-01-16 | Week Total |
| | | | | | | | |
| 10-02-16 | 10-03-16 | 10-04-16 | 10-05-16 | 10-06-16 | 10-07-16 | 10-08-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 10-09-16 | 10-10-16 | 10-11-16 | 10-12-16 | 10-13-16 | 10-14-16 | 10-15-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 10-16-16 | 10-17-16 | 10-18-16 | 10-19-16 | 10-20-16 | 10-21-16 | 10-22-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 10-23-16 | 10-24-16 | 10-25-16 | 10-26-16 | 10-27-16 | 10-28-16 | 10-29-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 10-30-16 | 10-31-16 | | | | | | Month Total |
| | 6 | | | | | | 126 |

| INMATE NAME: | REGISTER NO: | DETAIL: |
|--------------|--------------|---------|
| SHULTS, CRAIG | 62783-112 | C A4A ORD2 |
| MONTH: OCTOBER 2016 | TOTAL HOURS: 126 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:**   Grade 1 = **$0.40**/hr.  2 = **$0.29**/hr.  3 = **$0.17**/hr.  4 = **$0.12**/hr.  5 = **$5.25** per month

1. Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☐ 3  ☒ 4  ☐ 5  WRKPL / REFUSE

| (b)(6);(b)(7)(C);(b)(7)(F) | Date: 10-31-2016 |
|---|---|
| Inmate's Signature: | Date: 10-31-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

AC-001

**EXHIBIT E
Page 20**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | 11-01-16 | 11-02-16 | 11-03-16 | 11-04-16 | 11-05-16 | Week Total |
| | | 6 | 6 | 6 | 6 | | 24 |
| 11-06-16 | 11-07-16 | 11-08-16 | 11-09-16 | 11-10-16 | 11-11-16 | 11-12-16 | Week Total |
| 6 | 6 | 6 | 6 | 6 | | | 30 |
| 11-13-16 | 11-14-16 | 11-15-16 | 11-16-16 | 11-17-16 | 11-18-16 | 11-19-16 | Week Total |
| 6 | 6 | 6 | 6 | 6 | | | 30 |
| 11-20-16 | 11-21-16 | 11-22-16 | 11-23-16 | 11-24-16 | 11-25-16 | 11-26-16 | Week Total |
| 6 | 6 | 6 | HOLIDAY 6 | 6 | | | 24 30 |
| 11-27-16 | 11-28-16 | 11-29-16 | 11-30-16 | | | | Week Total |
| | 6 | 6 | 6 | | | | 18 |
| | | | | | | | Month Total |
| | | | | | | | 726 132 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: C A4A ORD2 |
|---|---|---|
| MONTH: NOVEMBER 2016 | TOTAL HOURS: 126 132 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:**  Grade 1 = $0.40/hr.  2 = $0.29/hr.  3 = $0.17/hr.  4 = $0.12/hr.  5 = $5.25 per month

1.  Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☒ 3  ☐ 4  ☐ 5  WRKPL / REFUSE

2.  Total Recommended Pay: _22,44_

| (b)(6);(b)(7)(C);(b)(7)(F) | Date: 11-30-2016 |
|---|---|
| Inmate's Signature: *Craig Shults* | Date: 11-30-2016 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|
| | |

AC-001

BOP FOIA 2018-01254 54 of 324

**EXHIBIT E**
**Page 21**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | 12-01-16 | 12-02-16 | 12-03-16 | Week Total |
| | | | | 6 | 6 | | 12 |
| 12-04-16 | 12-05-16 | 12-06-16 | 12-07-16 | 12-08-16 | 12-09-16 | 12-10-16 | Week Total |
| | 6 | 6 | 6 | 6 | 6 | | 30 |
| 12-11-16 | 12-12-16 | 12-13-16 | 12-14-16 | 12-15-16 | 12-16-16 | 12-17-16 | Week Total |
| 6 | 6 | 6 | 6 | 6 | | | 30 |
| 12-18-16 | 12-19-16 | 12-20-16 | 12-21-16 | 12-22-16 | 12-23-16 | 12-24-16 | Week Total |
| 6 | 6 | 6 | 6 | 6 | | | 30 |
| 12-25-16 | 12-26-16 | 12-27-16 | 12-28-16 | 12-29-16 | 12-30-16 | 12-31-16 | Week Total |
| 6 | 6 | 6 | 6 | 6 | | | 30 |
| | | | | | | | Month Total |
| | | | | | | | 132 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: C A4A ORD2 |
|---|---|---|
| MONTH: DECEMBER 2016 | TOTAL HOURS: 132 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:**   Grade 1 = **$0.40**/hr.  2 = **$0.29**/hr.  3 = **$0.17**/hr.  4 = **$0.12**/hr.  5 = **$5.25** per month

1.  Recommended performance Pay Grade (Check One): ☐ 1  ☐ 2  ☒ 3  ☐ 4  ☐ 5  WRKPL / REFUSE

22.44

| (b)(6);(b)(7)(C);(b)(7)(F) | Date: 12-31-16 |
|---|---|
| Inmate's Signature: *Craig Shults* | Date: 12-31-16 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

AC-001

**EXHIBIT E
Page 22**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|--------|--------|---------|-----------|----------|--------|----------|-------|
| 01-01-17 | 01-02-17 | 01-03-17 | 01-04-17 | 01-05-17 | 01-06-17 | 01-07-17 | Week Total |
| OFF | 6 | 6 | 6 | 6 | 6 | Off | 30 |
| 01-08-17 | 01-09-17 | 01-10-17 | 01-11-17 | 01-12-17 | 01-13-17 | 01-14-17 | Week Total |
| OFF | 6 | 6 | 6 | 6 | 6 | OFF | 30 |
| 01-15-17 | 01-16-17 | 01-17-17 | 01-18-17 | 01-19-17 | 01-20-17 | 01-21-17 | Week Total |
| OFF | 6 | 6 | 6 | 6 | 6 | OFF | 30 |
| 01-22-17 | 01-23-17 | 01-24-17 | 01-25-17 | 01-26-17 | 01-27-17 | 01-28-17 | Week Total |
| OFF | 6 | 6 | 6 | 6 | 6 | OFF | 30 |
| 01-29-17 | 01-30-17 | 01-31-17 | | | | | Week Total |
| OFF | 6 | 6 | | | | | 12 |
| | | | | | | | Month Total |
| | | | | | | | 132 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: C A4A ORD2 |
|---|---|---|
| MONTH: JANUARY  2017 | TOTAL HOURS: 132 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:**   Grade 1 = $0.40/hr.  2 = $0.29/hr.  3 = $0.17/hr.  4 = $0.12/hr.  5 = $5.25 per month

1.  Recommended performance Pay Grade (Check One):  ☐ 1  ☐ 2  ☑ 3  ☐ 4  ☐ 5  WRKPL / REFUSE

2.  Total Recommended Pay: _22.44_

| (b)(6);(b)(7)(C);(b)(7)(F) | Date: 01-31-2017 |
|---|---|
| Inmate's Signature: *Craig Shults* | Date: 01-31-2017 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|
| | |

AC-001

**EXHIBIT E
Page 23**

## TAFT CORRECTIONAL INSTITUTION INMATE TIME RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | 02-01-17 | 02-02-17 | 02-03-17 | 02-04-17 | Week Total |
| | | | 6 1 | 6 1 | 6 | OFF | 18 |
| 02-05-17 | 02-06-17 | 02-07-17 | 02-08-17 | 02-09-17 | 02-10-17 | 02-11-17 | Week Total |
| OFF | 6 1 | 6 1 | 6 | 6 1 | 6 | OFF | 30 |
| 02-12-17 | 02-13-17 | 02-14-17 | 02-15-17 | 02-16-17 | 02-17-17 | 02-18-17 | Week Total |
| OFF | 6 1 | 6 1 | 6 1 | 6 1 | 6 | OFF | 30 |
| 02-19-17 | 02-20-17 | 02-21-17 | 02-22-17 | 02-23-17 | 02-24-17 | 02-25-17 | Week Total |
| OFF | 6 1 | 6 1 | 6 1 | WENT TO SHU @ 1500 HRS. 0 | 0 | OFF | 18 |
| 02-26-17 | 02-27-17 | 02-28-17 | | | | | Week Total |
| OFF | | | | | | | 0 |
| | | | | | | | Month Total |
| | | | | | | | 96 |

| INMATE NAME: SHULTS, CRAIG | REGISTER NO: 62783-112 | DETAIL: C A4A ORD2 |
|---|---|---|
| MONTH: FEBRUARY 2017 | TOTAL HOURS: 96 | HOUSING & CSW#: D02-021L |

**GRADES AND PAY:**   Grade 1 = $0.40/hr.  2 = $0.29/hr.  3 = $0.17/hr.  4 = $0.12/hr.  5 = $5.25 per month

1.  Recommended performance Pay Grade (Check One): ☐ 1  ☐ 2  ☒ 3  ☐ 4  ☐ 5  WRKPL / REFUSE

2.  Total Recommended Pay: _____ 6.32 _____

| (b)(6);(b)(7)(C);(b)(7)(F) | Date: 02-28-2017 |
|---|---|
| Inmate's Signature: Craig Shults | Date: 02-28-2017 |

☐ Inmate was requested to sign this performance time record but refused citing the following reason:

| Staff Witnesses' Signature: | Date: |
|---|---|

AC-001

**EXHIBIT E**
**Page 24**

BOP FOIA 2018-01254 120 of 324

# T.C.I. EDUCATIONAL SERVICES
# CERTIFICATE OF ACHIEVEMENT

Presented To

## Craig Shults

62783-112

## In Recognition of Completion

## Health & Wellness Course

**On This 1st Day of March in the Year Two Thousand and Sixteen**

**Taft, California**

(b)(6);(b)(7)(C);(b)(7)(F)

**EXHIBIT F**
**Page 1**

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shultz*

62783-112

In Completion of
Financial Analysis I

On This 26th Day of August in the Year Two Thousand and Sixteen

Taft, California

(b)(6),(b)(7)(C),(b)(7)(F)

(b)(6),(b)(7)(C),(b)(7)(F)   Correctional Counselor

BOP FOIA 2018-01254 113 of 324



# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Has Participated in the Course
## Introduction to Culinary Arts

On This 3rd Day of November in the Year Two Thousand and Sixteen

Taft, California

(b)(6),(b)(7)(C),(b)(7)(F)

BOP FOIA 2018-01254 101 of 324

**EXHIBIT F**
**Page 3**

BOP FOIA 2018-01254 134 of 324

# "REFLECTIONS"



## Certificate of Achievement is presented to
## Shults, Craig
62783-112
## For participating in a course in Self Reflection
## On the 1th day of July 2015
## Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

# TAFT PRODUCTIONS

## CERTIFICATE OF ACCOMPLISHMENT

Presented To

### Craig Shults
62783-112

In Recognition of Your Contribution & Participation in

## The Gong Show 2.0
*A 90 minute Live Performance*

On This 2nd Day of July in the Year Two Thousand and Fifteen
Taft, CA

(b)(6);(b)(7)(C);(b)(7)(F)

EXHIBIT F
Page 5

# T.C.I. EDUCATIONAL SERVICES
# CERTIFICATE OF ACHIEVEMENT

**Presented To**

*Craig Shults*

62783-112

## Has Read 10 Leisure Library Books
## As Part of The Leisure Book Reading Program

**On This 5th Day of January in the Year Two Thousand and Fifteen**

**Taft, California**

(b)(6);(b)(7)(C);(b)(7)(F)

**EXHIBIT G**
**Page 1**

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Has Read 10 Leisure Library Books
## As Part of The Leisure Book Reading Program

On This 29th Day of January in the Year Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2018-01254 139 of 324

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

Has Read 10 Leisure Library Books
As Part of The Leisure Book Reading Program

On This 25th Day of February in the Year Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

EXHIBIT G
Page 3

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Has Read 10 Leisure Library Books
## As Part of The Leisure Book Reading Program

On This 18th Day of March in the Year Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2018-01254 137 of 324



T.C.I. EDUCATIONAL SERVICES
CERTIFICATE OF ACHIEVEMENT

Presented To

Craig Shults

62783-112

Has Read 10 Leisure Library Books
As Part of The Leisure Book Reading Program

On This 1st Day of June in the Year Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2018-01254 136 of 324

**EXHIBIT G
Page 5**



# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shulls*

62783-112

## Has Read 10 Leisure Library Books
## As Part of The Leisure Book Reading Program

On This 20th Day of July in the Year Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP-FOIA 2016-01254 132 of 324



# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Has Read 10 Leisure Library Books
## As Part of The Leisure Book Reading Program

On This 13th Day of August in the Year Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP-FOIA 2018-01254 130 of 324

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Has Read 10 Leisure Library Books
## As Part of The Leisure Book Reading Program

On This 8th Day of September in the Year Two Thousand and Fifteen

Taft, California

(b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA 2016-01254 129 of 324

EXHIBIT G
Page 8

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Craig Shults*

62783-112

## Has Read 10 Leisure Library Books
## As Part of The Leisure Book Reading Program

On This 2nd Day of November in the Year Two Thousand and Fifteen

Taft, California

(b)(6),(b)(7)(C),(b)(7)(F)

BOP FOIA 2018-01254 127 of 324

89B-SC-2085774 Serial 132

-1 of 3-

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    11/01/2018

On October 29, 2018, Special Agent Nicholas Callahan with the Federal
Bureau of Investigations and Inspector Darcy Smith with the United States
Marshal Service interviewed WILLIAM ISON; date of birth ███████;
residing at ██████████████████████; working at Viva
Ventures located at ██████████████████████; and
using phone number ████████████; at his workplace. After being advised to
the identity of the interviewers, and the purpose of the interview, ISON
provided the following information.

ISON owned 51% of the precious metals portion of Viva Ventures. ISON
developed a thermal process to extract metal from earth. ISON had a job in
Arizona where he was extracting ore and was achieving approximately one
ounce per ton; much less than the customer estimated.

ISON was originally arrested as a conspiracy to wire fraud. ISON joined
with a partner to create an investment with a $1 Million requirement to
invest. ISON provided expected returns and a guaranteed return of funds if
the investment did not generate the expected returns. However, a banker
stole the investment escrow and ISON could not return the funds.
Meanwhile, ISON's partner was continuing to collect funds from new
investors to pay older investors, thereby creating a Ponzi scheme. A
wiretap was set against ISON's partner, and ISON was intercepted on a
call. ISON also thought part of his conviction was due to using a bank
that transferred funds between states, even though the parties were all in
the same state.

ISON named one of the people who stole funds from him as JOHN DAVID
WILLIAMS. WILLIAMS stole $240 Million. ISON hired a private detective that
tracked WILLIAMS to South America. Treasury "secret agents" told ISON they
did not have the funds to transport WILLIAMS back from South America. ISON
believed NANCY PELOSI's son, and ROBERT MUELLER, and the Treasury
Department were involved in the fraud in some way. The Treasury Department
was involved because the government's debt on "gold boxes" obtained from
other countries in the 1930s was coming due.

ISON did not think his sentence was appropriate, especially due to the
size of his role and his attempts to help the government. ISON's partner

Investigation on   10/29/2018   at   Santa Ana, California, United States (In Person)

File #   89B-SC-2085774                                    Date drafted   10/30/2018

by   CALLAHAN NICHOLAS L

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

89B-SC-2085774 Serial 132

FD-302a (Rev. 05-08-10)

89B-SC-2085774

Continuation of FD-302 of  (U) Bill Ison, 10/29/2018                                    , On   10/29/2018  , Page   2 of 3

received less time than ISON. ISON did not believe in plea deals because
of how they force defendants to accept terms, but also did not think 20
year sentences were appropriate for wire fraud. ISON took a plea deal in
order to avoid a longer sentence if convicted.

ISON thought both CRAIG SHULTS and BILL KNOX were "nut cases." KNOX
would sell his soul in order to reduce his sentence, and SHULTS was a
habitual liar.

SHULTS was upset about his case, and believed he was innocent. ISON did
not recall SHULTS making any threats against his judge while ISON was with
SHULTS and KNOX. 95% of the people at Taft were upset with their judges.
The Mexicans said lots of things about their judges, but nobody seemed to
care.

SHULTS watched out for ISON and made sure nobody messed with ISON when
ISON first arrived at Taft. SHULTS was ISON's bunkmate and also sat next
to ISON in the TV room. When SHULTS was caught with a shiv under his bed,
ISON had to switch bunkmates. ISON did not talk to SHULTS much after that.
ISON thought the shiv situation was odd. The officer who located the shiv
walked straight to where the shiv was hidden and pulled it out, as if the
officer already knew. SHULTS thought TY put the shiv under SHULTS' bunk,
but ISON thought it was the Mexicans. SHULTS had knocked over a Mexican's
family photo while SHULTS was cleaning the area for inspection, and that
upset the Mexicans with SHULTS. SHULTS would not need a shiv. SHULTS was a
large man and ISON saw him lift three hundred pounds.

SHULTS asked ISON for $5 Million dollars. ISON laughed at SHULTS. ISON
would not give SHULTS $10. ISON would not trust SHULTS further than ISON
could throw SHULTS.

SHULTS was working his tail off at college, doing 18 classes. SHULTS
would ask people for help. ISON specifically remembered SHULTS asking for
help with Algebra.

After SHULTS and KNOX were moved, and the FBI interviews, people at
Taft were speculating KNOX was working with SIS. People thought KNOX wore
a wire to entrap SHULTS. ISON heard this from unidentified people, but
thought KNOX told some people about what he was doing.

Someone from SHULTS' Defense team had been to see ISON. ISON received
an appearance subpoena. ISON was not happy about the subpoena. ISON had
previous plans to be out of the country during the trial date. SA Callahan
reminded ISON that regardless of who was asking questions, we were all
just looking for truthful answers. ISON stated he understood.

EXHIBIT H
Page 2
SHULTS 006450

89B-SC-2085774 Serial 132

FD-302a (Rev. 05-08-10)

89B-SC-2085774

Continuation of FD-302 of   (U) Bill Ison, 10/29/2018                          , On   10/29/2018   , Page   3 of 3

Interview notes were included as an attachment.

**EXHIBIT H**
**Page 3**
**SHULTS 006451**

FEDERAL DEFENDER'S OFFICE

EASTERN DISTRICT OF CALIFORNIA - FRESNO

# m e m o r a n d u m

Date:          December 10, 2018

To:            Charles Lee, AFD / Erin Snider, AFD

From:          Shawn B. McElroy, Investigator

Subject:       US v. Craig Shults – Michael Mai

---

***On 12/10/2018, 7:35-8:00 p.m. I spoke with Michael Mai, 12/10/18, 7:35 – 8:00 p.m. by phone.*** Mai told me that he was an inmate at Taft CI during the time that Craig Shults was at Taft.

Mai said that he didn't know Shults well because he was "too much of a bullshitter" and so he didn't really hang around with him. Mai said that Shults was gullible and had a reputation as a bull-shitter and "would BS a lot" and "Most people didn't take him seriously" and "he was a scammer". Mai said that most of the things that Shults would say were, "laughable to the common person" and "ridiculous".

"One minute he was in special forces and the next minute he was CEO of a multimillion dollar company or inventing a lot of things" said Mai.

"Like he's the type of guy that if he's watching the movie Rambo…next thing you know he's the Rambo guy! I mean come on" said Mai. Mai said that Shults would make up stories based on that days news stories. Mai said that he took a class with Shults and Shults "tried to be the smartest guy in the class". Mai remembers taking a stock investing class and they were talking about 400% returns and Shults "Stood up and said, 'That's nothing I can get 700% returns'. I mean it was like here we go again" said Mai.

Mai said that it was known that Knox wanted to find a way to get his sentence reduced and get out of prison early and he remembers talking to him about some "legal stuff" that he could use to reduce his sentence. Mai remembers when Knox was working with the FBI to setup another inmate at Taft – at the time Mai did not know that the inmate was Shults. Knox told Mai that he had an inmate talking about "setting up a militia or get money for weapons or something like that" said Mai.

Mai said that he doesn't remember the exact details of what Knox relayed that the inmate was plotting but his own response was to laugh out loud, and say "Come on man how can you believe that?". Mai said that Knox then also laughed out loud with him. Mai remembers that Knox said something along the lines of "It's my ticket out, to go home early".

When Mai later learned that the inmate that Knox was referring to was Shults he realized that Knox had "taken advantage of the situation" to get his sentence reduced.

Mai said that around the same time at Taft, Knox told Mai about another inmate (maybe named "Brett") running an RDAP scheme where the paperwork could be fudged. Knox encouraged Mai to check it out. Mai said that he talked to the guy to learn more about the scheme and then Knox encouraged Mai to

EXHIBIT I
Page 1

tell him about what he learned about the scheme and the next thing he knew he was called in and questioned about the RDAP scheme by agents and they were trying to say that he was involved in the scheme as well. Mai believes that agents had recordings from a wire that Knox had worn during their conversation.

Mai said that after he was questioned by the agents on the RDAP scheme, he was more skeptical and less trusting of Knox but decided it was better to "keep your enemies close" than create more tension between him and Knox out of fear Knox might try to do get him on something else.

**EXHIBIT I**
**Page 2**

FEDERAL DEFENDER'S 0FFICE

EASTERN DISTRICT OF CAUFORNIA - FRESNO

# m e m o r a n d u m

Date:       11/2/2018

To:         Charles Lee, AFD / Erin Snider, AFD

From:       Shawn B. McElroy, Investigator

Subject:    US vs. Craig Shults - Julio Caro interview

---

*On Thursday night 10/25/18, 7:00-8:00 p.m., I met with Mr. Julio Caro in person at his workplace,* ████████████████████████████

I identified myself to Mr. Caro as a defense investigator working at the Office of the Federal Defender in Fresno, CA. I told Mr. Caro that the office I worked for was representing defendant Craig Shults and that I worked with Attorney Charles Lee and Attorney Erin Snider on Mr. Shults case. I told Mr. Caro that *US v. Shults* is set for trial on December 11, 2018 at the US District Court for the Eastern District of California in Fresno, CA. I gave Mr. Caro my business card, he agreed to speak with me and we did so for approximately one hour.

I told Mr. Caro that Mr. Shults was charged with making threats against a judge while at Taft and I told him that I was interested in hearing about his recollection of the time he spent at Taft and in particular the time in which he overlapped with inmate Craig Shults. Caro told me that he had heard that Shults was charged with a crime and he remembers being interviewed in the past by the FBI in March of 2017, about any knowledge he may have about Mr. Shults.

Caro said that he remembers Shults because Shults was always spending time with his (Caro's) cube roommate, Bill Knox. Caro estimates that he lived with Knox for about two months and during that time he observed Shults interacting with Knox on a regular basis. Caro remembers that Shults would bring his "legal file" over to Knox and he and Knox would talk at length about Shults's ongoing appeal. Caro said that the two had a "good repoire" and he remembers Shults making food for Knox often. Caro said that he would leave and let Shults and Knox talk and he did not spend time with the two of them together.

Caro said that he was always a little curious about the relationship between Shults and Knox because Shults was a bigger menacing looking guy, but Caro noted that between the two of them Knox was "the alpha male". Caro remembers that Shults would cook food for Knox and seemed to look up to him. Caro sensed Knox was "overly involved" with Shults and he described Shults as someone who was, "easy to manipulate," "said kooky things," "was not the brightest bulb," and someone that, "came across as a sad case". Caro said that Shults was "timid and differential" around Knox, which was a contrast to the way Shults acted among other inmates, where he said Shults, embellished stories, bragged and told people he had been enlisted

in "military special forces". Caro said that he didn't make much of Shults's tall tales because, "It's all lies and nobody believes what anyone else says in there anyway".

Caro said that when he first met Craig Shults his instinct was that Shults was a "tough guy" and a potential threat just because of his size. Caro said he remembered that Knox seemed, "overly involved with Shults" and remembers asking Knox if he thought that Shults could be aggressive or violent or a threat? In response, Knox said, "Please. Don't worry about him. He's nothing. He's not a violent guy".

Caro said that he did not interact with Shults much at all outside of his "cube". Caro said that in his experience with Shults, he remembers he had occasional, "flashes of a temper" hut overall he was "always respectful," "never aggressive," and "I never felt threatened by him".

I asked Caro if he recalled a scenario in which he overheard Shults yelling angrily on the phone, to which he said, "no".

I asked Caro if Shults asked other inmates for money and Caro said that he remembered that Shults had asked Knox for money at one time hut he did not remember the specifics of what he asked for. Caro also heard indirectly that Shults had asked Briant Benson for $15,000 hut he did not hear what it was for. Caro said he assumed that Shults had financial problems outside and needed money. Caro said that Benson was a "piece of work", that he "threw his money around" and had the "subculture in the dorm wired". Caro said that Benson often bragged about having a lot of money and a private plane.

Caro said that he was friendly with Knox at Taft and never had a problem personally with him and in fact at one point his daughter was traveling abroad in the UK at the same time as Knox's daughter and they connected the two women so that they could meet up with each other. Caro said that when he first got to Taft, Knox helped him to immediately get a job. Caro said that Knox "had a halo over him" and was very connected at Taft and "had the guys in SIS under control" and "could do whatever he wanted" and specifically Caro remembers that Knox was close with a Taft officer named "Sy" whom Caro said was "an Asian guy".

Caro remembered that in January, February and March of 2017- Knox was often talking on the phone with his attorney. Knox did not talk about the conversations he was having with his attorney, hut Caro assumed he was working on a way to get out of Taft early. I asked Caro why he thought Knox wanted to get out early? Caro said of Knox, "I've never seen a guy so hell bent on getting out".

Caro said that Knox floated the idea of making a film about his own life and asked Caro if he would help him to do so. Knox asked if Caro would have his film making friend come interview him at Taft hut Caro told him it wouldn't work because he (Caro) would have to be present for the interview and the officers would never allow two inmates to speak with someone at the same time. Knox told Caro that it wouldn't be a problem, because he could make it work with his

influence over the staff. Caro told me that he never really wanted to help Knox with a movie and such a meeting never did happen, but he told me that he believed that Knox was telling the truth when he said he would be able get the interview approved by Taft Staff.

Caro described Knox as "super guilty" and said that Knox did not appear to take responsibility for his crimes and had no remorse for the crimes that got him into prison unlike some other inmates.

Caro said that a day or so before Knox was shipped out of Taft, Knox opened up about what was going on. Caro said Knox came up to him after having a meeting in the Warden's conference room and he was, "the happiest I've ever seen him". Caro said that Knox was, "super-thrilled" and said, "I'm getting a 35b". Additionally Caro remembers Knox "boasting and celebrating" saying, "That's my ticket out".

Knox went on to explain to Caro that he would soon be leaving and told him that "people are gonna say things about me" and "all these things are gonna come out". Caro said that Knox explained to him that he worked with agents and wore a wire and got Shults talking on two separate occasions. On the first occasion, Knox said that everything was setup in the education building but the recording device did not work so they had to do it a second time. On the second occasion, Knox told Caro that it was "really hard to get him (Shults) to go" and to get him talking again. Caro said Knox was laughing, joking and "seemed proud" when he told him this.

Caro said that Knox told him about the negotiations between 2 AUSAs, the FBI and his defense attorney and he said that Knox told him he had demanded to be released outright in exchange for his assistance. Caro told him that Knox said that he was offered a deal of half his time off but rejected it. Caro remembers telling Knox that he was crazy to have rejected such a good deal.

Caro said that he never overheard Shults make any threats against a federal judge during his interactions with him and said that he always thought that Shults was working on the appeal of his case.

Caro said that he knew of Bill Ison and remembers him as an odd guy. He remembers that Ison was worried that he was somehow recorded on a wire because he happened to be in the area where Knox was wearing the wire on one of the two occasions.

Caro said that he believes that Knox used Shults to get himself out of prison early.

"It's sad but this was Bill Knox being predatory. It was framing and I'm in the entertainment business so I know what framing is" said Caro.

I served Mr. Caro a subpoena for the upcoming trial. He asked me if he was required to report our meeting to his Probation officer and he told me that he had a Federal Public Defender in the LA Office who represented him on his case. I told him he could contact his AFD to ask any questions he may have about the subpoena and that the attorneys in my office would be happy to talk to her as well.

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



4500 Orange Grove Ave.
Sacramento, CA 95841

Requesting Official(s) and Office(s): SA Nicholas L Callahan, Sacramento

Case Number: 89B-SC-2085774

Transcribed by: SA Nicholas L Callahan

Reviewed by:  OST Nicholas Kastenholz

Date Completed: 3/7/2017

Source Language:  English

Target Language:  English

Name of Source File (Audio):

    - Evidence Item:

    - # of Sessions: 1

    - Start Date, Time: 7:45 AM, 12/11/2016

    - End Date, Time: 9:45 AM, 12/11/2016

### DRAFT COPY VERBATIM TRANSCRIPTION

**Participants**

| | |
|---|---|
| Confidential Human Source | CI |
| Craig Shults | CS |
| Unidentified Person | UP |

**Abbreviations**

Primary language:  (standard) English
*Italics*          Spoken in *Spanish*
UI:          Unintelligible
OV:          Overlapping Voice
PH:          Phonetic pronunciation

EXHIBIT K
Page 1
SHULTS 001478

**[Session 1.  Date/Time stamp:  Start – Date Time, End – Date Time, Length – 1 hour, 59 minutes, 57sec.]**

UP      [UI]

CI      With everyone out here, with the, in the uh, [UI] room entry.

CS      [UI]

CI      What?

CS      I had to take a shit, so I figured I take a shower on the way.

CI      You watch your language.

CS      I'll be there in like, four minutes. Which, which office we be at.

CI      Same one we were in last time.

CS      Okay.

CI      Okay.

UP      Colin. Colin. Colin. [UI] I have a feeling [UI]. What day you going home?

**[16:34]**

CS      Sorry about that. I just was laying there, and like, I fucking ate those cinnamon buns; messed up my whole constitution.

CI      Oh really. Nah, you told me to wake you up.

CS      Yeah

CI      So then I said, "let me sleep as late, as I, as I can." So, I walked in there and it's like 7:40 and I was like, "Where is he?" Then I said to Ronnie, I go, "did, what, what cube's" and I knew you were in 21, so I was thinkin', "what happened to you?" And so then I was thinking, did were you already over here, so anyway no problem, no problem. Um, okay, they made me do all this shit today at rec, I don't know why, they're trying to see if I can actually be competent. You know.

CS      Oh, you get some of those [UI] and we'll put them in this, in this notebook. When you get a chance.

CI      Ah yeah, they're back in, well maybe I can…

**EXHIBIT K**
**Page 2**
SHULTS 001479

**UNCLASSIFIED**

CS      No, no, you can give me some fresh ones, it's no problem I don't want yours.

CI      No, no

CS      Steal some for me

CI      Yeah, I'll ah, I have some in the dorm, so I'll give them to you, okay. So, okay, um, we got, I wanted to go over four things today.

CS      Okay. You, today you're going to do most of the talking, I'm going to do most of the listening.

CI      No, I don't have anything, I want to ask you questions.

CS      Okay.

CI      Yeah, I want to ask you questions about, the last week's meeting, 'cause I thought about it a lot, I got some questions about it, okay?

CS      Okay.

CI      Okay, but anyway there's four things I want to talk about. I want to talk to you about the Israeli laser, which you know, that's going to be a short discussion or a long one.

CS      It's a short one, because I don't have any information in here.

CI      You don't remember the name of the company at all?

CS      No, no, because it was all brand names. It, it was all branded so, I , I was involved in the, the dental was probably the [UI] that I had, the, TIDEK VAX [ph] was the hot laser.

CI      The what?

CS      Tight F Vax [ph], TITE FVAX.

CI      Okay, 'cause I can look that up as to who the manufacture is.

CS      That's not the same company.

CI      Oh, okay.

CS      That's what I'm saying.

CI      Never mind.

CS      Like you, you know how you, you, you dabbled in a lot of things, I dabbled in a lot of things.

**EXHIBIT K**
**Page 3**
SHULTS 001480

**UNCLASSIFIED**

CI      Yeah, yeah, let me go through my list. I want to talk about the South African passports, if we made any progress on that one. I want to talk about the money, which is the most important thing.

CS      South African passports is going to be on hold until I can get out and deal with you.

CI      Okay.

CS      I, I, cannot take a chance of risking you, or me, or my sources, because it's actually a UK passport and you get commonwealth insurance and everything else.

CI      Okay, well, anyways, those, I want to talk about that, I want to talk about the money and how we facilitate that, and I want to talk.

CS      So, what I want to talk about. The money we can talk about, that's no problem, is the things that are important to me about you.

CI      Yeah

CS      One, is your personal credit.

CI      Yeah

CS      Okay, I need to get that fixed.

CI      Yeah

CS      And, we got to talk about my role in your world.

CI      Yeah

CS      'Cause there are certain things that have gone in your world that are unacceptable in mine.

CI      Such as?

CS      Okay, um letting your credit get fucked up.

CI       Yeah

CS      Okay, so.

CI      I didn't let it get fucked up. Okay, let us go through my list, okay. [OV] Credit, what next?

CS      Ah, teach you how to live anonymously.

**UNCLASSIFIED**

CI      Okay

CS      Okay, how to, so you can control an empire, but have no personal liability.

CI      Okay

CS      None, which is something which you haven't done, which is something that I taught for years, okay. I, I, I done it, in fact the only reason my wife lost the house between you and me is because at year seven she decided she was going to leave me, and at leaving me she went and had the house appraised and she had all these things done to show me how much money she was going to get. So, I told her, I said hey you know, come back [UI] do what you gotta do. So, she, realized she wasn't going to get any money, so she decided it would be better, suddenly I was a good guy again and I was okay to have sex with and everything else. Well I, I told her right in the [UI] you little fucking gold-digging bitch. So, I refinanced the house, put it in my name, mortgage in my name.

CI      It was in the trust or what?

CS      No, I had it setup in a corporate structure.

CI:     Okay.

CS:     The debt was always in my name, but the house wasn't in my name. I had it in.

CI      Got it

CS      First, it was, what happened was I put

CI      Wait, wait, wait, wait, wait, wait, let's not go into that just yet.

CS      Yeah.

CI      What else is on your list? Credit.

CS      Personal credit, establishing your corporate structure, so you understand why these corporations are required.

CI      Okay, what else?

CS:     Trusts, what trusts do for you.

CI      Okay, what else?

CS      Okay, and international banking.

**EXHIBIT K**
**Page 5**
SHULTS 001482

CI      Okay. Okay. Now, um, I don't want to spend a lot of time on corporate structure today, okay, because, that's your area of expertise,

CS      I know, but it's

CI      But wait, I, I, I don't want to do that, only because I don't want to learn that, that's, that's your role, okay?

CS      Okay

CI      Uh, I, I, there's  a lot of things, there's a lot, I know what I know, and I know what I don't know.

CS      Mm-hm

CI      I don't want to learn a lot of things. Okay, I, I really don't.

CS      Right.

CI      Ah, ah, and it's just, I'm not sure why I need all these corporate structures, and then I really don't, if you say this is what we need, and to make the money

CS      We do need it

CI      To make the money protected. Uh, yeah, okay. Then, then, then that's your role. I don't need to know all that, I'm better off not knowing all that, because I really don't know what I'm doing, um so that's your area of expertise. I want to talk about this money and how we're going to facilitate it. I want to, I want, I, I'm very intrigued by judge, your plan with my judge and your judge, and let me tell you why.

CS      Sure

CI      Okay, ah, when, when you and I first met, you were talking about that, back with me, you and Bill, were having lunch. I'm like, "oh man, he's the man."

CS      Right

CI      And, then I didn't know if you were bullshitting or what, and then when I moved into the dorm, you said, 'I can do this." And I'm like, ohhh, so, that intrigued me. And I don't know if it intrigued me for vicariously, or if it just, I hate my judge.

CS      Me too.

CI      Okay, so

CS      ███  I, I, let me explain it to you. First of all, I, I , I got to explain it to you in a very careful way. I am probably the most dangerous person you ever met in your life, but I'm the

nicest guy in the world. When I say dangerous, I have friends that do not know where I am, that I make sure my other friends hold them at arms length, like I knew Chad, I knew, I knew, I know the most villainous people and Chad wasn't a villainous people, Chad was a good Boy Scout.

CI      I, I still can't believe you know Chad.

CS      Yeah, he's a Boy Scout, compared to the other guys.

CI      He's just big.

CS      Well, the Hell's Angel worked [UI], but I could have wiped Chad's ass in two seconds, but yes, he was big and he was tatted up and all the rest of it, and I fucked his wife and all the rest of it, but, but, long story short, I want you to understand that, when I was young my parents got divorced and it made me very angry. I went into martial arts, and I was always into physical fitness and all these things because I didn't want anyone to be able to fuck with me, you know, it's like I was bullied a little bit when I was a really young, I had an older brother who was a fucking cocksucker, I had younger brother who was abandoned, so I was the middle kid, so I never got the recognition, and I never got the reward, but I took care of everybody. And, and, my uncle, was involved with organized crime, he was the black sheep of the family, my aunt's, my favorite aunt's husband, he, brought in arms, guns and bullets for the FBI and CIA, and a lot of that, so I liked him, he didn't like me, he called me a "stooley" the first time I met him, and I didn't know what a "stooley" was, it was a "stool pigeon," it's somebody who tells, you told on my son, so you're a stool pigeon, that's who you are. You want to get around in life, you learn to keep your mouth shut. Well, he was small time, made a few million dollars a year and he brought in a lot of ammunition from China. A lot of, believe it or not, a lot of the bullets we shoot here come from China and all of the rest of them.

CI:     Yeah right.

CS:     So he brought in a lot of fireworks, all of the New York City fire fireworks displays, those were all his fireworks he brings in, okay. Then he got his FFL license, Federal license, then he goes to the gun shows, and that was his thing., he would run the gun shows. Well at the gun shows there's an element of, four or five legitimate and two or three really illegitimate that run all the rest. The, the deal, so I got to know those guys. So this guy named Fancis Beyondo, I don't know if you ever heard of the name before or not, one of the most influential organized crime families in the world.

CI      And where were they from?

CS      Italy.

CI:     Oh.

CS:     From Sicily. So, Francis, happened to put a pizza shop in upstate New York, they were running the Laundromats and other shit down in the city, but he had a, he put his family in upstate New York and kept his family away from the business, well I became good friends with Frank, I always call Frank, [UI] met I call him Francis, so he introduced me to a lot of the Italian

gangsters, not the guys that shoot the guns, the guys that make the decisions. So, they were always bitching about this cost, and that cost, and the Italians can't keep their mouths shut. They just can't.

CI      I'm married to one, I know.

CS      Yeah, so I learned how to launder money. I learned how to run a protection ring. I learned how to do all these things, but then in '88, when I got in an argument with my dad, I enlisted in the Air Force and I was still clean. I did get arrested one time, but I only did weekends, and I got it sealed when I went into the Air Force, no b-else knows that, nobody knows that. So, when I went into the Air Force they sealed my records, okay, so, um, so I only did three weekends, or nine weekends in County, when I was really young and that was stupid with some friends. But anyhow, so that got sealed and I went into the Air Force, and when I went into the Air Force, I went into Para Rescue, and Para Rescue, because I fucked up, I didn't get to finish my pipeline, they put me into intelligence, so I went to Colorado as part of my training and then I worked with companies out of Langley, these guys taught me how to, introduced me, I flew all over, through South America. Everybody thinks Europe is where the money is, Europe is, Vatican City is the biggest money launderer, the Vatican Bank is the biggest money launderer, mon, laund, money launderer in Europe, but South America is where they really do lot money laundering.

CI      Oh really?

CS      And their little wars and the rest of it. So, I got to know like for example like the ex leader of Costa Rica, his grandson and I are very close.

CI      Who's that?

CS      I have a house, I'm not going to tell you his name, his grandson's name is Frederico.

CI      I knew Oscar Arias (ph).

CS      So, um no. It wasn't, he name isn't Oscar Arias.

CI      Oh, okay, he was the president.

CS      Not the current reigning, not the second, the one just before him, I went down and did that. I have a house in Costa Rica in a trust, that they don't, it's on the beach, it's one of the nicest, for Costa Rica, it's a nice property.

CI      I liked it.

CS      Yeah, so, you know, so, for there, to make a long story short, in all of that, the good guys who have money, are only afraid of the bad guys who have muscle. Okay, and I knew that, so I then had to be bad guy with muscle or a good guy with money. One of the two, because they don't really correlate, I always wanted to be the good guy with muscle who could be a bad guy, and that's what I became.

8

**EXHIBIT K**
**Page 8**
SHULTS 001485

**UNCLASSIFIED**

CI      Okay

CS      Okay, so, the bad guys, like if you talk to Chad about me, Chad, Chad will tell you, ph, watch out for that guy. [UI] Seriously, you hear a Hell's Angel warning you about somebody that wear's a suit, you know I, that's a pretty scary thing. But, but, and then my life was good, everything was good, until I decided that I wanted to have a family, okay, so ah, 'cause I, I was, I was a millionaire very young, and I had a lot of money, and I could travel, but I was always nomadic. I mean I have team of guys that I take care of, that would kill for me, and I tell how great they are, but in reality I know everyone of their weaknesses, like I know everyone of your weaknesses, I can read you and profile you, so my value, my life moving forward is what value do you hold to my life, okay, I like you. So that, that makes…

CI      Feeling's mutual.

CS      That makes it weak for me, that's a weakness for me because I'm emotionally involved with you, when I saw that guy throw you to the ground, not running out and killing him was one, probably one of the hardest things I've had to do in prison. And, that, Mike, didn't tell you I bitched his ass out, did he?

CI      No

CS      I went and tore his ass up in the cube. "Get your ass out there, somebody's putting hand on one of your men," and botta botta ba.

CI      What did he just lay there?

CS      Yeah, he laid there. I said, I said, "Are you not hearing me, get the fuck out there." That's why he came out, he came out it was all over. He came out, 'cause after I saw you go down, I went in and tore his ass, he hasn't said a word to [UI], but one word to me since. But, I realized then, 'cause Mike uses his stature to get around.

CI      Right

CS      I would shred Mike, and I realized when he didn't get up and move for you, Mike, you, you don't care about anybody, you just want the perks of being the big guy, but you don't really plan on taking care of anybody, but you, you selfish prick. I'm not that way. If you're on my team, I'm gonna take care of you. I'm gonna see your weaknesses, I'm going to see, know your fetishes, and I'm going to make sure you get to live life you want to live, and anybody fucks with you, they're going to answer to me. They're going to answer to me or my guys. And that's a very dangerous position for me, because you could fucken piss in somebody's face, and the rules of the game are you're not wrong. In the, in the fight, in the mix, you're not wrong, I backed your plate, now, after it's over, I'm going to school you myself, but I'm not really good at schooling, I'm going to say hey, you know, that was really incredible, I'm glad we got out of it, don't put me in that situation again, that's about as far as I go, as an adult. Younger version of me, well, I'd tell you, I'd tell two three times, I'd smack you like three times where, where you felt the hand of God on you, wouldn't kill you, but I would, I would literally hit you so you understood that I love you, but you need to learn. That's, that's how I was younger, that's why my guys

9

**UNCLASSIFIED**

would always say, look, I'm his good friend and I got a fifty fifty chance of walking away without getting smacked. You know. I mean really, the, Sammie was the sergeant in arms for the Russian mafia in West Hollywood, okay, I mean, you're talking about a guy who would cut your head off with a dull knife, and he fucked with me two times. One time at a dinner with him, and one time outside of dinner, and I literally kicked the fuckin shit out of him, and his second command. Shoved their asses in a car and had the girl drive them back. I mean, I called them out and I literally, they, they didn't do nothing, they knew better. 'Cause, you take me out, you're just going to take me out, they didn't know about my life, take me out fine, but I got a fuckin Russian Polish Jew who loves me who'll know that something happened to me and he's going to kill you and your entire family and he's going to wipe your entire element off the Earth, and he works for the CIA.

CI      And you still have contacts with all these guys?

CS      Yeah, Jimmy Razinkski (ph). He's my lifelong friend.

CI      Is he the guy, is he the Jimmy from what you were telling me last week, from what you were telling me last week who bailed your ass out when you beat of the Marine general's son, and.

CS      Correct, same guy, one in the same.

CI      Is he with Langley, or was, or whatever?

CS      Yeah, he's, Jim works for the CIA.

CI      He's the one with the career.

CS      His cover's he runs a steel company out of Ohio.

CI      Where, Youngstown?

CS      Uh huh. Um, it's in Toledo's fabrication facility. There's three, three plants, his, I mean he married his wife's father is worth about 50 million bucks.

CI      Is he about the same age as you?

CS      Jimmy, yeah, same age as I am. Yep. [OV] Jim is, Jim is a psychopath.

CI      Oh really?

CS      Oh, he's a total psychopath.

CI      What do these guys have cover jobs, like the steel factory, but they actual work for Langley, or both?

**UNCLASSIFIED**

CS      Jimmy, travels all over the world doing whatever he needs to do. Just like I used to. I told me father I was an insurance agent for years. I actual gave up, I actually had a job at Metropolitan Life, I mean I was licensed, I took all the tests, passed them all, I never sold a policy.

CI      How much of your time would be with black ops mission, versus your real job?

CS      From 1988 to 1994, about 80% of my time was killing people, and 20% of my time was lying to my friends and family about who I was.

CI      And you did it all over the world?

CS      All over.

CI      US, [UI]

CS      I have friends in Russia, I have friends in Egypt, I have friends in Israel, I have friends in South America, I have friends in Argentina, I have friends in Finland and Australia, you know, I have friends everywhere. But when I say friends, these are people that I can call on who will do things for me and not ask questions.

CI      They'll just do it.

CS      They'll just do it.

CI      Well, I'm trying to get to know you, that's, you know that's my goal.

CS      So, that's why I want you to know who I am. So, so, in my, how I see you, you're a business man, you ain't a fighter, that was painfully displayed on the yard.

CI      Hurt my feelings man.

CS      That's okay.

CI      I thought I did pretty good.

CS      No, no. Ah, no. That, that, that, if one of my guys saw that, "you talking to this guy?" I'm like, "shhhh." He must have a lot of money, 'cause, 'cause in our group I'll tell you what, my group was a bunch of bad guys, I mean, when I say bad guys, I mean we know how to fight. There's not a guy in here who knows how to fight like I know how to fight, and I'm out of shape, but I, because I'm out of shape I'm even more dangerous, because I know if I got to go any distance it's going to hurt, and I don't want to go through that pain, so I'm going to end it quick. You know? So, so here's my thing. I've seen you, from what you told me, and from what my people have found out about you, is I mean no offense ███ you're a, I think you're a great guy, I think that when you're in the mix, maybe you got a little disorientated and gave a wrong impression of who you were, because some people think you're total scumbag. Like they just think that you straight up took people's money and, and went to Vegas and partied it away.

**EXHIBIT K**
**Page 11**
SHULTS 001488

CI      I haven't denied that.

CS      Yeah, no, no, I didn't say you, I'm not, I don't think that's who you are as a person.

CI      No, I'm not.

CS      Okay, I think that, you had a lot of stress, you had a lot of pressure and maybe you saw like, like eh, there's, there's probably like four or five things you had them mix, that nobody ever saw, and probably two or three of them were that close to happening, and they didn't for whatever reason, and, and honestly I don't care, 'cause if you talk to people about me, some people will say I'm the greatest guy in the world, other people will say I'm the biggest scumbag that you've ever met in your entire life. The truth is, I have made more millionaires in my life of people who never should have been wealthy ever. They didn't have the aptitude, they didn't have the skill set, and they didn't have the opportunity. And, I, it's been proven to me since I went to prison, 'cause my dad used to tell me, my, my dad knew I was involved with organized crime, he knew I was involved with, he figured it out, he didn't know, he, he actual figured it out over a course of time. And, uh, my dad he says, Craig, you know, you got a lot going on, but you, you're carrying the weight of the world on your shoulders. None of these people would sustain without you, and I'm like, dad, trust me, these guys will sustain. They're in my process, I'm managing them, but they know enough to survive. And now, three years later, I'm realizing they didn't, they're all struggling. I mean, struggling, I mean like Emilio was making $85,000 a month as my CEO. He's making $2500.

CI      [UI] a difference.

CS      It's huge. In two years he took a business that was cash flowing, positive cash flow, his pay was $85,000 a month, it was socking away $40,000 in my rat hole, and my rat hole's gone, the company's gone.

CI      What's a rat hole? When you say rat hole what do you mean by rat hole?

CS      Rat hole. I picked that term up from Jordan Belforte. I, uh, like a rat hole is somebody where they, uh, put their name on shit for you but it's your money.

CI      Oh, okay

CS      Yeah, but my, but my rat hole took the bag and left. You know. I had, I had a lot of, money doesn't mean a lot to me. Money does not mean, actually money to me is just a tool, it's a tool I use to make more money. Um, the, but I also know that if you don't have money, you're never going to get anywhere.

CI      You don't have any tools.

CS      Right. You don't have any tools. So I'm not [UI] I'm in business I am a shrewd, shrewd business person. I am very, I am, I, I am ruthless in business, but that's to generate profits. It's all about profits. It's all about making as much, if you're one of my employees, I'm going to make

**EXHIBIT K**
**Page 12**
SHULTS 001489

you feel like a god and I'm gonna pay  you a lot of money, but you're going to make like, Hewitt used to make $250,000 a month. Okay. And he thought he was a god. Hewitt would make me over $5,000,000 a month, just him. I mean for the company. $5,000,000 gross, and 250,000 I thought that was a fare trade off.

CI      Sure, 15%., yeah, not even 10%, 5%

CS      Correct, that's exactly right, it's 5% [OV]. So, and I would take 10%, so I was making twice of him, off his work

CI      Off of one guy

CS      Off of one guy. And I had 32 guys on just my education floor. I had 120 seats in my offices, so I was, I was doing it the right way.

CI      Was that in Costa Mesa?

CS      Yeah. Antime [ph] Building. 600 Antime. 16th floor. I had the whole 16th floor. 30,000 square feet, it was great. In my office I could watch the planes land in John Wayne, I could look out and see the uh, it was Unisource, now it's Comerica building on, uh, building on Beach and Warner. Couldn't see the ocean, I tried to see the ocean, but there was too much of the

CI      The haze.

CS      No the, the, building outlines. Anyhow. So, my history I've, I've made a lot of money, I'm not going to say every deal I wanted to worked out. I'm not going to say I never got ripped off. Usually, when I'm ripped off by a guy, my approach, most guys would get pissed off, but then, my approach is I'm going to find something of value to him, get back into his life, and make money again and get my money back, and continue on, that's usually how it works for me with those types of situations. Because I'm in prison, and because, I, I honestly believe that I'm going to overturn my conviction and walk out of here a free man. I honestly do believe that. Um.

CI      Even if Guilford just has to re-sentence you?

CS      Uh, even if Guil-, even if Guilter re-sentences me, I'm still going to appeal it.

CI      You're going to appeal him being the judge that re-sentences you?

CS      No. If I lose my direct appeal, I have habeas, I have the Supreme Court, then I have 2255. I know I have 2255, cold. Even if Guilbert turns on 2255 I can appeal that to the 9th Circuit, so worst case scenario, I'll fight this for another five or ten years and get it overturned, or I'll give $5,000,000 to Mike who'll make the deal with Trump, and Trump will give me a pardon. Either way, I'll get it done. I'm just not going to be uh, uh, felon in this country for the rest of my life. It's not going to happen. It's one of those things, if the prosecutor didn't destroy my tapes, and my the jury has, any jury, any jury could have seen the video tapes where I disclosed everything to the people that the house couldn't even be sold at a foreclosure sale, it got taken back by the bank, it was a toxic asset, people went and took the toilets out, there's plumbing missing, there's

holes in the walls, and all the rest, I disclosed everything, and I told them these are the properties that were buying, and then you have the property manager who's going to bring in the crew and rehab it, get it to reperform, so of them are condemned, some of them have been destroyed by the city, so this is what you're buying.

CI     That was Staples that did that?

CS     What?

CI     Who was that, Staples that destroyed the tapes?

CS     Yeah, yeah, Staples, had the uh, FB,

CI     What was it, do you think he had a personal ax to grind with you?

CS     He wanted to win.

CI     That was it?

CS     That's it. It's not personal. It's not personal with any of these guys. 'Cause he, how much of a scumbag are you, that you're willing to break the rules, and destroy evidence, and compare a Jew to a Nazi war criminal to get your win. I mean. Greg Staples knew I was Jewish, there's no way he didn't know I was Jewish. There's no way, nobody didn't know I was Jewish. I went to talk to Tom Binner for the fuck's, for fuck's sake. Tom is as Jewish as it gets. Okay. So there's no way he didn't know I was a Jew. So to liken me to a holocaust, murderer, is the worst label you can give me. That's when I realized he, he wants to hang me, like a Nazi war criminal. You know. Over money that people say that they lost, but they didn't really lose, because they all still owned properties. There were people on the stand that testified I still have houses in my name. Well fine, fix 'em up and sell them, what's your fucking problem? So, so anyhow, long story short, in my good guy affairs, I learned how to keep clean credit, keep your credit clean, I learned how to establish corporate credit, I learned how to make millions of, create millions of dollars of money for corporations through none personally guaranteed debt. I learned how to use trusts and 501c3's which is non-profits and foundations and I learned all this stuff from the government, because that's, I learned how the government attacks society. See the government's not really, the government doesn't want the rich, the government knows the rich have to be here to give jobs to the poor, but what the government wants is the middle class. The guys who aren't quite rich, see, they all say this $250,000 a year income, [UI], if you're making less than five million dollars a year, the government will crucify you. Over five million dollars a year and you've got the proper infrastructure they're going to leave you alone. 'Cause, the greater good is benefited no matter how much you're stealing, the greater good is benefited. Okay. So what I need to do in your world is one, I want to know how much money you want to make, not just with me, but with other things too, so I can put your structures in place and have legal teams there for you and do things that you don't want to do, things that I know we have to do because I'm looking to setup generational wealth. I'm not looking to just take care of you for the rest of your life, I want to setup structures that If you have children, your, your kids that you want to take care of they have things they can make money from what daddy did, at when you die. Not right now, 'cause I have a trust setup for my son. My son is not poor. I can't touch the trust, but

**EXHIBIT K**
**Page 14**
SHULTS 001491

the trust is there, so his education and all that is, unless the lawyer fucked me over, um, which may have happened, but,

CI    Is this the Jung guy?

CS    What? No.

CI    Is this the Jung guy?

CS    Ben, Ben, Ben Jong, I call, it's Jung, you're right.

CI    Is that, er ah er [UI]. You said it was Jung, so I figured it was Jung.

CS    Right, yes, but no, I had different lawyers do different things, at different times. Lawyers to me are like nuclear warheads, once you spend one, once a lawyer really has to go to battle for me, at the end of that battle I'm pretty much done with that lawyer, 'cause he's gotten, he's got information on me now, I'm no longer just a client, I'm some rich guy he can milk, he can stuck a, stick spit in my ass, turn it on and let the sap run out of me, and I don't want that, so once I've, once I've got that victory I let him be that guy, and I may hire somebody, I, I'll, I will hire another lawyer. That's why I went and got my paralegal certificate and I'm, I always wanted to be a lawyer, just so I can not practice law, just so I could fucken hire other lawyers as a lawyer. You know what I mean, I, uh, I , I used Jones Day, Jones Day was my law firm, KPMG was my accounting firm. Those were the two companies that I did the pre, majority of my structures with. There's a reason, and anyone who knows who Jones Day is anybody who knows KPMG is, knows, you aren't just going to be anybody and get Jones Day. You're not going to be just anybody and have KPMG do your audits and do your things. I mean I worked with the, the Federal government and, and doing the audits for Medicare and the rest of it. So, that being said, 90% of my time I have everything cut and dry, 90%. In prison, everything is cut and dry in my head, but what am I actually going to do is gray because I have too many variables. My freedom is not mine. I can't really control what's going on the outside right now, unless I do it with Rick or Sam. Those are the only two people that they will flawlessly execute whatever, if I told Sam to go get gun and shoot somebody, she would go and get a gun and shoot somebody. If I told Rick to go get a gun and shoot somebody, [UI], if I said, "Rick, go assassinate Donald Trump" he would go and try to shoot Donald Trump. I mean, that's the loyalty that he has. As far if I say Rick go form 5 corporations and hire 150 people and setup a shell structure and all the rest of the stuff, he would form the corporations, but he wouldn't know how to hire the people. He knows how to govern, but he doesn't know how to create people. That was always my strength. My strength was finding the mother fucker who had the skill set, and sometimes the skill set they wouldn't even know they had it. I would find it in spending time with them. So my strength is bringing the people into the infrastructure, once the infrastructure is put in place. And forming the structures for me is second nature. I make sure that were judgment proof from [UI] once we have a dollar, nobody's ever getting that dollar. Nobody is ever taking that dollar. If you, even if you tried to give that dollar to somebody, if you said "Craig, we have five million dollars in the account, I need a million dollars." I'm like, okay, no problem. And you think, you're going, I said go in the bank get a million dollars, you go to the bank and they give you a cashier's check, but guess what, it wouldn't be our million. It would be a loan against it, some type of leveraged instrument, something that would just have, which you thought you need, and you'd pay it back,

**UNCLASSIFIED**

but I would never let that principal out. 'Cause I learned a long time ago that when spend money, you don't have the vehicle. When you don't have the vehicle anymore, and I'll pay, like you're, we're taking five million dollars, we're going to have four million dollars now, I'm paying a million dollars to have access to four million dollars. Now, you don't think those mother fuckers that I'm paying a million dollars to are going to fucking doing everything I tell them to do, you bet your ass, 'cause I'm going make sure that million dollars pays us so where I can double that money in the first year, so we have some liquidity for us. 'Cause it's not, it's not a, to me it's not a lot of money, but I want to do some short term, high risk, ventures, but the risk is not what, [UI], whether or not it's legal, and the risk is not going to be whether or not we lose. I will never lose your money. Even if, even if you gave five million dollars to Rick and he got killed in a car accident on the way back to, on the way to fuckin get it cleaned, and the police impounded it, I would give you back your money. I'm not a thief. So, I want you to know that no piece of paper we sign is more strong than my word or my handshake to you, I will never, ever, ever shake my hand, I will never take your money.

CI      I, oh, yep.

CS      If somebody else robs you, I will collect that money. It will cost you 40%, but I will get your money back, and you can't ask how. There are certain things in our life that you are never going to ask how. And you and, you like to ask how or why.

CI      Well, I mean, you know, you know, that's a fare comment, okay.  But, you know, uh, uh, the, when you and I started talking, you know when you made a comment about the judge and the prosecutor and all that.

CS      Right

CI      Like I told you it intrigued me and I'm like, eh, wait, this guy can he really pull it off? And I'm really trying to assess if you real, really can pull those things off.

CS      Oh yeah, I'll tell you exactly how it's going to go.

CI      Okay, tell me.

CS      I'm, I'm, I'm phenomenal at networking, okay. Right now. Andy Guilford, Greg Staples, Patty Fusco, and Andy Thomas are living their lives. There's this thing called six degrees of separation, okay. In my word, it's two to three. I know somebody that knows somebody. I know, I know somebody that knows Guilford. I promise you I do. Now the people that know Guilford, they don't know that I'm hunting him. They don't, but I will inquire. I'll have a lunch, I'll have a dinner, I'll wait, I'll watch, and everybody has, ev, you can't be in that position and be that beneficial. Do you understand?

CI      How, tell me the mechanism how you're going to do this. I'm intrigued. How are you going to go get, you tell me we can get rid of Carney too, or get Carney.

CS      Uh-huh, If you want Carney, he's done. I told you. I gave you my word on it. I said it won't be immediate. It will take a little bit of time, but I'll get him.

**UNCLASSIFIED**

CI      How much would it cost me?

CS      I'll tell you, weh.

CI      Well, give me an idea?

CS      Could be a million, could five, half, five hundred thousand, maybe I could get it done for free, it depends on what it costs me. Everyone one of these guys, has.

CI      So, if I said to you, "Craig, I want this guy gone."

CS      Yeah.

CI      You could take care of it.

CS      Uh-huh.

CI      If I asked you, now I just want him humiliated.

CS      If you want him humiliated I could take care of it, if you want him gone off the face of the Earth, he's gone.

CI      And what, what are you going to do with Guilford? Are you going to get rid of him, or you going to humiliate him?

CS      I'm going to humiliate him first, then I'm going to get rid of him.

CI      But, ah

CS      I'm ah, I'm a humiliate. He humiliated me. He put me on the front page of the LA Times and the New York Times.

CI      And, what are going to do, do like the kiddy porn first?

CS      I'm not sure yet. I gotta find. I gotta, I gotta do my networking. I gotta

CI      I thought you told me you already have him on the network, you know where he lives, you know.

CS      I, I have to decide which way I want to burn him.

CI      Oh, okay.

CS      See if I can burn him without planting anything, then I would rather do it that way. The, the, revenge, eh, eh, there's a way you do things, if, I'm, I'm planting it, I have to pay. I have to pay people to produce this evidence, bring it through, and, and make sure that they don't fuck up.

17
**UNCLASSIFIED**

**UNCLASSIFIED**

And one thing I know, like the government taught me, the more people you involve, the weaker your structure is.

CI      Yeah, sure, yeah.

CS      So, if I can find something out about him, and have it, and use that to crucify him, then I'm just paying the mother fucker to do his job. So if I'm just paying you to do your job, you're going to do it. So, I have guys that are close, I have that, but I'm in prison, what am I going to do have fucking Secret Service come to visit me?

CI      It's the perfect alibi.

CS      Not while I'm in here. No, because. Guilford could still give me bail. Guilford could still do a couple things, Guilford could still resentence me. I'm going to let that part of it go through, I'm, I'm, I'm not one to retaliate while I'm in here. I want to be able to enjoy it. If I'm in here and see something happens to Andy Guilford, I'm not, I don't get a front row seat to that show. I don't get see him get perp-walked, I don't get to do the things I want to do when I'm free. I don't get to be able to have what I want. He got to have what he wanted. When, when I, I self-surrendered, so I didn't get perp-walked. I mean, I went in, they arrest me I turned in my passport, took, got arraigned and got sent out. But, when they arrested me that day in court, I wasn't supposed to go to jail. That was not supposed to go down that way, and he did it, so he got to witness me get stripped right there and take my jacket, my belt, and all the rest, and handcuff me, and my pants were falling down and everything else. So, he's going to have something coming. And he got to see me in trial when the fucking Marshals, told me we want to get back home before five O'clock, and I would say, "Your honor, I know you guys running after hours on my thing, ah, I'd be happy to go back to prison, let these guys off for the night," and he'd say, "Oh that's really nice of you Shults, 'cause I'm sure that sitting here is a much better environment than where you are." I says, "It is, but I'm willing to go, so these guys can get home. So you're not paying the Marshals." These are the things I did, that he should have recognized, but instead of recognized them as a position of power, he recognized them oh this guy is a fucking tool. You know. Andy Guilford plays basketball every Thursday, I know he plays basketball every Thursday, so maybe he's, you know, maybe I'm pissed off and somebody just comes up and fucking whacks him out. Basketball game, whacks out four five guys, and he's collateral damage. But, and that's okay. But, I'm going to be the guy that makes that choice. With Carney, I'll do the same thing, █ this is, this is, these are our four options, which one would you like? But whatever four those are will never come back to you, they will never come back to me, we're never going to have any chance or any risk of getting in trouble, but you'll get a front row seat to it. Just how who I am, I told you that. I waited seven years to beat the shit out of somebody. I'm a very patient person.

CI      What would you do to Staples?

CS      Staples, um, uh, uh, I'm gonna, Patty Fusco, I'm probably just going to have her killed. Just whack her out, 'cause.

CI      Who's she?

**UNCLASSIFIED**

CS      She's a state prosecutor.

CI      In California?

CS      San Diego.

CI      Okay

CS      But, uh, Staples. I'm not sure yet. 'Cause his mom died during the trial and I watched how he, Staples got an ego. So I want to, I got to see what, again, it comes back down to for me, when I make these decisions it's time risk and money. So how much time is it going to take of my life, how much risk do I have of having a problem if this goes sideways, and how much money is it going to cost me. Guilford. I know I want to humiliate him, and I'm going to talk to George Bush Junior, also in my little conversation with that mother fucker. Because he appointed him.

CI      Is, is he on the list too, or is he.

CS      No, no, I went and had a dinner with him in 2004.

CI      Oh really.

CS      In 2004 I had dinner with, with dickhead, and uh, the Secret Service sent me a gold watch for my service, okay, and they gave me this crystal clock and all the rest of it, and he made a big deal out, "Don't worry I'm publishing you in my library," but I'm published in his books, my name is in his.

CI      Really?

CS      Yeah. And uh,

CI      I mean, uh, the books in the library, I can go look it up and see your name.

CS      In George Bush's library, his [OV]

CI      Oh I thought you meant.

CS      Ah, ah, my name is in, they, they, sent me this whole article and it showed me what he was writing about me and I didn't give a fuck.

CI      What did you meet him at the White House?

CS      Yeah. I went and had dinner with him. Went to the President's dinner.

CI      Cool.

**EXHIBIT K**
**Page 19**
SHULTS 001496

**UNCLASSIFIED**

CS    Yeah, the Republican party invited me and they asked me to take Dana Rohrabacher's job. Dana was going to step down and they asked me to take it and I said no.

CI    You were going to be the Congressman for Huntington, Newport Beach.

CS    Correct

CI    What was Dana going to do?

CS    He's done. He was over.

CI    Really

CS    He was, he was, all, they would, they would, they would jus, JR wanted me to take it, and they called me un-American. And they flew me to Washington two more times, and tried to squeeze me in, and I said no, and they said they want you take this, this is what you're going to do, I would have taken his position, and they had the whole thing setup, but I would've been a voice box, a squawk box, I would have just done what they told me. Dana doesn't make a decision in his life. Nothing he does, not one vote he does is from his own will. Let me tell you that right now.

CI    Really?

CS    Really.

CI    Do you know him?

CS    He's a pah, oh yeah I know him, and his, his son thinks he's going to take over. Not even going to come close to happening. They hate his son, they don't even like him, but his son is, a putz.

CI    Oh really?

CS    Yeah. So, the ah, so I turned it down, they called me un-American, they got all pissed, pissy with me, and that's part of why I think I'm here. 'Cause I, the people, that the powers that be I, thought I was me, you know. And sometimes you don't know who your enemy is, but that being said, there are a lot of people in my life that will intrigue you, and I want you to see them, because some of the fantasy is really there and some of the fantasy is not.

CI    Explain it to me.

CS    Well, Special Forces guys. Everybody thinks a Special Forces guy is, ooh, ahh, ooh, ahh, okay, and I did that in my life, so I know, like the guys who are like this fucking Navy Seal who got shot in the ass in Afghanistan, look man they did something, they did something wrong. They were stupid, did something wrong, and now he's a war hero because he survived. But his whole team died, he's the only one that survived. And not only that 30 Navy Seals died in that little excursion after one fucking Taliban leader, okay. Bob Frank, was a tunnel rat in Vietnam.

20

**UNCLASSIFIED**

**UNCLASSIFIED**

He was the one who trained me. Okay. Bear was in Vietnam, he trained, he worked for me too. Bear is now uh, both of these guys are criminals now. I mean, their government turned their back on 'em both. Bear, Bob Frank, was in a tunnel in Vietnam and the Viet Cong blew one end of the tunnel and our troops blew the other end of the tunnel, so he was trapped in a tunnel for four days. Well, when he was in the tunnel, he was in complete darkness, he realized, he would, in, in there the tunnel he got there and he realized he was surrounded by Viet Cong so he killed them all, he knifed them all. And uh, four days later, they dug up the tunnel, and he came out they brought out, and he knifed a bunch of women and children.

CI      Ah, really?

CS      Yeah. Ever since [UI] it's one of the things that happened in the war that he told me about, and it fucked him up. He thought that he killed the enemy. So, killed a bunch of fucking defenseless women and children.

CI      Where's he at now?

CS      New York. He ah, he had a job working for the New York Times, yeah and uh, these uh guys decided to rob the New York Times, so, ah, Bob, committed a hostage situation. He tied them up with phone cable and tortured them for a day and a half. And they sued the New York Times, and they had to settle, and that was a huge, huge, no-no. So, uh, this very wealthy family ended up hiring him to protect their children, so he's [UI] command and uh, protects, protects their children now. So, but Bob is a psycho, total sociopath. I mean he's a total sociopath, he'll, he if, if, if I knew Bob Frank was hired to kill me, I would want to kill myself. Because he would stick a fucking needle in me and drain it out of my vein and let, watch my own blood run out of me, while I'm feeling cold, describe it to me, and pump me full of adrenaline, then he'd put an IV over here to give me more blood so he could torture me longer.

CI      I'd die.

CS      Yeah. So, you.

CI      Do you know a lot of characters like this?

CS      Yes. I know a lot of them. I know Russian. Okay I know, the, the, the, I know four Russian guys that have teams. I know the Israeli Commandos. I know the Navy Seals, and I know the Para Rescue. Marines, I have a few Marines, but I'm not real big on Marines, 'cause the Navy Seals are more Special Forces than the Marines are. The Navy Seals are, the Navy's actual the, the division, the Marines are the land division of the Navy, it's really what they are.

CI      Marines are the, okay, yeah.

CS      So, that's, you know, we don't need the Army, our Army is our land division, and the Marines is actually the land division of the Navy, believe or not. Most people don't know that, that's how it was designed. So what does that mean to you? What that means to you is, I'm no longer a bad guy, okay. I will work for bad guys, 'cause I have some people that I'm very loyal to who I care about, who, will make me very, very wealthy. But a lot of things I'm going to do

about that are not about money. They're about the relationship I have with the person, and making sure that I can take care of my children. And take care of things, I, I wanted to live my life a certain way. And if I don't give the country do my thing my way, I'll do, I'll live as a, as a, as a UK citizen. Just like I'm going help, help you out. So, the South African passport is going to come when I'm out, and you're out. You won't necessarily have to go there, but I'm going to deal with that when we're out.

CI      There's no way we can deal with that earlier?

CS      No. Because I can't have you. I wanna, I wanna introduce you to the people.

CI      I just want the passport, I don't want to meet a lot of people. I mean I,

CS      You have to understand something. Interpol, okay, is a organization much like the FBI. See the United States government has the FBI and the CIA. The other countries use Interpol, okay. The FBI and the CIA communicate with Interpol, so if you want to get away from the nasty dirty shit of this country, this, if this country wants to, if they mark you, you're fucked. You're marked as a terrorist you're fucked. Globally you're fucked. Unless you're a towel head mother fucker, you are fucked, okay. So, you're going to meet certain guys who are going to say, hey this is the story, so if you do get into trouble this is the story so your credentials don't get fucked with, okay, and go from there. So, there, 'cause you're going to have to understand the US government doesn't have jurisdiction, but if they hand you over to the US government as the other citizen, you just got, corn holed. You're going to get screwed, because it's illegal to fucking felony to have an alternate identity.

CI      Okay.

CS      Okay. So, you're going to meet these guys that have that. In addition to that, you can establish credit, you'll get health insurance, you'll get all these other things that are available to you, and you can bring your family over. It's how the, ah, the truly wealthy, wealthy rich guys in this country have these vehicles. Okay, look I was over in Hawaii, um, and you know Eric Schmidt?

CI      Yeah, Google?

CS      Yeah, CEO Google, he's surfing over there. I was, Google tried to buy my company, so [UI] we're doing some meetings and um, we were surfing together, I'm not a great surfer, but I can surf. He loves to surf. So I'm out there surfing and, I, I, I look at this, ah, it looks like a fucking naval front, looks like the Navy is about to invade the God damn fucking island, and I'm like Eric, you're, you're a fucking dick. And what they have, is they have a full medical staff and a protection detail, on the boat, while he surfs, so if something happens they can rush, if he gets bit by a shark, or stung by a jellyfish or this shit, they can go and take care of him. Some kid could drown and they wouldn't move, but Eric stubs his toe and it's handled, you know. So, that's how the truly affluent live. 'Cause you have enemies. If you're in business, you have enemies. It is warfare. You might not know that there you're enemy, but they're your enemy. So, my job is you as my partner is to setup the revenue streams that we need to take care of your life so you don't have work that fucking hard. Okay, 'cause I don't believe in working that hard. I'll

work hard for two or three years setting my shit up, but after that, I'm governing, and that's what I want to do with you too. You don't have knowledge in the things I want to help you with, and I'll do the work, but I want you to understand these are the things that we're going to do and you're going to pay for these things a little bit in the beginning, and then the, the bleeding only happens a little bit, and then it doesn't cost you anything anymore.. 'Cause I don't let these fucking guys extort me, I don't let, make your money, in the beginning and then go away, but my shit stays safe, and that's how I live my life and that's how I'll do what I'll do for you.

CI     Okay

CS     So, I need you to, now, as far picking up the money.

CI     [UI] let's go back to something. I just want to ask you again, because you said it, I just want to make sure, you think there's no way I can give money to Sam or anyone next week and say we'll secure the passport, even if I pay more?

CS     No

CI     There's no way?

CS     I don't

CI     Forget about it

CS     It will not happen.

CI     Okay, that's fine.

CS     Tell me why you want the passport.

CI     It's, it's a good question. Okay. I'll tell you why I want the passport if you tell me why you want the passport. Okay. My interest.

CS     I'll tell you why I want the passport.

CI     Okay

CS     I have friends who have, they're in positions in governments where the United States doesn't do business, with those countries.

CI     Wait, come again, there are people what?

CS     I have international friends who are blocked from doing business in the United States from embargos and other things. But, the UK doesn't have embargo agreements on them.

CI     Okay.

**UNCLASSIFIED**

CS    So I can setup international, I have international companies that do business. Like I was going to tell you about, I told you about my deal with China, where David is going to get in touch with me and go over that and we're, you know, you told me the king's son died, and then uh, John Cocker sent me note that the kid the king died his son is.

CI    That was Thailand, not China.

CS    Yeah, Thailand, so. I'm trying to say something. I can't get the message about the fucking dental device in here, 'cause David whatever's in Thailand, and er, he didn't write it back to me. But John told me that the king's son is coming into power in Thailand, so the deal in Thailand is still solid. The 20 clinics that we're going to be doing in Thailand and producing vitamins and the other things we want to do over there is going down. It's going to continue on the path. So, I'm doing business in a big way, you see Dave is not one of those guys who's gonna say, oh, I'm worth a million dollars. Dave's idea of a house is, is a place up by Tahoe that, that, your normal house between 20 and 30 million dollars, that's his idea of a vacation home. Okay.

CI    Right.

CS    So, so, he's more ambitious than I am that way, he wants to, he's got some things he wants to do for his children, his son was working for, uh, for uh a communications company and he made a phone call to AT&T and they brought him on, he's suddenly this vice president in AT&T, and you know, 'cause Dave just takes care of his kids that way, he's just like you know fuck this you know, his dad was an Air Force medical doctor in the Air Force, and he went to work for uh, Merrill Lynch, as a money guy. Merrill Lynch then he got his daughter into Goldman's Sachs, so she took in internship was working, she worked at Arizona State, she took in internship in New York City with Goldman Sachs, and of course, you know, she, I did a lot of business with Goldman Sachs, so they all know me. But anyhow.

CI    So, [OV] what are you going to do with the South African passports.

CS    So, so, my, I'm a setup my alternate identity and setup wealth and other currencies, so if I decide I don't want to do business with the US anymore, be here, I have a whole 'nother identity I can walk into.

CI    That's pretty much what I want it for also. Uh, the other aspect I want it for is just to, if ah, did you ever see the movie Heat?

CS    Yes

CI    Okay. Remember, I think it was Robert DeNiro said, don't ever get attached to anything you can't run away from in 30 minutes.

CS    Correct, right.

CI    And they all, you know, I don't know how true that movie was, but you know they all had these, ways of escaping and all that shit, well that's.

24
**UNCLASSIFIED**

CS     Exit strategies work. That's exactly, it's a, it's a kite strategy. Do you know what a kite is.

CI     Fly a kite, do you mean, or what?

CS     Okay. The little stories you hear, you see at Hollywood, Hollywood makes a whole movie right. But there's a little truth to everyone of those stories. There's a little truth about the aliens, a  little truth about all these things. So a kite was a reference to a CIA agent who was an assassin, now they'll use you, see this, everybody thinks that the CIA is a good organization, it's not. The CIA is a bunch of criminals, and they leverage you and tell you what to do, and if you don't do it they kill you. Straight up. They're just straight assassins. So, if the CIA sends a special agent in and you're a kite, which means you have multi, multiple identities, multiple pasts, all over, and you get caught, they cut the string, they, they, claim they never knew who you were.

CI     Off you go.

CS     Off you go, you're done, see you later, have a nice life.

CI     And what was your role in the CIA.

CS     Ah, I was one of those guys they sent in to handle things.

CI     But you weren't a kite?

CS     Um, I was many things. Huh, so, I, I, I never failed. But I never used their intel. See the CIA has, what I did was I moved money around. Okay. So, in the late '80's I moved money around, I moved money over to Egypt, I did other things that helped out, I was very familiar with Charlie Wilson's war. Okay, I was very, very familiar with the, US arming Afghanistan to hold off Russia.

CI     Did you meet Charlie Wilson?

CS     No, never met Charlie Wilson. I wanted to meet him. I heard about him. I heard he was a fucking funny mother fucker.

CI     Yeah I saw the movie.

CS     I, ahhh, don't think Tom Hanks did him justice. From what I heard, what people told me about Charlie Wilson was, the guy was, was, very dedicated to his 'cause, but he was a party animal.

CI     That's what the movie kinda said.

CS     Yeah, so. But,

**EXHIBIT K**
**Page 25**
SHULTS 001502

CI    Okay, but here's what bugs me about what you just said, okay. 'Cause I'm trying to get to know you, Craig.

CS    You have to get [UI] you have to understand that there are things that I do and things that I know people that I relate to, for example, let's say you, I'll give you a better example, so you say, I want something done with Carney. Okay, so you say Craig, right now Craig I want something done with Carney. In two years from now and something's done with Carney, okay. And let's just say some black guy just walks up and blows him away on the courthouse steps, okay. Before the black guy blows him away, I'll say hey ██ watch the news. Now that black kid is going to get linked and tied to some Black Lives Matter bullshit thing. Carney's going to get his head blown off, anf they're going to do the whole thing, the whole time you're going to know that two years prior to it five people in the line had a little hint and a little tweak, a little hint a little tweak, and a little hint a little tweak, and it all happened. But nothing ever comes back. So all these things that I know, I know the guys that are do it, you know who's doing what you're doing when you're in the mix, but you don't know exactly how the screw went in the hole. You just know that the hole was getting made.

CI    You just say, check the news tomorrow night, and

CS    Check, check, the opposite, watch the news for a week. And suddenly, Black Lives Matter assassinates, judge.

CI    And what happens to the, the kid? Does he run away?

CS    He's done. He's a fucking drug addict. He's a nigger criminal.

CI    Who gives a shit, right?

CS    You don't care about him.

CI    Yeah

CS    I mean, when, where, where things become convoluted is when people bring their religious values into the situation. People feel like, oh my God, ah, I'm Christian, and my immortal soul is going to be judged by what I did. By what I knew. And that's crock of horseshit. It's a big huge crock of shit. You live, and you die. Period. What you do here does not have any effect on your, if you have an immortal soul, it has not effect on your mer, mortal soul. Thank about it this way, if we have an immortal soul, it lives for millions and millions of years, so you're telling me what you did in a hundred years is going to predicate on a million? You're telling me that? That your immortal soul, some hierarchy is going to judge what you did in this clay form for 60, 50, 60, 70, 80 years

CI    I don't know.

CS    For immortality. Just think about for a minute.

CI    Uh, ah, believe me I have.

CS     Simplest is usually true.

CI     Yeah.

CS     No. No. There's no judgment, there's no, nah, if you have an immortal soul, fine, I mean I might believe in reincarnation, but you're not coming back as a fucking butterfly, or a worm. And even if you do, who cares, you got all, that's that, that's that experience this life is this set of experiences, and then when you get to that level that this is like, you all my God I just killed this guy, big fucking deal. You end a person's life, the first thing that people thinking about is what? Some, somebody goes in and they kill somebody, what's the first thing they think about?

CI     Any repercussions.

CS     Right

CI     Family

CS     How do I get away with it?

CI     Yeah, right, okay

CS     So, if you think about how I get away with it, what's what's the one thing you know automatically?

CI     Well, one, your, you got a problem, because if you think how you're going to get away with it.

CS     And you already did it, you're already caught.

CI     Right

CS     Right. So the guy who lives his life is all, I may have to kill somebody, so I'm going to prepare my life that way.

CI     Have you ever done that? Have you ever set it up like that?

CS     I've always done it that way. They taught me to do it that way. I was a very angry 18 year old. Okay. When I, when they took me from uh, Albany and I flew into Texas and they shaved my head and issued me tennis shoes and run on a track, I had real anger issues. But, I wasn't angry where I wanted to rebel against people, I internalized, I wanted to be the strongest, I wanted to be the fastest, I wanted to be the best. I mean, I got, we were doing hand to hand combat, right, and this drill sergeant is a, he knew his shit, he knew his shit cold, and you get in there and you lockly, lock up, and he's going to hurt you. He would, he would suppress you every time. So I got in the room, first thing I did was slapped him in the face. I hauled up and just bitch slapped him right across the face. You know why, I did that? 'Cause he wasn't prepared to get slapped in the face. It was humiliating to him. And when I  humiliate him, I tore

**UNCLASSIFIED**

his ass apart. Okay. But I watched him take four other guys, I knew his fighting style, and I'm like this guy a slap in the face you why I could slap him in the face, 'cause that wasn't considered a fatal strike to him. He knew he could absorb that shock, but when I smacked him and he heard, "[gasp]," all the guys saw it, he picked his head up and he dropped his arms down and I just went to town. I'm like, you know it is what it is.

CI     Well, let's say you want to ruin someone, like you said Guilford, how do you, how do you put kiddie porn on somebody's thing, I mean, how do you do that.

CS     Okay, so, so, I have several guys that could do it. One of the guys I have runs a company called Bidztik. Okay.

CI     B, bidz, I,

CS     Bidztik, it's a reverse auction.

CI     How do you spell it, B, I D

CS     B, I, D, Z, T, I, K. or T, I, C, K.

CI     Bidztik

CS     Um, hold I got to remember his name, I can remember his face, but he was from Finland. Anyhow, this kid can hack anything that needs to be hacked, he can keystroke, so, based on, see how a computer works, let me just go back. So, you're looking, you're sitting at a screen, and you're typing in the keystroke, you think you're controlling things, right? That's your perspective of what's going on. In reality, there's a mother board, a hard drive, and a CPU, and RAM. So there's physical components that communicate. Now, those components communicate based on electronic connection, those connections are setup a certain way. Any CPU, can communicate with any motherboard, can communicate with any screen. So as soon as you know all that's communication, okay, it goes down to ports, there's a port 22, there's a port 25, it's a port 80. Port 80 is [UI] access which means using web browser. Port 22 is a VPN network where you're transferring file transfer protocols, called FTPs. Okay. Port 25 is an email protocol. The point is once there's a port exposed to the outside, and there's pieces of code that you just sit there. [UI] So, so, let's let's say, how can I explain, it's easier for you is to think of the Matrix, where Keanu Reeves was a computer program, he was a software program, the whole thing was all virtual. Right. So, he went to this Morph, morphed from thinking he was human to thinking he's a program to now writing coding controlling code. That was his transmission across, right. So, let's say that Guilbert has his cell phone and he syncs it with the wi-fi network in his office, which I know he has because I went across his wi-fi network while I was in trial. Okay. While he sits there and types on his computer, I can access, find out which one is his computers and I can do his keystrokes, and he can actual type in by, by, by my name is, and I can write a piece of code that says to his computer, once, it says unlock this port, so I can view this, and pr, use the privacy, let's say you're using McAfee, most, most the government uses McAfee antivirus. Well McAfee what it really is is a file system, that organizes the files and it protects out here right. So it protects from this front. Well, I'm going to come across McAfee and plug the shit in, so it's gonna come right across antivirus software. I'm not looking to fuck any, I'm looking to store

28

**UNCLASSIFIED**

something. So, ah come on in the party, yeah, here we go, here it all is. There you go. So I would have Nicholas Fordum [ph] or I would have uh, Miko Fipoula [ph], you know, I would say guys I need this done. They wouldn't know who it is or what it is, they would just know that is the IP address and this is the thing, and this is that, and it would all go on. And at the same time, as that I would have one of my friends in Vegas call my friend in the Secret Service and let him know that, hey, we've got a tip that this can go on the Secret Service sends an investigator in, they log into his computer, there' the kiddie porn, bam, over with, have a nice day.

CI      And these are the guys you know from the, you're going to know these guys in the Service, Secret Service?

CS      Yeah. That's, I went to dinner with the president of the United States.

CI      But I mean these guys, I thought you were in Special Forces with the Secret Service guys.

CS      The Secret, no the Secret Service guy that gave me my watch knew that I was in Special Forces, that's why I got the watch.

CI      Okay

CS      But my records are sealed. It's.

CI      It's okay, I'm just curious because

CS      I know, I'm trying to explain it to you without, in order for you to understand, most people live life, live life like this. For me, I've always lived life like this. I've always gone [OV]

CI      But you're close to these Secret Service guys?

CS      I'm close enough to know what they, they, I'm, I'm, am I going to sit down and have a beer with them and try to talk like this, no. 'Cause, there's always the carrot. Every person has a carrot. So, uh, a Secret Service guy getting to bust a federal judge for meth or kiddie porn, whatever, that's going to get him the detail that he wants. That's going to get him leverage. Like, they did the Chris Christie deal when he made a deal with that Jew who bust the Rabbis last night on American [OV].

CI      You covered all the spectrums there.

CS      Seriously, you know, if, if you, but that's really how shit works. That's how the power of people goes. I'm not real crazy about, uh, about, I don't want to make a hit list on federal judges, but between you and me, Andy Guilford took, right now, 38 months of my life. From me, for a crime I did not commit. He allowed the prosecutor to commit prosecutorial misconduct, destroy exculpatory evidence, and put lying witnesses on the stand against me. He allowed that to happen. He was the judge. He was the one who was supposed to make what right, re-right happen. So, as far as I'm concerned, he's a bigger scumbag than the scumbag that did that to me, so where should I show him any mercy. Any sympathy. Any anything. Why should I even consider letting him, he put in isolation, you think, you think I'm, think I'm going to let him

come to camp? To let him come here? No. He's gonna have a bunch of guys like Montez, and misses Sy, and all those people fucking with his life. And then at the end, when there's nothing else left, I might, I might even take away his ability to commit suicide.

CI    How you going to do that?

CS    There's ways. Put him in a fucking rubber room. Straight jacket his ass. Feed him intravenously. I've witnessed some nasty shit. I, I'll tell you one of the stories when, so Joe, Joe Bonano wanted this mother fucker right, he wanted to send a message to him.

CI    Joe Bonano from?

CS    Joe Bonano.

CI    From New York?

CS    Yeah. Wanted to send a message to this fucking cocksucker. Okay. So they got him, and I don't know the whole story, but I know of the story, 'cause I got it from, ah, Joe Barritares, fucking [UI] guy that was there. So they got this fucking guy , right, and Bonano wanted every bone in his body broken. He wanted to put the guy in nothing, but excruciating pain. They brought blood and adrenaline, a straight jacket, they straight jacketed him, okay, and literally brought doctors and nurses and kept him alive, while they fucked up his body. I mean he literally, they would literally make him watch and they would freeze his foot and smash his frozen toes.

CI    I don't doubt that.

CS    I mean, they did things to him and they did it all very, very publicly. In that world, but the cops never knew about it, nobody ever knew about the shit that went down. Like It was the one thing, when the story of the Godfather, when they had that, the all of the guys met in the Catskills. They really did meet in the Catskills.

CI    No, I believe.

CS    I know the restaurant.

CI    I, I'm grinning because, ah I got into a fist fight with, ah, uh, Bonano's nephew, Clint Clavin.

CS    Yeah.

CI    You want to hear this story?

CS    Sure please.

CI    I knew nothing about sports gambling, okay? But, uh, 1983, I dec, I uh, uh, the Browns were playing the Broncos. And I'm a die hard Bronco fan.

**EXHIBIT K**
**Page 30**
SHULTS 001507

CS      Yeah

CI      So, I ah, ah, I'm hearing that, okay the Browns are going to win this weekend, and all that, I'm like, fuck that's 'mazing. Its', it's a lock. So, I, ah, I meet this guy who says I'll introduce you to this bookie. So I bet a thousand bucks on the Browns, and Marty Shotenheimer was the, um, was the coach of the Cleveland Browns. Game's almost tied, Shotenheimer makes a stupid ass move, that, like a minute left in the fourth quarter, ends up losing the game. I'm like shit. So, the town goes crazy, because it was a lock, then um, they go to pay, and Mark Marty Shotenheimer in the press conference goes, "I take full responsibility for this loss, it was totally my error." Well that was on a Sunday, so on Monday you got to settle up with the bookie, which I knew nothing of this.

CS      Tuesday's settle up day.

CI      Well this is Monday, er, you're right 'cause they have Monday night football.

CS      It's always Tuesday.

CI      So then, ah

CS      I know how to collect for the books.

CI      Bonano comes uh, and it's his, Joey, little Joey comes and to, to okay, yu, yu, you got to pay. I go, I got to pay. I go. Hey, Marty Shotenheimer said his taking full responsibility for the loss, go collect from him.

CS      Are you fucking [OV]

CI      Nah, it goes more. And he goes, uh, he goes, well you owe us $1,100 bucks. I go what the fuck man, I only bet a thousand. What the hell. And this is the first time I did sports betting. He goes thousand, plus the vig.

CS      Right.

CI      What the hell's a vig.

CS      He charged you interest.

CI      So, well it's fee.

CS      I know. It's interest.

CI      You know that.

CS      I tried, I know how it all works.

**EXHIBIT K**
**Page 31**
SHULTS 001508

CI     Ah fuck you, I'm not paying it. So,

CS     That's the wrong guy not to pay.

CI     So they send little Joey, knock on my door.

CS     Who's the shylock?

CI     And he opened, I opened the door, he goes you owe a 1100 bucks, ah fuck you, I'm not going to pay. So, he takes out this black jack and goes to hit me. Do you remember the black jack?

CS     Uh huh.

CI     So I got an elbow, so you did think I was a shitty fighter, I got an elbow in on him, and I picked the blackjack and I went after him. He goes running out, out of the building, so I go after him, he jumps in his car, and I hit the hood of his car about six times. Happy. Go back in my house. About an hour later, [UI] voice comes, you need to come over to my house. Oh, okay. Well he knew my father, my future father in law then. So I had to go over to Albert Bonano's house. He goes "kid, sit down. You owe me 1900 bucks." What they fuck you talking about. He goes, "1000 for the loss, 100 for the vig, 800 for the damage to my son's car." I go, I'm not going to pay it. He goes okay. He goes, "well, you got a choice to make. We're not going to hurt you. We're not going to do anything. If you don't pay, your future father in law is going to pay it. Then you can, every time you go to his house for Easter, Christmas, Thanksgiving, you're going to have to look at him and realize he paid the 1900 bucks." So what's your decision. I said, you take a check.

CS     Exactly

CI     And, that was, then he said okay, thank you. He said, you're a stand up guy, but here's my suggestion to you. Don't ever bet sports in Cleveland again. I said, okay.

CS     Right

CI     So that was my Bonano story.

CS     So, what happened was. You were part of the good guys society.

CI     Right

CS     And they didn't send a shylock. I was a shylock. Shylock's a bagman. Okay, so, like for example.

CI     Shylock is a bagman.

CS     Yeah, Shylock is a bagman

**EXHIBIT K**
**Page 32**
SHULTS 001509

**UNCLASSIFIED**

CI   I heard that expression, didn't know what it was.

CS   Yeah, so, so, ah bagman is a guy who says he's not going to pay. Okay, so he says I'm not going to pay and the good, the Bonano says this guy may be connected to something. So they don't send Joey to have a nice conversation with, they send someone like me to have a conversation with you.

CI   And how does the conversation go?

CS   My conversation would go a little something like this, I'd say um, so here's the deal. Every minute that we're talking is going to cost you more money. I want you to understand that, and right now you're under the predetermined conclusion that you're not going to pay it, because you don't feel you're have liability or fault. You think this something at right or wrong. And this no longer a matter of right or wrong, it's a matter of how much. Okay, I want to understand that from this point forward, I control your world. So I want you to look at this file, okay, I want you to understand that right now, before you open that file, it's $1100 dollars. Every page you turn in that file after this is going to cost you money, 'cause in life it costs you money to see shit, okay, go ahead, do you want to pay me, or do you want to open the file.

CI   And what's your collection rate?

CS   Doesn't matter, do you want to pay me

CI   N, n, not the percentage, I mean

CS   Oh, 40%.

CI   No, I don't mean percentage, like

CS   100 percent.

CI   Oh, 100 percent, you collect, right then there.

CS   100 percent

CI   Right then there, go okay

CS   100 percent because

CI   What if they say they don't have it the money, but they'll work out a payment plan for you?

CS   Ah, that, that's, that's fine, we can understand

CI   That's acceptable

**UNCLASSIFIED**

CS      That's understand, that's understandable, so, how would you like to pay me. You need a payment plan, what terms do you need, and where's the money going to come from? Because if I'm not paid today, before the sun goes down, the person you're going to get the money from, is going to pay me today, before the sun goes down. If I don't get paid today before the sun goes down, you're going to be in a rolled up carpet. Okay. I want you to understand that. Your, your world, I control it right now, when you open up that file, everybody that's important to you, there's going to be pictures of your girlfriend of your wife of your children of your mistress of your parents. I do the recon before I come to you.

CI      Oh you do?

CS      It takes me five six minutes.

CI      I mean, and wha, how much would you normally go after someone for, I mean, would you go after someone for a thousand bucks?

CS      Thousand dollars wasn't enough for me to work it.

CI      Yeah

CS      What piddleywinks, I went over half a million dollars.

CI      Oh, ewww, you're talking big money

CS      Yeah, ah, I there was a guy in a, in a, I don't remember his name, but I remember his story, he was in uh, uh, Minnesota, and this guy was big in the, the drugs, right, big in p, p, pill mill shit. Right? And uh he decided to stiff the fucking Bellagio, so my buddy say we gotta pickup the dude, you want to go along? And I'm like sure I'll go along. So we get in the fucking plane, and fly over right, this mother fucker thinks he's like, ah, what's that movie that I hate, Fargo, he thinks he's one of those guys, he's a tough guy right? So we, we come and we kick his fucking door in, pound the shit out of him in his house, right, get him in the plane, beat the shit out of him in the plane, fly him all the way back to Vegas, right? We're beating the shit out, then we land, take him to the cops arrest him, because we didn't even have the, when you setup the account with the, with the, with the casinos, you sign a check, for the amount, and they let you pay [UI] well they put the tack in it and it bounces, so it's a felony to write a bad check in Vegas, so when, after the cops see the canceled check, they're us, and we beat the shit out him again right there, [UI] and put him into custody, and then the cops hold him until you make the check good.

CI      So, you have, what you had an agreement with the Bellagio?

CS      Well, yeah, I helped a lot of casinos, see, Dan, uh, Katzen [ph] is Luck Mirelanski's [ph] great grandson, and he thought it'd be funny to do business with me, so, now I wouldn't get close to him by the way if I were you.

CI      I don't even know him.

**UNCLASSIFIED**

CS    So, so what happened was, Dan was, got into the merchant process, he owed one storage processing, just like Jeremy, right, but, but, Dan, uh, owns all these companies that do these merchant processing, so he's making a deal with the Bank of China, right, and the Bank of China say we'll give you your own bin number, which is a master account number and we'll finance all your merchant processing for par, which means it's not costing me any to, run, credit cards, he has no processing charges at all.

CI    So, he saves 2.9 percent.

CS    Correct, but he has to have a certain amount of deposit, on

CI    Okay

CS    With the Bank of China. So, he's, he says, hey Craig, he says, listen I go this deal they need five and a half million dollars. And I'm like, okay, 'cause well, I want to bring you in, I want to do all your merchant processing too under the deal. I said I'm not going to give you five and a half million dollars, I'll give you four. For your bin, right? So, I call over to the bank, and ah, I, I didn't call, I called my banker, and had my banker call over to setup a deal at the Bank of China, let him know that we're sending the money. So, then he said oh, we're not doing business directly with the Bank of China, we're doing business with this other bank, this other Chinese bank, and uh, you know, they're not going to reduce the deposit amount requirements and everything else, so he talked and it sounded good, at the time, it was five million dollars, and basically I was going to make like two million dollars a year on the five million dollars. Okay.

CI    40 percent.

CS    Wasn't bad, I'm like, you know, 40 percent, it's Mirelanski's grandson. It's okay, no problem, fuck it, I'll do it, right, and I , I ah, at that time I was little tight on cash, but for two million dollars, for the rest of my life, a year, that's worth it.

CI    Sure.

CS    You know, it's a modified risk, it's a understandable, so I sent the fucking money. Right? Forty-five days later he gave up bankruptcy papers.

CI    Seven or eleven?

CS    Uh, chapter seven, business bankruptcy.

CI    Oh fuck.

CS    And I'm like, Dom we got to talk, I, I just got served with something I don't understand. He's like , oh, what are you gonna talking about? So, I, I said, Dom, I'm coming to your house, he's all like, oh I moved. I'm not, I'm not at my place anymore. I'm like, whata you mean you're not, you don't have your place anymore. On his trips were all the things he had setup, he shut down, right. Suddenly, he's moved out nowhere so he meets at this fucking coffee place, out by ah, Summerland. I'm like Dom, I, I, I got a bankruptcy notice, and I don't understand. You've

**UNCLASSIFIED**

**UNCLASSIFIED**

filing BK, I, I sent him five million dollars. Over to the Bank of China for a deposit, he goes, yeah, yeah, I know thank you very much, but the company's insolvent, we don't have any money. And I'm like, I talked to your girl, she's using a different company name on the phone, the toll free number you have forwarding over, he's yeah, I'm in business under another company. I says, so you took my money, funded your company, moved the assets over, then formed a new company on top of it, to start your merchant processing and just fucked me out of my money. He described I didn't fuck you, he says, ss, it's a B bankruptcy, it's a business bankruptcy. So how we going to make this right? So I'm like I got problems right now Craig, I got get my thing going, my business going, operations, he says, you know, you'll get paid eventually, and I said what am I going to get paid, 'cause I need that money. I put this money there for that specific purpose and I need to know

CI        I get it

CS        that I'm going to get paid. So he said, well fuck you. I'm like, okay, 'bout to have the conversation now. You're not fucking me out of my money. So, either you, tell me how I'm going to get my two million dollars a year, or you tell me I'm going to get my five million dollars, or I promise you, you're going to be in jail. I said, 'cause I was out on bail, so I knew I couldn't fuck him up, right. So, uh, so he says fuck you, you can't do shit, blah, blah, blah, well his girl was good friends with one of my girls. So, she was Russian, and Donny liked to pretend he was a badass, so I called my Russian friend, my Russian friends get a hold of her, and uh, my girl went over and pummeled her and when he came home she called Henderson police and got him hit with domestic violence.

CI        Really

CS        Yeah. Yep. Domestic violence. So police arrest him, put him in fucking jail for domestic violence. And uh, and then , what happened, I was going to go to the girl, I called his office, and I forgot her name, but she says Craig you can't come here and if Donny said if you call or anything else I got to call and get retraining order against you and get your bail taken away, so, you're going to have to settle this at a later date, another time. I'm like okay, thank you. So at least I knew, that if I went there, he was going to play dirty and put me in jail. So I called this other company in Fountain Valley, that uh, he had uh, merchant account trading with him and everything else, I uh, I says, you know, I, I, was this close to getting him all turned off so he couldn't process fucking his own payments. I'm like you know what, another day another time.

CI        Did you ever get your five million?

CS        No. Never got my five million. Three days later. He went out and bought that new BMW, the BMW they used on the fucking, uh, uh, Mission Impossible, the one Tom Cruise uses, he bought that fucking car, and sent me a picture, a selfie with him at the car. In the parking lot. So, but he's Mirelanski's grandson. He's got connection with the Bank of Israel, he got connection with the Bank of China, he's working in Vegas.

CI        Is he the one got you the gigs with the Bellagio and other casinos to collect?

**EXHIBIT K**
**Page 36**
SHULTS 001513

CS      Uh, I got, he got me into the ah Wynn. Wynn casino. And then he took over all the merchant processing for the Wynn, the Encore, and Palms. So he did every merchant processing that went on in the casino was through his, his accounts. His trans, he's making so much money, just off the casino merchant accounts it was an insane.

CI      Really?

CS      Yeah, insane. It was millions, millions a month. He was making

CI      So in that situation, does he own his own ISO, is that what it's called?

CS      Yeah, no, the oh, bin. Breaks down to multiple ISOs. So, you, he, he, he can have ah, a, b, c, x, y, z, d, f, all these different merchant processing companies, are ISOs, then you got accounts under the ISOs, the ISOs go to the [UI] or the bin, the bin is the parent banking account that covers the like, like First

CI       Okay, I get it.

CS      Data out of New York has their own bin, okay, with, Chase bank.

CI      And is it, it uh, so you have to be a bank to have a bin?

CS      Correct. You don't have to, you can be a reseller, but traditionally you have deposits against your bin.

CI      How hard is it to get your own ISO?

CS      That's not hard.

CI      Oh, it's not?

CS      No, I can get you merchant processing all day long.

CI      But, do you own your ISO then?

CS      Nobody owns their ISO. That's all a sub agreement, see, merchant processing, the bin [UI] to have your own private bin, means you have to have your underwriting team and all of your collections teams, and all your stuff in place. Um, uh, American Express, you how they do, if you want to process American Express, you can only process through American Express

CI      Right

CS      They have their own bin.

CI      Bin, right, [OV] good example.

CS      which is Centurion Bank.

**UNCLASSIFIED**

CI      Right

CS      Okay. First Data is a bin backed by Chase.

CI      What does bin stand for?

CS      Ah, I forgot.

CI      Okay, so

CS      I have all this shit

CI      Is that, is that like the car, the uh companies that offer that two percent cash back and all that stuff, they own there bin?

CS      Correct

CI      So they're basically taking point nine percent profit [OV]

CS      There's, there's, there's diff, there's different levels.

CI      Right

CS      'cause you go your trans, you've, you got your merchant cost and transaction fees, so depending on how far down the food chain you are, you could end up paying almost three and a half points. 'Cause there are certain ones that deposit all the money into the account, but they give you the bill at the end of the month and pull out their fees

CI      Right, right

CS      Those are the most expensive, well actually that's not true, some of them that take the fees out are fucking ext, ext, extraneous too. Bottom line is, that two to three percent is the profit to be made in a trillion dollar a year industry.

CI      I think trillion at least.

CS      Multi-trillion

CI      Yeah

CS      Yeah. Yep, and Dom, the Don, I knew Don and I, I, I, we were friends. I never saw that one coming.

CI      I'd be pissed.

**EXHIBIT K**
**Page 38**
SHULTS 001515

**UNCLASSIFIED**

CS      Um. I am not happy with him, you know, but she didn't drop the case, she didn't drop the charges. He got hit with vio, domestic violence.

CI      What happened to him?

CS      Um, the Henderson police fucked him up. You know, um, they threw him through  plate glass door at his house, uh, and then, and then he had to pay a fine and pay some other shit, but he, it didn't go away, I don't know if he got, I got remanded.

CI      How old is he?

CS      Um, like ten years younger than me.

CI      35?

CS      36, 36 years old.

CI      How old is Mira, Mirelanski if he were still alive?

CS      It was Mirelanski's great grand father. It was his great grandfather.

CI      Oh I thought you said grandson.

CS      Well, I call, he is, I [UI] great and grandpa, the, he's from the Mirelanski chain.

CI      Okay. Alright, let's talk about money. Um. Here's what I, this may be my own confusion, so bear with me on this. Um, we were talking three mil.

CS       Yeah, I, I

CI      But, let's go off that number just for right now, just for a second, okay.

CS      Sure.

CI      K, you said it would be 20 percent, which would take you 180 days to recover that 20 percent.

CS      Correct, yes.

CI      And then, it's be a 300k rate to each of us after that.

CS      Correct.

CI      Okay.

CS      Correct

**UNCLASSIFIED**

CI      Okay.

CS      That's conservative.

CI      Okay.

CS      I'll do more than that.

CI      But this is totally unsecured, like in the normal capital, uh, supplier you have, that's secured through the

CS      Not unsecured, who told you it's totally unsecured?

CI      Well, uh, I'm making that assumption.

CS      No. It's secured by the properties. Every property that we do, uh, if I trade markets, then it's secured by the asset we're leveraging, by the companies.

CI      But it's still unsecured when I give it to Richard.

CS      It's unsecure until we're in trades, yes.

CI      Right, exactly

CS      It's going to be unsecured until we have some document that I'll never send into here, I'll have it sent to, to the lawyers.

CI      Do you think you, you were talking about a 40 percent return 10 percent a quarter once we get this rolling.

CS      Right

CI      Do you think that's realistic?

CS      Uh, yeah.

CI      In what time frame?

CS      That, those variable depend on me being out versus not out. I'd rather be conservative and say we're going to make ten percent per year with me in prison.

CI      And

CS      That's with me in here. That's with me having Richard, S, Sam underwrite and Richard fund real estate deals that if the student fucks up, we take the house, 'cause it, 'cause it secured by real property. All of it's being secured by real property. Or, it will be, or I will put it in a trading account, so what I'll do is I'll take, let's say that, let's say we, I'm just going to change

**UNCLASSIFIED**

the numbers because I had already changed in my head, 'cause you trust a bookie with five million dollars, and I'm way more reliable than a bookie, okay, plus with four million dollars going to through the books, I can get us American Express cards, which is a positive for me, 'cause I need my American Express card back. I want my American

CI      I don't need it until I get out, but then I need it.

CS      Yeah

CI      Right

CS      But, you need it, and you aren't going to get an American Express card in 30 days.

CI      Right

CS      They, you [UI]

CI      Can you set all this stuff while you're in here, Craig? How

CS      Yeah

CI      You can set all this up while you're in here?

CS      Uh-huh, you just, I, got, got, call the lawyers and they'll set it all up, they'll do the whole deal.

CI      How do you get them the information you need?

CS      They're a layer, you send the power of attorney and they get it. They just run your credit.

CI      Okay, well I mean, [UI]

CS      So, the, the, those things that, like, repairing your credit, I can start your credit repair while we're in here, it's factual an amount, so, you know, repairing your credit to me is important, but establishing corporations is getting your corporate credit started is more important than repairing your personal credit.

CI      Okay. I give three, I give five million to Richard, okay.

CS      With, so five, takes

CI      He takes it through some Indian casino?

CS      He's going to take it the Indian casino, and then they're going to wire two point, or four million dollars to First American, which will, they'll, they'll source and season for it and wire it over to Wells Fargo or Bank of America [UI]

CI Which Indian casino is this?

CS What?

CI Which Indian casino is this?

CS Ah, depends on who comes back.

CI What do you mean, comes back?

CS Arthur, I'll call Carlos, Richard will call Carlos, and Carlos will tell him where to go to do the deal, it's all set through Art. It's through the Indian Nation.

CI In California or Nevada?

CS Could be California, could be Nevada, could be Arizona, could be fucking Turning Stone in New York. Doesn't matter. Once it goes into the Indian casino, they're going to handle it, take their 20 percent and send the money legitimately as a yield to the company.

CI Does that happen pretty quick?

CS Yeah. 10 to 14 days, sometimes, maybe three, but usually it's not that long. If I was there, it would happen three days.

CI Okay, so I give this, so I'll know Tuesday or Wednesday if I'm, if this, if I'm out of here.

CS Just so you know, the, the, the, the fear I have in that whole deal

CI Mm-hm.

CS Is only the time that it takes you to put the capital in Rick or Sam's hands, that's it.

CI What do you mean, oh

CS One, once, once they've taken possession of the money, I owe you. No matter what.

CI Well you know it's a big risk for me.

CS Ah, um, yeah, I ah, maybe. How you look it now, how I look it.

CI Come on Craig.

CS So

CI It's a risk, you know, I mean, I'm giving, whether I give three million, five million, a hundred thousand, whatever it is, to somebody I don't know.

**UNCLASSIFIED**

CS      One penny

CI      Yeah, one penny, you know.

CS      Yeah, I agree, the risk is the capital, but

CI       And then once we start [OV]

CS      The, the, the, the, well, the minute I know that he or she has it, the risk is on me. But what am I going to do, stiff you in a prison?

CI      Well, yeah, how am I going to collect?

CS      I would never put you in that position.

CI      No, I, just, you know

CS      No, I wouldn't, there's got to be honor among thieves.

CI      But uh, but that's a lot of mackerel you got to pay me.

CS      It won't be mackerel.

CI      Well, I uh, wa, I don't fucking want mackerel, you know

CS      Yeah, so, listen, if you have any, I want, this is from the bottom of my heart, if you have any reservation that putting your money in, in my channels is going to hurt you, don't do it.

CI      Well I appreciate that, but no I

CS      'Cause, 'cause, I, I, I don't want you to stress and I don't want to stress. I don't want to stress about that.

CI      Sure

CS      'Cause right now I'm in prison, I have enough stress with my dad fucking up, and with my son not answering my phone call when I call him, and I, trying to get him a fucking computer for Christmas is like causing me a heart attack here. Okay, so, so I don't want you to have that stress. How I see it, is I shook your hand, I see it as right now, I owe you five million dollars, the minute that the mill, the money goes into their hands I owe you five million bucks, end of story. Okay. And, every year, that goes buy I owe you another million on top of it, that's how I see it. And to me, I'm not afraid of debt, because I make a lot of money.

CI      Well, ah, let me explain Craig, one of my things is to get to know you a little bit because we know each other, but we really don't know each other, we talk a little bit, um,

CS      I like you.

43
**UNCLASSIFIED**

CI      Yeah, the feeling's mutual

CS      I, I, I, I think you're a good guy, and, and to be honest with you, I don't need your money. Okay. I don't. The reason why I'm interested in the deal for me, it's a smaller amount of money, all the guys that I make money with, the bigger ticket, I'm a be honest, brutally honest with you, I can make a lot of money in little deals, little deals, five, ten million dollar deals, I can make a lot of money in, because nobody wants to do a five or ten million dollar deal. Do you know why nobody wants to do a five mil, five or ten million dollar deal? K, so let's say you talking to a hedge fund. And you're talking to a hedge fund and you want them to fund a five million dollar deal.

CI      Yeah, they don't even want to talk to you.

CS      They don't want to talk to you, 'cause that amount of money is too high risk.

CI      Right

CS      And they can't make the return, so all these five and ten million dollar deals that have a little bit of risk, ,but I know I can bang them through and put my team in, and put guys in there and make sure that thing pays me forever, I love those deals. So Ryan Park, Ryan's like Craig I got 210 million for you, it's the smallest deposit I can do, so I'm walking to prison, you what I'm going to do with 210 million dollars? I going go [UI], 'cause I got to get in a plane, I got to fly to fucking Dallas, I got sit down with John Linska, then I got to fly to fucking DC and I got to talk to my other friend, I got to, get, go see HUD, my girl at HUD, and I got to do all these things, okay, and hold all these meetings, when I got nothing. I got to go to Ben and say, Ben, give me a hundred grand so I can at least fucking get ah, my, ah, secured credit card to start my process. Okay, 'cause it will take me four months to get everything in place to take that 200 million dollars, and then guess what they're going to do? They're going to slam it through, and they're going to sweat me on every fucking thing until that deal is paying, like, like, like a clock, and then, it's going to be watch gold rush. How much gold we got, you know, that's how they are. It's a continual barrage and a game I love when I have a hundred or two hundred million dollars. But when I got five million dollars, and I'm looking at these guys and they're waiting for me to turn on the magic like I always do, and I know I only got five million dollars, if one thing goes wrong, what happens to me? One, that one portfolio be bulldozed, or let one thing go, where I gotta, have assets to cover that, okay? And I don't have the assets to cover and I gotta go back and say, he guys we're going, we're going be like three months out and I need more money, then they're like, ho huh, what? What?, They're going to look at me like I'm a fucking scumbag loser from the planet Mars. Okay, and then he's going to call some Yakuza mother fucker, okay, and cut my head off. That's how it is, that's the truth. So, and, and, and I would do that deal, because I have no choice. What else, what other choice do I have? I'm, I'm not, ah a putz. I'm not one of these normal guys who can go out and make a hundred and fifty thousand dollars a year, hundred fifty thousand dollars does not motivate me. Hundred fifty thousand dollars is like what the fuck, you know? These, I love it these guys, oh yeah I was running a company and I went out a bought a house. You did what? You bought a house? And you moved your family in there? That's what you did with your money? You fucking retard. I will live in a tent, I don't need, I don't need prestige, what I need is to make those deals happen, and live off my fucking 20 percent on those

deals, 'cause I'm the last guy that gets paid. I'm always the last guy that gets paid, so when the last 50 houses going out, may I just hold into them and just rent them all out, so I have cash flow.

CI      As the last guy to get paid, do you get, do you make the most money, or [UI]?

CS      Um, individually? Yes. Individually I make the most money. Cumulatively? If Ryan's got five, five, part parties into it. I'll make more than each one, but the five of them cumulatively make more money than I do.

CI      Okay, yeah, my, I get it.

CS      Yeah, So. You know, but that's, that's the way it is. And Ryan, the reason why I go to Ryan first is 'cause he's, he doesn't care, Ryan knows me, he's like, you know, but he won't go, I know he won't, if I went to Ryan and said I need 20 million dollars he would laugh. He'd be like, what you going to run away? You going to burn me and run away for 20, that's exactly what he's thinking. He's not thinking, Craig's going to do a deal for 20 million dollars, 'cause I don't make, I do, I make 20 million dollars in a deal, I don't two point million dollar deals. You see, where, where I'm going with this. That's where your deal appeals to me, that's because I have one on one personal relationship that, it's a small amount of money, and I can make a million, two million, three million, and build up so I have the distance between me and street and I don't have the Feds on my ass watching what I'm doing because when you're that big, everybody knows.

CI      But your intention when you get out is to get that big again.

CS      Yes. But if, but if, but if they, if they hogtie me, if they say you can't do this, this, and this, if, whatever, whatever those protocols are going to be, I have to manipulate it with Ryan, they'll setup a whole fucking shell structure. I mean, I'll, I'll tell them, hey, they'll spend two hundred thousand in legal fees to make sure that it doesn't come back to me, but they're making me do the trade. I'm the guy, I'm the guy that they're, that says go or don't go. In those deals. Believe me, um, Ryan sent a message to me in here, 'cause I didn't know, do you know Eddy Troy? Did you know Eddy? He was in your dorm.

CI      Maybe.

CS      He was with Edison in the corner.

CI       Is he still here?

CS      No

CI      Oh, okay, I don't know him.

CS      He's a chiropractor. I was talking about, so Eddy was in my real estate class, so I was talking about a real estate deal I do with an Asian fund, and uh, Eddy leaves and he calls, and he talks to Ryan. And he says, "hey, remember that guy that did that deal, yeah I'm in prison with him." So, Ryan Park calls my father, and says, "Hey Mr Shults, you know, tell your son we need

**EXHIBIT K**
**Page 45**
SHULTS 001522

him out of jail, he's costing us money." Right, and then Eddy comes into my class and hands me a note, here, puts it on my podium, [UI] Corporation, I'm like Holy fuck, that's Ryan Park's company. I'm like Holy fuck, fuck, [UI] , I go "Eddy, is everything okay?" He goes, yeah. I go, uh, why did you leave that name of that company on my podium, he goes, "um, 'cause I talked to my family and my wife's sister husband's brother knows you." And I'm like, Ryan Park? He goes yeah. I go, you're interconnected with Ryan Park. He goes, "yeah, yep. And he wanted you to know that he's ready to do business. So I gave you the, I, wha, he said to just right down the name of the company and give it to you." And I got the whole message clear, that's  exactly how it works. So, I called dad back, my dad, I said dad call Ryan back, see what's up. And all he said was, hey I got 210 units I want Mr, I want your son to look at, and we need to trade it. So, then what happened, was Eddy was coming to me every week asking me for real estate deals to, to give to Ryan while I'm here. He goes he wants senior centers, he wants this, he wants that, and I says, listen Eddy, fuck you, fuck you and the horse you rode in on, I can't give you trade from in here. I just can't do it. He goes, we understand [UI], I, I says, no, no he doesn't understand the risk. I'm not having 'cause some Yakuza mother fuck will come here and cut my head off when something goes wrong on the outside, I'm not going have that fucking risk, not going to happen. But I'll do business with guys like that, and you got to know that I, when I'm out, I'll do business with guys like, usually I have money, but if I have to take a deal, if our deal doesn't work and I have to go, the five to ten million dollar marker is the hardest marker in the world to get. It really is no offense. It's the hardest. It's easier to do a two hundred million dollar deal. 'Cause a two hundred million dollar deal's two big to fail, and those things, and that's why the hedge funds do it. Ah, when I went, I went to Goldman Sachs, and uh, I've had to deal with Fannie Mae, with John Liska, I had all my papers, it was an exclusive deal, I had the exclusive right to buy all of Fannie Mae's foreclosure product. Okay. The, na, no, non prior notice, the foreclosure product. So I went to Goldman Sachs, I wanted a hundred million dollar line of credit, and ah, so, I called Goldman Sachs, I went to flew into New York. I go into their office they have this board, boardroom, and lawyer accountant, lawyer come in there, it was pretty intimidating to say the least, and it was just me, me and my suit and my $175,000 dollar Rolex. So I sat down with the guys, I started , uh, you know, they knew the product I sh, sh, shut out my fucking memo to 'em and we're all talking, four hours later I walked out with half a  billion dollar credit line with a signature. Just, signed. The didn't care what it was securitized by,

CI      They don't check what you put, use the money for?

CS      Because

CI      I mean, [UI], mean you couldn't take five million and go to Vegas.

CS      I, I could have taken five million and went to Vegas, without a problem. They didn't give a fuck, because half bin, half a billion dollar credit line it was a two point on the draw, so everything that I drew on, I owed two percent on the principal, and it was 13.5 percent interest. On the money. It was a good yield for them.

CI      Yeah, it was a great yield for them.

CS      And they were paying, that was out of their conservative fund, and their conservative fund is four percent.

**EXHIBIT K**
**Page 46**
SHULTS 001523

CI      So realistically, if you were to take a hundred million dollar deal, you've got to return 15 point five percent on an APR basis.

CS      Minimum, before I make any money.

CI      Before you make any money.

CS      Right

CI      Yeah

CS      Yeah

CI      But if you're doing the deal and you make forty percent APR

CS      I make, yeah

CI      You're making 24 point five percent

CS      Correct

CI      Yeah, good deal for you.

CS      Uh-huh, I know.

CI      And not using anybody's money, but

CS      Their's

CI      If you're using their money

CS      Institutional money

CI      Yeah

CS      Which they can hang you with.

CI      Is that a typical deal?

CS      Ah, half a billion dollars is about right.

CI      No, but two and 13 and a half, is that a typical deal?

CS      Yeah, if you can get, they let, most of them try to get four, but it's two, two to three when negotiate, but two is the low. You'll never get below two. You'll never get below two point pull. If you do, God bless you.

**UNCLASSIFIED**

CI     And what's high?

CS     Uh, 24. Some of them may have 24 percent.

CI     But, like five and 24?

CS     Ah, five and 24 is a high risk scenario. Yep.

CI     That's 29 percent.

CS     And it's a minimal of a hundred million dollars too.

CI     Really

CS     Absolutely. I got to piss, I'll be right back.

CI     Okay, I'll wait for you here. You know there's a bathroom here, you know that?

CS     I'm going to that one.

CI     Yeah

CS     So, if, thing of it, if things work out right, then, then, my game plan is take the five, take the four, and uh, turn that four into bunch a little, string a little deals, and my, my anticipation is getting out this year. If not

CI     2017

CS     Right, if not 2018. Okay. Now I have two friends who promised me R, are you, you got RDAP?

CI     I don't know.

CS     4500 dollars. You got RDAP.

CI     How's that going to work.

CS     I have, I own a medical clinics, Huntington Beach Medical Center will say you checked in on a 72 hour self surrender where you came in on a cocaine and alcohol, and they'll sign every page you sitting right here, and you're shwww [ph], within one year of your indictment.

CI     [UI]

CS     It's 4500 bucks. I'm paying, I'm, I'm looking at the same thing, so that's why you, you need to get some money to Sam. Because the things that I pay for, she will handle through the paralegal firm.

**EXHIBIT K**
**Page 48**
**SHULTS 001525**

CI     Yeah, we're going to talk about that in a second.

CS     Okay, 4500 bucks, you're going to get your RDAP papers guaranteed. My contingency

CI     Have you done that with anybody?

CS     Yes. Farrakhan is gone, Gilbert's gone.

CI     Who's Gilbert?

CS     Big Fat Gilbert in B dorm.

CI     No, I don't

CS     You know, he was big big fat, big big

CI     [UI]

CS     Gilbert, um, anyhow, he's at, both of them are at Sheridan right now.

CI     So, they, they just pay 4500 bucks to somebody.

CS     Correct

CI     And, the paperwork was good?

CS     Pap, it's all good. It's all, it's all licensed and done. Yep. It's gonna cost you 45. Have your sister send this money to her and I will get those papers for you. I'll get, 'cause what'll happen is the Medical Director will make sure it's not from the same doctor, same clinic for you and me, 'cause I'm doing the same thing for myself. I don't have, it's not on my PSI, I never did a drug in my life as far as these guys are concerned, and I have no alcohol, I don't DUI's or none of that. 'Cause I'm a pilot. Not that I haven't drove drunk, I have, I just never got caught.

CI     [UI]

CS     Yeah, I know. I've done some really stupid things. So, those things are available to you, and I'll make them happen. Okay

CI     Okay, So let's talk about that for a second. Here's what I would like to do. If I get out next week, you got to tell me how Richard or Sam's going to pick this up.

CS     That's the point I don't know.

CI     Well, I don't know either until I know I'm out.

CS     Right

CI      But here's what I'd like, I want you to

CS      What ah, what I, what I, what, here's, here's what we can't do. We, we

CI      We can or cannot?

CS      Well, here's what we cannot do.

CI      Okay

CS      Okay. We're partners, we're teammates, okay. Sam and Richard are going to believe this is my dough. Okay. 'Cause, they, they're, there's fear of death with my money. Okay. So, whoever I do it, is going to get a call from you to pickup my dough, to clean it, to trade it. 'Cause they know that my, they, they're going to think this is

CI      Okay

CS      Ben's. They're going to think this is

CI      That Ben Jung or whatever his name is

CS      Right, so they're going to think, 'cause I, I  can't tell them that I'm setting up a deal to help you, and help me. What, how am I going to explain that to them. They know that I do my own deals, that I find my own deals, so, you know, it's imposs, plus I don't want them to, I don't want them to say, well this is a deal that Craig is helping somebody else out with, blah, blah, blah, 'cause it, the, the, in their world, every, every deal I've ever done with Rick has gone because he know my money, he drove me, he did all these things, he knows that, same thing with Sam. And there's, they are literally petrified to make a mistake and I want that fear.

CI      Sure, no I get it.

CS      I want that control, okay. So, what I can't do is say, Richard, you may have to drive into Orange County or fly into Orange County, and meet this guy and not know the details and not know what it was, and by the way you're picking up, ah, five million dollars of my money. [OV]

CI      What, what, where does, where does he operate out of Vegas?

CS      Vegas.

CI      Yeah, but, what does he do there?

CS      He's a dr, ah uh, for his front? He drives.

CI      He's a limo driver?

CS      Uh-huh.

**EXHIBIT K**
**Page 50**
SHULTS 001527

**UNCLASSIFIED**

CI      And what does he really do?

CS      He runs my company, he's the CEO of my company.

CI      Okay. Uh, okay, so let me back up for a second. So all the things we talked about today.

CS      Mm-hm

CI      Everything we talked about. Totally, you're committed to everything?

CS      I'm, I, I've committed everything all the way down the pike. Yeah, eh, the, this [OV] this is the last meeting that we will have.

CI      On this subject

CS      Where you, no where you can wiggle off the hook.

CI      Nah

CS      When they close that door, my commitment to you and your commitment to me are solid. 'Cause I, you have information that I shared with you, I have shared with nobody and I'm going to be honest, in the middle of the night sometimes I wake up and I say oh my God, this guy knows about me, he knows enough to put me away for life.

CI      Well, you know a lot about me to, which I'm not comfortable with until we, you know

CS      Well, no, we, we are comfortable. So

CI      We're getting there.

CS      No, no, we have this agreement right now. I don't tell on myself, I don't tell on my friends and I definitely don't tell on people I don't know.

CI      No, I'm, what I mean,

CS      Everything you share with me, goes to my grave.

CI      Fair.

CS      Everything I had told you I will do, I will do.

CI      So.

CS      Period

CI      The passports, the money,

**EXHIBIT K**
**Page 51**
**SHULTS 001528**

**UNCLASSIFIED**

CS      All that

CI      All the judges

CS      All those things and, what, what, are trying to [OV]

CI      No bullshit

CS      No

CI      No bullshit

CS      Listen

CI      I mean, 'cause Craig you can tell me, tell me st, if there's anything you said that you've exaggerated on, just tell me and it's not a problem.

CS      So, let me, u, tell it to you this way. I've told you some shit. You've seen me trim my class too. Okay, you've seen me teach. Guys who do what I'm, [UI], you can't make this shit up.

CI      You know a lot. You know

CS      So, so

CI      You know a lot, there's no doubt about it.

CS      And uh,

CI       Go ahead.

CS      And, and, and uh, even if I could make this shit up, why would I?

CI      That's a good question.

CS      'Cause I'm not trying to impress you, you, I told you I took education to get out. I put myself through college, I don't need an associate's degree in business technology. I don't need any fucking degree, what I need is to get out that door with a judge's approval.

CI      And right now, when's your, what's your worst case scenario you're out date.

CS      2019.

CI      That's with RDAP.

CS      No, without RDAP. That's, that's if they, if I fuck up everything. I would go home in, uh, November. [UI]. Yeah, November of 2019

**UNCLASSIFIED**

**EXHIBIT K**
**Page 52**
SHULTS 001529

**UNCLASSIFIED**

CI      That includes half-way house.

CS      That's only six months half-way house. So, if they only give me six months half-way house, I can go home in November 2019.

CI      And then if you get RDAP it's 2018?

CS      Correct.

CI      So, you're really close to interviewing for RDAP. Neg, this spring I got do, I'm going to do mine and yours. That's, I, I got one other guy I'm helping out, Leo. Talk to, if you, if you, if you have any reservations about me, just, you know Leo, he's um,

CS      Is he the Armenian guy?

CI      Yeah, the Armenian guy. He's Mike's roommate, celly.

CS      Yeah

CI      Big Mike.

CS      So, so, so, just go to him and say, hey Leo, do you think Craig does what he says he would do, just ask him.

CI      Well you're helping that guy upstairs. The little guy with the car washes.

CS      Uh-huh.

CI      Yeah, I haven't talked to him, I haven't bothered.

CS      It's okay.

CI      Yeah

CS      He sent 50,000 dollars to one of my, one of my trades. Yeah. The Richard Cisneros, funding a 300,000 dollar purchase right now. He's making 30 grand.

CI      Really, so, making money, yeah.

CS      Yeah, I'm, I'm not making shit on it. I, I, I'm giving him the whole 30,000 dollars because he's getting out of a real estate deal and he's gotta fund his, his little thing and then, when I said I'll do one for free.

CI      Richard Cisneros

CS      He sits in front of these, ah the  [UI] across [OV]

CI     Oh yeah, yeah, yeah

CS     Really nice, don't, don't tell him I'm, doing this uh, 'cause him and his wife they, they buy them and they rehab them, so Rick's doing a deal a right now to, he's the one looking at the properties in Vegas, we're going to close on it, in December and flip it out in January, and he's going to make 30 grand on it.

CI     Yeah know what I do with Richard?

CS     Yeah

CI     For the last three Fridays, every Friday, I uh, you know I make that popcorn in the rec, I always stick two bags in his cube, and I, he caught me in here the other day, and he goes, why you do that? I go, 'cause you do a great job cleaning the bathroom and I don't think people say thank you for you. And he's like, oh, that's very nice of yeah. And [UI] so happy. And I'm uh, he's a nice guy, what the hell. It takes me

CS     He's a great guy. I love him to death. You know. So, so my, how do I say this, Richard will only make the 10 percent with me. That's it. Okay. Vahan [ph]. Now, let me tell you about Vahan. So, Vahan formed a company, which I word he formed three companies. And I reversed his car wash in one, he's got two car washes, I'm doing the other reversing the other car wash, I'm putting those under the corporations that own the businesses and the properties are going under trust. I have  lawyer taking a 440000 lien off the second car wash, it's getting stripped off him right now and that cost him 18000 dollars. That's getting done as well

CI     That's great.

CS     Yeah. The, that's getting done. 50000 dollars is going into a trading account to trade now, he has ten million dollars of money from credit card merchant processing fraud that's sitting there, and he has cash that he needs taken care. And I said I'm not going to take ten million dollars from you, but I will clean it through your other guys. Now I have a good friend Armin Berbarian [ph] who did a lot of time, he was, Armin's a full on gangster, did state time, Fed time, but I know this guy, I've known him forever. So, I sent Armin a letter asking about Vahan, and Armin came back and says he's a really good guy and by the way don't trust Tiko, Tiko the guy, Tiko, the, sa, sa, it's the head of the Armenian group  in her, he's a full on scumbag.

CI     I don't know him.

CS     So, Armin told me that Vahan is a really good guy, so I already have all the information on Vahan's entire family, I have his wife, I have his two daughters, I have his son-in-law, I have everybody so if he fucks up with me, he'll wish he never, ever breathed air. The way it is. Okay. Um, but, he's got the opportunity make a lot a, he's looked it, he's looking at a boat. He brought me a brochure for two point one million dollar boat.

CI     Is he out of here soon.

CS      Um, he's filing for his appeal. Right now, 'cause what the Federal government did to him was really rotten. They caught him in the first time merchant processing.

**[END OF RECORDING]**

**EXHIBIT K**
**Page 55**
**SHULTS 001532**



Margaret Mims
Sheriff-Coroner
Fresno County Sheriff's Office

February 22, 2019

Charles J. Lee
Fresno Branch Chief
2300 Tulare St., Suite 330
Fresno, CA 93721

On June 27, 2017, Craig Shults was booked into the Fresno County Jail.  He was classified as a Medium Security inmate.  Mr. Shults continues to have the same housing assignment since he arrived in our custody.  During his incarceration, Mr. Shults was named in one incident report where he received a rule violation.  Mr. Shults received a hearing for this rule violation where he was found **not guilty**.  Population Management has not received any reported concerns from floor officers about Mr. Shults behavior while in custody.

On December 30, 2018, Mr. Shults was approved to be the floor inmate worker.   Since being assigned as an inmate worker, Mr. Shults has performed his duties within facility rules and expectations.

In summary, Mr. Shults has followed all facility rules while in our custody, displaying good behavior, and has performed his inmate worker duties in an acceptable manner.

Respectfully,

Sgt. Torres (0981)

FEB 2 8 2019

*Dedicated to Protect & Serve*

Law Enforcement Administration Building / 2200 Fresno Street / P.O. Box 1788 / Fresno, California 93717 / (559) 600-8800
*Equal Employment Opportunity* Employer

**EXHIBIT M**

Honorable Judge.

My Name is Anthony Sheward. I am writing you on behalf Of mr Shults, I was originally housed in North Jail then I got moved to main Jail and housed with mr Shults This Jail is an extremely Negative And hostile place. There are Riots and Violence almost everyday Some where in here there is no peace in here. Since I have come To live with my Shults iT has been a 180 degree Turn around. Every body agrees it is because of how Shults is. When I got here The first Thing Shults did was get me Some Soap & deoderant Then we Talked an Shults actually listened. He got me Information To help me when i get out Next month. Mr Shults is generous with his Time and with resources Shults always has a Peaceful resolution. ALSo Shults does not hold Grudges. things get handled and permenantly resolved. I Think mr Shults is a good person. He is not putting on an act This is who he really is. It is obvious by how he handles himself. Thanks you for reading this,

X _Anthony Shul_

TiD# 0170406
Fresno County Jail
P.O. Box 872
Fresno, Ca 93712

**EXHIBIT N**
**Page 1**



Dear honorable federal Judge,                                    1-21-19
   My name is Henry Turpin, I am 31 years,
I am a bulldog, I have been to prison Once for
2 years and I have been in County several times
I am writing about inmate Shults, I have
Served over a year with shults, Shults is a very
unique person. I say unique because I don't
know anyone like him. He has been wronged by
all the races in here but he stays the same. I
personally would have handled those situations much
more agressively. In witnessing him handle those
attacks, I spoke with him, Shults has helped me
grow as a man to understand the values of life.
He has shown me economics and business and
shown me the value of education. He has also set
me straight on my own spiritual path. Even though
others abused shults and took advantage of him while
he was working, Shults did not hold any grudge and
has shown me acts of kindness and love. Shults
has a good sense of humor and when playful he
will use sarcasm but in reality shults would not hurt
a fly. He is not a violent person. His strength
comes from how he handles vident situations. He
is calm and some how magically diffuses the
situations and will make everyone feel calm. Shults
has literally turned my life around by changing my
thinking I see the error in being involved in
a street gang. I will no longer participate in
any worthless crimes or illegal drugs. Shults had

**EXHIBIT N**
**Page 2**



me set realistic goals and has shown me how to accomplish them. Also my mother was suffering from cancer. Shults had her visit him and guided her to getting the treatment she needed. He did not hesitate to help her fully he still fowllows up with her even now. Shults has taught me to apply my efforts and energy in a healthy way to accomplish proactive goals I can get a start in life and be a respectful law abiding citizen and be helpful to my community. Shults has written programs and colleges and trade schools and brought all of that information in here and help guys going home get the help they need or enroll into education programs to get the skills they need to live a proper life in society. It takes a minute to really see who shults is as a person. At first you think he is a rat because he treats staff with such respect. Then if you watch as time goes on you see staff actually treat shults with respect. Shults runs his own program. No drugs, No Ahrochol, no gambling, he respects and helps all races. He does not even ask for respect he just is who he is and over time you just respect the guy. Prison ruins people like Shults. I know Shults just wants to get out go to work and take care of his aging father and take care of his son. Shults does stress about his s

**EXHIBIT N**
**Page 3**



getting a bad start in life he wants to help his son get into college so he has a chance in life. I am proud to know Shults, I am grateful for all he has shown me and I pray you show Shults some mercy.

Thank you for hearing me

Henry Anthony Turpin

Henry Anthony Turpin

you can contact me at

\# ████████████████

Dear Honorable Federal Judge,

My name is Demarea Pearson. I am 31 years old and a member of the black car. I have served 21 month with Mr Shults in Fresno County Jail. In that time I have seen Shults go through a lot of unnecessary stuff. I have seen him get attacked physically twice by mexicans for no good reason. They were on drugs and Shults is the big white guy. I have seen Shults get robbed by a races, his commissary stolen while he was working outside the pod. Gang members have written um offensive kites calling him a rat & snitch. FYI, Shults is not a rat. In fact Shults mind his own business. Any other inmate regardless of race would have taken flight for any of the things I have mentioned. Shults handled it all and more peacefully. He did not retaliate at all. I have served time in my life. I have seen inmates interact and program. I have fought in two riots in this pod. Shults does his own program. He will not politic. He works with all races, all religions. I have not once seen Shults refuse to help out an inmate. Shults does not do drugs, does not drink alcohol or gamble. Shults reads books, he works as the floor worker for over 18 months. I have seen Shults will help answer questions about your case and research the law. He has explained a lot to me and other inmates. FYI, his research has always proven accurate. Shults is a big white guy but he is not a bully in fact he will not tolerate bullies. When I first me Shults I kept my distance to see him at first you will be intimidated by his size, then if you talk to him you will see he is super smart. He reads 500 pages a day most of his books are spiritule self help, law or what he calls brain candy. Fact is once you get over your own prejudices and really see who Shults is you will find a person who avoids drama and who will do the right thing even if it is the hard thing to do. I have even seen Shults help the police by working with the corporals to train rookies. He has volunteered to be their crash dummy for searches an pat downs as well as instructing on feeding the entire floor. Even the police and medical staff see Shults differently because he respects them and will always

EXHIBIT N
Page 5

do what they ask. Also for the record shults is a great cook. He makes the best breakfast burrito I have ever had in prison. Bottom line is once you warm up to shults and as long as you are respectful shults will help you the right way whenever he can. If you are a hussler or try to run game on shults he will politely avoid you. At this point all inmates even bulldogs respect shults and see him as a special good person. I hope you get a glimpse of the good in shults from my words. If you do you will see a truly good person. One more thing shults almost never ask for anything. If he dose you will get back much more than you give, shults also has a great sense of humor and tells funny jokes. I am not good with words and this letter does not do shults justice at all. I hope in reading this you can see past my short coming and experience the truth about shults

Thank you

Demarea Pearson
JID#7034728  BKG#1722752
Fresno County Jail
P.O. Box 872
Fresno, CA 93712

EXHIBIT N
Page 6

DEAR HONORABLE FEDERAL JUDGE,

MY NAME IS JAY D. GLEASON, I AM 42 YEARS OLD. I HAVE SPENT 4 YEARS IN PRISON IN MY LIFE. I WOULD LIKE TO SAY I AM A PRETY GOOD JUDGE OF A PERSONS CHARACTER. I AVOID TROUBLESOME PEOPLE IN MY LIFE ESPECIALLY INMATES WHO LOOK TO GET AWAY WITH THINGS OR WISH TO BEND/BREAK THE RULES. I AM NOT ONE TO MAKE FRIENDS WHILE INCARCERATED. I AM WRITING YOU ON BEHALF OF MR SHULTS. I HAVE OBVIOUSLY BEEN REMANDED AND MET MR SHULTS IN FRESNO COUNTY JAIL. IN THAT TIME I HAVE GOTTEN TO KNOW MR SHULTS. HE IS NOT LIKE OTHER INMATES IF WE MET IN THE STREETS I WOULD WELCOME HIS FRIENDSHIP, I CONSIDER HIM A FRIEND IN HERE BUT WHO KNOWS THE FUTURE, PEOPLE GO THEIR OWN WAY UPON REALEASE. MR SHULTS IS A KIND PERSON, HE WOULD LITERALLY GIVE THE SHIRT OFF HIS BACK TO HELP SOMEONE. MR SHULTS HELPS PEOPLE REGARDLESS OF COLOR OR PRISON POLITICS, I HAVE WITNESSED HIM HELP OUT EVERYONE IN THIS HOUSING POD. ONE WAY OR ANOTHER. WITH REGARDS TO MY PERSONAL CIRCUMSTANCES MR SHULTS HAS TAUGHT ME HOW TO DEAL WITH DAY TO DAY STRUGGLES IN A POSITIVE WAY PEACEFULLY. HE IS A VERY EASY PERSON TO TALK WITH AND WILL GIVE GREAT FEEDBACK IF ASKED. IN MY OPINION MR SHULTS DOES NOT BELONG IN PRISON MR SHULTS IS NEEDED OUT IN THE WORLD TO DO EXACTLY WHAT GOD HAS INTENDED FOR HIS LIFE, TO HELP AND GUIDE OTHERS. I AM VERY THANKFULL TO HAVE MET MR SHULTS FOR HIS HELP IN MY LIFE.

THANK YOU FOR YOUR TIME YOUR HONOR..

JAY D GLEASON #0614844
P.O. BOX 872
FRESNO CAL 93712

Jay Gleason

**EXHIBIT N**
**Page 7**

Dear Honorable Federal Judge
My name is JOE BEJARANO JR. I am a bulldog gang member and have been for eighteen years. I am writing you on behalf of CRAIG SHULTS. First I want you to know CRAIG is of different race, we dont support other races. I support CRAIG because he is different other Jews I've met. CRAIG minds his own business and if you speak with him he keeps that to himself. CRAIG does not start drama. In my experience with CRAIG he good and sound advice. He has offered peaceful solutions to conflict in the pasted. He has also went out of his way providing (phone calls and Etc.) about programs an education, drug counseling. He has told us all we can have a happy life without crime if we search for an focus on change. One example "I got in debt over poker and I could have gone a bad way. CRAIG helped me and did not have to. I was able to handle the problem overtime without issue. To me CRAIG is a good guy and tries to help everyone. I dont know why he is here but I am glad I got to meet him. If you can show him some mercy it would not be a mistake
Thank you.

Joe Bejan

DEAR HONORABLE FEDERAL JUDGE,

MY NAME IS JOSE VILLAGRANA. I AM 41 YRS OLD. I AM living WITH SHUITS IN THE FRESNO COUNTY JAIL. I WANT TO SAY A FEW THINGS ABOUT MR. SHUITS. FIRST, LET ME SAY SHUITS TREATS US WITH RESPECT EVEN THOSE OF US THAT HE DOES NOT KNOW. MR. SHUITS SPEAKS TO US AND TREATS US GOOD. WITH HIS WORDS YOU CAN TELL HE DOES NOT JUDGE US. ALSO WHEN WE NEED INFORMATION ABOUT OUR CASES SHUITS STEERS US CLEAR. WE MIGHT NOT like WHAT HE SAYS BUT WHAT HE SAYS IS TRUE. BECAUSE OF WHO SHUITS IS AND HIS SIZE IT TAKES A MINUTE TO GET TO KNOW HIM. I ADMIT WE live life DIFFERENTLY THAN SHUITS DOES. SHUITS DOES NOT HUSTLE OR SCAM ANYONE. HE ALSO KEEPS HIS MOUTH SHUT ABOUT PERSONAL MATTERS like FAMILY ISSUES AND STUFF THAT WE SHARE WITH HIM. AT FIRST IT IS EASY TO PREJUDGE SHUITS AND MISREAD HIM. TRUST AMONG THE RACES IS VERY WEAK. AFTER YOU TEST HIM YOU FIND OUT HE IS GENUINE. NONE OF US KNOW WHY HE IS THE WAY HE IS. MOST PEOPLE JUDGE US AS BAD PEOPLE AND LEAVE US HANGING. SHUITS WITH NOT SPEAKING BADLY ABOUT ANYONE NOR DOES HE TAKE ADVANTAGE. HE HAS EVEN TOUGHT US SOME OF US WORDS AND WHAT THEY MEAN. GIVEN THE CHANCE I THINK SHUITS WOULD ALWAYS CHOOSE TO DO THE RIGHT THING EVEN AT A PERSONAL loss TO HIMSELF. THIS IS WHAT I SEE IN MR. SHUITS AND I HOPE MY WORDS HELP HIM BECAUSE HE HAS HELPED ALL OF US. NONE OF US WRITE LETTERS SPECIALLY FOR

**EXHIBIT N**
**Page 9**

RACE. I DID THIS BECAUSE THIS IS HOW I FEEL ABOUT SHUITS AND BECAUSE I WANT TO TELL THE TRUTH ABOUT HIM AND I HOPE HE CAN SEE HIS FAMILY SOONER THAN LATER. THANK YOU FOR YOUR TIME.

P-S.                                          YOUR'S TRUELY

MAY PRAYERS BE WITH
YOU AND YOUR FAMILY'S
GOD BLESS!

Dear Honorable Federal Judge,

My name is Navan Fowlkes, and I am a 33 year old black inmate. I have served over 10 years in prison. In that time I have met a lot of inmates. I have never met one like Mr. Shults. I wanted to tell you about him. Shults is not like most inmates. First, he is not prejudice against any race. Because he is big and white and does not politic it makes him a target. He has been wronged by all the other races in the pod. He handled the situation respectfully and non-violently. I have personally seen him prevent 2 riots. Shults spoke with me about my circumstances and told me to seek out education to learn a skill or trade and then work in that trade and to live within my means. He also helped me with food. I also have seen Shults interact with the police as the porter. He shows respect at all times and gets things done for the pod like new shower curtains and cleaning supplies. In my opinion Shults is a good guy. We all make mistakes and have bad days. Some people need to be punished I met a lot of them. I think Shults is an excellent candidate for reform and will be a productive citizen in society. I will be in prison when you get this so feel free to contact my wife if you want to hear more from

me,

Melissa Fowlkes

Fresno, CA. 93722

I have never written to a judge on the account of someone else. I never felt anyone was worth it. I think Shutts deserves a chance at living in society again as soon as possible. Thank you for your time in reading this.

Navan Fowlkes

Bkg # 1834517   Jid # 1695895

Phong Luong

████████████████████

Los Angeles,  Ca 90012

████████████████████████

**February 28, 2019**

Honorable Lawrence J. O'Neill
US District Judge
Eastern District of California

RE: Craig Shults

Dear Judge O'Neill:

My name is Phong Luong and I was contacted by Mr. McElroy a couple of days ago in regards to Craig Shults.

I am in the contracting IT profession, and I have an early work assignment tomorrow.  But, what is it about Craig that has made me stay up pass 12 a.m. to write this letter?  I met Craig when I was detained in Santa Ana County Jail, doing a few added months as a residual for the enhancement of my conviction. In the jail there are three pods, and I was not in the same pod as Craig.  We met when I signed up for computer classes; I wanted to make my time productive.  I am sure Craig did too.  I also attended a music class.  Sure enough, Craig was there too.  Naturally, seeing other at the same classes, we eventually talked to each other—and a friendship was the outcome of it.

Since I would be detained for about 3 months, I did not think to make any friends.  However, with Craig, I enjoyed his personality and kindhearted demeanor.  Craig stands at 6'4" and that would intimidate me since I stand at 5'5".  Once I got to know Craig, he was the epitome of the cliché "big old teddy bear." For example, in computer and music class, I would be the first person to learn what was taught and finished my assignment before everyone.  I had a tenacious appetite to learn so I can be a productive citizen again.  Because Craig sat next to me in every class, I would help him understand the assignments and how to best complete it.  One day I had to pause in my doings and took noticed of Craig, he was helping others in the classroom to understand the difficult assignment.  This made me take a step back and realized how driven I am that I did not think to help the other classmates.  I felt selfish and only wanted to excel for my own purposes.  Craig, on the other hand, thought of others before his own purpose.  This also happened in music class.  I first learned to play Beethoven's Fur Elise on the piano and then Amazing Grace.  Again, I showed Craig how to easily learn to play those two songs.  Well, we also learned Happy Birthday and Twinkle Twinkle Little Star.  I had to smile when I see my friend, 6'4", and playing Twinkle Twinkle Little Star.  I am sure the other classmates also thought it was funny for such a big guy to play that particular song.

Craig has a heart 100 times bigger than his size.  Another saying also comes to mind when I think of Craig: diamond in the ruff.  Most people would see Craig, his size and occasional profanity and outburst, they would stay clear from him.  Lucky for me, I didn't, and I found something flawless under that rough exterior.  This is why I stayed up to write this letter…for my friend, hopeful of a positive outcome.

Thank you your honor,
Phong

**EXHIBIT N**
**Page 13**

**From:** T McG⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Date:** February 21, 2019 at 8:06:48 PM PST
**To:** Travis McGee⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Subject: Re: Craig Shults**

To:
Honorable Lawrence J. O'Neill
U.S. District of California
Eastern District of California

   This letter today is for Craig Shults. I came to know Craig November 2014. It was right before Thanksgiving because I remember him telling me Happy Thanksgiving more than once. Which I thought was odd but he had just arrived at the Taft Correctional Institution and he was just trying to fit in. At first my encounters with him were infrequent. I wasn't really interested in none of the things he spoke on because I wasn't aware of the knowledge he had, nor did I have the interest in something that I just didn't believe was for me. Lucky for me Craig had an impression on fellow inmates that convinced me that I should be willing to take Craig's Real Estate classes. So I asked Craig was it alright for me to join his class, which he gladly invited me to the next session. We became good friends and I will always remember and cherish the inspiration that he has given me to be an entrepreneur.
   Craig in my opinion was a victim of his own gifts and talents. He was a very giving man rather it be with things he had from commissary, his time or it be knowledge. Craig was also a very confident man which I feel came from the fact he seeks out knowledge and able to retain it very easily. Which is a gift I would pay money for. Above all I've seen Craig carry conversations with multitudes of people from all kinds of different backgrounds, including myself. With no judgment only the willingness to share knowledge or embrace that person as a friend. With these gifts, talents and giving heart came a side of Craig that wanted to please and impress everybody and that's where I say that Craig is a victim to his own gifts and talents.
   I believe in life we have people that will lift us up and we have people that will hold us down. Craig was somebody that lifted me up and made me believe in something that I didn't have the slightest clue of, Real Estate and Entrepreneurship. I used to always tell Craig that he didn't have to be more than just a friend to me and I didn't need all the extra's to impress me, "Just be normal." is what I used to always tell him. Unfortunately for Craig he had somebody that wanted to play on that "Extra" side of him and preyed on that weakness. A good friend will never steer you wrong and a real good friend will steer for you when they know that you're headed for a head on collusion. Craig was missing a good friend in this situation. I wish he would of came to me with this bright idea. I would of been the friend that told him you only can blame yourself and doing something that you can't take back wasn't going to get him no where but where he was already at for a even longer time. I Believe Craig's confidence in himself gave himself blinders to have a lot of friends instead of embracing good friends, that would be man enough to say, "Craig you're wrong."
   Craig is actually about the same size and built of my actual brother who's name is also Crag ironically. Which may be the reason why I grew close to him. I'm listed as African American but I'm actually just as much white as I am black. Craig never treated me like I was either. He treated me like I was a human being. Craig was in the same Dorm as me and over time I got to know him very well. I honestly never met someone before that was so determined and focused on enhancing himself, rather it be with college work or personal readings. I also never met someone determined to help people learn something that could change their lives like the classes he taught. We all make mistakes but one thing that I noticed that Craig did a lot of was lead by love in the best way he knew how. The best thing I learned from my incarceration is that leading by love is the biggest key to happiness. Today I'm asking that when you consider the fate of the man Craig Shults, remember that he is a man that lived and led by love.
Thanks
Travis McGee

February 27, 2019

Honorable Lawrence J. O'Neill
U.S. District Judge
Eastern District of California

I spent over a year with Craig Shults on a daily basis while we we're together in TCI year 2015. I found Craig to be a very caring and concerned friend. He would read an entire book every two days. He took every college course available, always wanting to better himself. We shared thoughts of our children together, sharing thoughts and concerns for them during our incarceration. He was very involved with his religion and his beliefs, always wanting to better himself.  We had plans upon his release, for him to come and work in my industry as I felt his intellect and motivation would make him a success. I also witnessed people take advantage of Craig. His size, comments about prior business success, and generosity made him a target. We discussed it often and it hurt his feelings a great deal.  I believe Craig's desire to be accepted by others led him to his current predicament.  I don't believe in my heart that Craig had any true intention.  Craig wanted desperately to reunite with his family and rebuild his life. Craig is not a criminal by trade. He deserves a break, second chance, whatever the term. I still consider him my friend and will always give him an opportunity upon release to rebuild. He's already done a lot of time compared to others in the same predicament.  I hope the judge can see thru the facade and really see the true Craig Shults. He is a man worth redeeming.

Eric Phillips

████████████████████████████

Corona, CA 92883

22 January 2019

Honorable Lawrence J. O'Neill

U.S District Judge

Eastern District of California

Dear Judge O'Neill,

Hello, my name is Kathleen Palmer and I am writing this letter regarding Craig Shults. I have known Mr. shults for about 2 years now through my mother who has been visiting him. I was visiting my husband when he introduced my mother to Craig. My mother is Roxann Zanetti and had been visiting with Craig for the past 2 years.

Before introducing my mother to Craig, she was in a dark state of mind. She was battling with depression and was also going through a divorce after being married for 26 years. In prior years my mother was a part of the Fresno Police force for a year, as well as being a part of the Air Force armed forces where she was a Sargent and served 4 years. My mother was a woman who learned how to have good judgement with people and who can be able to read people easily.

For many years she had been struggling with depression during and after her last relationship and marriage. Since meeting Mr. Shults my mother has become a new woman. He had made her smile and has brought laughter back into her laugh along with happiness. I have not seen my mother so happy in my life. Craig has helped my mother become a better woman in the 2 years she has known him. I have noticed a big difference in her while she has been seeing Mr. Shults.

I have talked a few times with him and in the times that I have talked with him I have come to my own conclusion that he is a person who I believe is not a person who could do harm or hurt anyone. He has always been up front with everything and has hid nothing from my mom when she has asked him. He has done nothing but uplift my mom and has made her realize that she is worth loving and her life is worth living. I feel that he is very caring and helpful towards my mother and I feel that he is that way with others.

I want to take the time your honor to thank you for your time and consideration in reading this letter on behalf of Craig Shults.

Sincerely,

Kathleen Palmer

22 January 2019

Honorable Lawrence J. O'Neill

U.S District Judge

Eastern District of California

Dear Judge O'Neill,

Hello, my name is Roxann Zanetti and I am writing this letter regarding Craig Shults. I have known Mr. Shults for about 2 years now. I was introduced to him by another inmate at the Fresno County Jail.

Due to my prior years of experience as a Fresno Law Enforcement Officer and a prior member of the armed forces, I have learned in those years on how to have good judgement and read people easily that I came in contact with. Since meeting Craig I have been able to see nothing else other than a good, kind hearted human being. When I met Craig, I was in a time of my life that was in a dark state of mind. I was going through divorced as well as depression.

While I have been visiting with Mr. Shults, he had brought laughter and happiness back into my life. He has been nothing but honest with me and has not held anything from me when asked. From what I can tell he has been very helpful for me and deals really well with others and situations.

When I talk to him and seen him I don't see  person who would cause harm or hurt to anyone. My outlook on life has changed and he has help lift myself up from my depression and low self esteem. He has uplifted me in ways I didn't know was possible and had gotten me to where I know I am worth loving as well as my life is worth living not only for myself but for my children and grandchildren.

Thank you, your honor for your time and consideration in reading this letter that I have written on behalf of Craig Shults.

Sincerely,

Roxann Zanetti

February 27, 2019

Honorable Lawrence J. O'Neill
US District Judge
Eastern District of California

Judge O'Neill,

My names is Charles Shults. I wanted to write this letter today to offer you some background and share with you some of my life experiences I shared with my brother Craig Shults. Our Father's name is Martin Shults, mother Bonnie Shults, and I am the youngest of my brother's. Mathew is the oldest and Craig the middle child. My parents divorced when we were young. My father remarried to my step mother Jackie. I have a step sister Angela.

As I can still remember when I was very young and my father owned an insurance business in my home town of Fort Plain N.Y. I remember going to my mother's side of the family where we attended barbecues and picnics. Fort Plain is a very small town. At the time, most of the town worked on a farm or at Beechnut, a big food processing factory located in Canajoharie NY, which was the next town over. We come from a small town where everyone knew everybody. I can remember my father, when not working in his office, working and helping my grandparents on their farm. A small dairy farm located just outside of town. My brothers and I would go with him and help as much as we could.

I also remember my parents would fight constantly. There were many times my mother would leave in a fit of rage and go to her relatives. Sometimes she would bring me, sometimes me and my brothers. I can remember this happening often. I cannot answer why they fought so much, but I do remember it caused a lot of sadness for me and my brothers. It also led to our parents families reaching a point where they would fight as well. As time went on I believe my parents decided to get away from Fort Plain and we moved to Amsterdam NY. My father no longer had his insurance office, but would still help my grandparents as much as he could. Yet often they would complain that it that it just wasn't enough. It was shortly after this move they divorced.

I can still remember going to the custody battle. At this point my mother had left and my brothers and I lived with my father. My father worked all the time but was not able to support us and was forced to move us back to my grandparents farm where I remember most of our childhood taking place. I think back at it now, being a father of two children, how difficult this must have been. I cannot answer why my mother left us, and hope you can envision this yourself and feel for yourself the sadness this caused. I can remember what is was like then, and can see it in my own children when my wife and I argue today.

I do not wish to go into detail the horrific husband and wife fights my parents had, but they were very bad, loud, and often. It was a constant battle for a long time. I remember, I need you as the reader to please think about what I am going to write next, we had no money. My father took us tent camping and fishing a lot. Craig loved to fish. On the farm we had many acres of woods where we spent a ton of time there hunting, hiking and enjoying nature. Craig loves to hunt and

**EXHIBIT P**
**Page 1**

go hiking. An average day on the farm would consist of work.You would get up early, have a cup of coffee, talk with my grandfather, eat a Friehofer donut, go out to the barn where we would milk, feed and water the animals. Then my grandfather would decide the daily chores, you would either be making hay all day in the summer or gather wood in the winter, there were other things, but these were the obvious. Then you would feed the animals at night, water them again, make sure the chores were done, and by this time my grandmother would have dinner ready and you would eat, watch some TV, and get ready to do it again the next day.

Why am I telling you this? As you have just read, my mother left us at a very young age. My father stayed. We were raised on a farm. The life of a farmer is not chosen very often because it's hard. You have to care about what you do and work very hard everyday. I can remember a time when we were older, my father took us to the lake to go swimming. Me, my girlfriend at the time, my brother Matt. Angela was with her father this day and Craig stayed home to spend time with his girlfriend. This same day my grandmother was attacked by a bull, her leg torn open by its horns. Craig saved her life. When my father found out this happened we all met at the hospital. We were there all night, blood transfusions, surgery, very exhausting. The next day the doctor assured us my grandmother was going to be ok, offered us several steak recipes and asked us to go get some rest. I went home exhausted and fell asleep. Before getting rest of his own, my father took care of all the chores. You really have to admire someone with that kind of work ethic. I believe it was instilled into Craig as well.

I would like to describe all of our family " roots " to you but it would take too long. They say you learn from the people around you in your younger years.  My father and stepmother worked everyday, my step mother Jackie lived an hour and a half from her job and she was the first one there almost everyday. The bosses loved it because the others could not use snow or ice or any weather conditions as an excuse not to come to work. My father often would drive her, he would work in Albany NY as well. He was in sales. The farm was always there, but run down and needed much repair. In other words, not making money. If it were, it would go to my grandparents anyways.

Writing this letter makes me think of the many great things I had in my life.  Yes there were hard times, and at times I really hated it. I guess when I look at it now I can really see the value of my upbringing, Craig's upbringing. When I was younger and could not see it. My hope is that my children will learn the same and apply it. I can tell you my brother works very hard and his motivation is to please others. His co-workers, his friends and his family. Now, let me be clear, has he caught a 1lb 3inch bass? Yes, and that was in the morning. By that afternoon it was, I mean, it had to have been 5lbs and 10inches. If it was your first time hearing the story the fish got even bigger.

Sometimes after the chores were done in the afternoon my father would take us to Caroga Lake state campground just to have a picnic. One time, towards closing time after the barbecue was over and we were all sitting around the fire telling jokes, Craig mostly, our spot became too loud. The adults drinking beer, everyone just having a great afternoon. The forest ranger came upon us and asked us to please keep it down. We all said, sorry, no problem officer. Craig begins a new joke, the ranger sticks around to hear the punch line delivered, and the ranger not only laughs but

begins his own series of hysterical jokes! Oh yeah and begins drinking beer too. Hours later, Craig and the forest ranger are still telling jokes, never repeating a single one. My brother has a great work ethic, great sense of humor and is also very loyal. Remember, in the beginning of this letter you read how my mother left us and my father took full responsibility of us.

 Well, lets talk about Dylan. Yes, this is the big one. Not sure many men who would have really stepped up to the plate like Craig did. A real family man, extremely devoted to that kid. At this point in my life Craig lives in California and I am still in New York. He meets his wife Tina whom I didn't know very well. All I knew is what I have heard and knowing my brother, I knew what was going to happen. I have only had a few encounters with Tina and spoken with her a few times on the phone. I knew she had a son named Dylan, and that he did not live with her at the time, but they did visit him often. Eventually, to make a long story short, my brother made arrangements to have Dylan live with them. I've heard she didn't want him, that she couldn't afford him. I don't know the whole story, I just know what my brother did.


There are many types of people in this world. Some who care, some who don't, and the those who will not stop. Dylan had Cystic Fibrosis. If you don't know what that is, please look it up, Dylan was sick and was only given a life expectancy of 35 years. This kid is sick and will die. My brother met his mother and united them. She wouldn't do it on her own. He not only helps her, but gives this young man an absolutely blessed few years. My brother provided a home, bought him everything and anything the kid wanted. He loved hockey. He went to more Mighty Duck games than most people I know! Sporting events, trucks, musical instruments and most of all, love. My brother grew to love this young man and the reason I know this is because I was one of the only phone calls my brother made when Dylan died. I tried to understand what my brother was telling me through the tears. Then I cried, because I knew if my brother could have done more, he would have.


My intention of this letter was to share with you some stories and provide you some life background. If you have taken the time to read this, then I thank you. I am a father of two children. My wife and I love them very much. We both work very hard. I have been is sales my whole life. I am still in touch with many of my childhood friends, and we sometimes talk about Fort Plain. About the past, the years that have passed and often compare it to now. My brother is a good person, with a big heart. Sometimes we say things because we want you to like us, or to impress you so we can be your friend.  I do it. Many people I know do it too. What I am writing you is real. Real events, real stories. Our family misses Craig very much. His son Tristan misses him very much. My brother is a genuinely great guy, who has had some high points in his life and some low. I hope I have painted that picture for you, If you did read this, again I thank you.

Sincerely,

Charles Shults

**February 27, 2019**

**To: Honorable Lawrence J. O'Neill**

**From: Gregg Knight**

**Re: Character letter for Craig Shults**

I am submitting this letter to explain my relationship with Craig Shults. I met Craig through a friend about 13 years ago. It wasn't until about 2008, when I spent some time with Craig. In September of 2008, I was met personally with a dire financial situation coupled with a divorce all at the same time. My divorce involved 4 young children who's mother had issues with alcohol.

Craig was there for me to let me know if there was anything I needed from him, he would be there any time of the day or night. Craig spoke highly of his wife and 2 son's and was very proud to speak of them often. He also shared some of the medical issues his one son had and that he was trying to do anything possible to help him. Bottom line, I considered Craig a family man.

I never saw or heard of any wrong-doings by Craig, so when his arrest occurred I was completely surprised.

As a retired police officer, I am extremely guarded as well as trained to look for any actions by people that may seem suspicious. I never saw anything like this from Craig.

Respectfully,

Gregg Knight



Date: February 18, 2019

Jackie Shults

███████████████████

Kissimmee, Fl. 34746

Honorable Lawrence J. O'Neill
U.S. District Judge
Eastern District of California

You're Honor:

I am Jackie Shults, Craig Shults's Stepmother. Craig lived here in New York where he graduated from Fort Plain High School and attended college at Fulton Montgomery Community College. He was recruited by the Insurance Industry where he achieved Top Sales honors and was a hard worker.  I have been in the Insurance/property/mortgage business myself for 25 years, have been successful enough to have raised four children all doing well and have been kind to each other.

Craig has had challenges over his life but I have found Craig M. Shults to be dependable, hard-working, conscientious, honest, and courteous and to be as helpful as possible toward other people. Craig did volunteer work for the Cystic Fibrosis Association. Craig's ability to promote and produce an audience was second to none and he has exceptional skills that he could still be used for good.

Craig had a step-son from his second marriage named Dylan. Craig adopted his wife's son Dylan, who was living with foster parents at the time of his marriage. Craig's wife Tina had given her son up because as single parent she could not afford his extra expenses as a Cystic fibrosis patient,   Craig persisted, went to court with her,  and together got her son back, changed his last name to Shults and adopted him. Craig has always provided his fatherly love, to his step-son, who also was his fishing buddy.

When Dylan was sick Craig took him deep sea fishing, on camping trips, golfing and sea side experiences, beach side picnics and campfires and watching sunsets. Craig kept Dylan active and motivated and did all that a Cystic fibrosis patient could manage. Craig made Dylan laugh and that gave Dylan hope.

Dylan always had trouble breathing and it got worse and he was not expected to live past his sixteenth birthday. I attended his sixteenth birthday, then his seventeen birthday and his eighteenth, the fund raiser, the seminars and his last fundraiser for his 18 birthday. But Dylan needed a new Lung. He was just an eighteen year old boy and his lungs were barely working.

Craig didn't give up and he worked using his skills, working steadily and Nationally with the doctors to help Dylan fight Cystic Fibrosis. He worked with the foundation to find a new lung  and finally, a  young lady was killed in an auto accident in Pennsylvania.  It was all most a perfect fit we were told.

The new lung gave us all hope that things would return to "normal". Craig's younger son Tristan, also enjoyed his brother, Dylan and their father, Craig, and together they spent school nights doing regular things like working on Homework, goofing around just being together. Craig stoodby Dylan, coached him, helped him graduate high school, attended meetings and seminars for Cystic Fibrosis patients, and held out hope for a successful lung transplant – what all Cystic Fibrosis patients pray for. The three enjoyed each others company, they we're a team and Dylan's support system.

Sadly Dylan's body rejected his new lungs and he passed December 23, 2010. Everyone was devastated his little brother Tristan had lost his roommate, his buddy and older brother.

Just a few months later Craig was served notice and then taken into custody and separated from his young son. I know this devastated Craig who was already raw from and worn out from his son's battle with Cystic Fibrosis. I know Craig is counting the days and planning his return as a father to Tristan, there is nothing he wants more than to become a responsible parent and help be there for his son. Your Honor please show mercy for Craig and his son and our family so Craig can someday come home to his only living Son.  I would like to see my son and grandson united one day.

Thank You for your Mercy.


Jackie Shults

██████████████

Richfield Springs, NY 13439

February 18, 2019

Honorable Lawrence J. O'Neill
U.S. District Judge
Eastern District of California

Dear Judge O'Neill,

　　My name is Lori Branigan. I am a second cousin to Craig Shults. Craig and i grew up in close proximity to each other and we have been very close all of our lives. Craig is a very special person. It is hard for me to put into words how special Craig is because you would have to spend time with him to know the type of man he is. Craig is so many good things ..... he is honest, strong, loving, kind, intelligent, funny and so very hard working. Craig's Family and friends are of number one importance. From the time we were kids together growing up on our grandparents farms,Craig was so involved and hard working and when we grew older he demonstrated the same love and commitment to his family and children. Craig is always there for us all when we need him. I myself recently went through a very painful divorce and Craig, from prison /Jail called me every day and was there for me to talk to.He helped me greatly through that vary hard time in my life. He not only helped me through this hard time but he was also there for my 14 year old daughter as well. He spoke with her often and kept her positive, not only through the divorce but she was having trouble at school with friends and being bullied. Craig talked to her and helped her understand ways to handle the situations positively.. He also helped her through the death of her father at age 10 and most recently the death of my father. He is most always so up beat and helpful to not only my daughter and i but to anyone who needs him. .Three years ago I visited Craig at Taft Correctional facility and spent 2 days. Craig introduced me to several guys that spoke so very highly of him. His positive outlook and perspective on life is infectious. Even with all Craig has gone through and endured, he still remains positive. Craig has tried to make the best out of this time of his life by helping as many guys as he can. He's taught classes and even graduated from college himself with honors. Craig also took a college course to become a paralegal. He finished the 2 year program in just 6 months with a near perfect GPA. Craig is eager to put this time of his life behind him and get home to take care of his family. Thank you for your time and consideration.

Respectfully,
Lori Branigan

**EXHIBIT P**
**Page 7**

February 18, 2019

Martin B. Shults

████████████████████
Kissimmee, Fl. 34746

Honorable Lawrence J. O'Neill
U.S. District Judge
Eastern District of California

You're Honor:

I am Craig Shults father. I was a Farmer's son from Upstate New York and always knew what time we would start work, (4:00 AM sharp). Craig was raised very much like that and on the same Farm with a strong work ethic. He would out work most in any situation, not harder, but smarter.

Craig is talented, he is a self-trained computer programmer, he could do programs as easily as he did the rubik's cube. He moved to California and started selling media on the internet and generating audiences for seminars.

Craig married Tina, who had a son, a young Cystic Fibrosis Patient named Dylan, who was already in bad health.  Craig adopted Dylan and made him a Shults, Dylan was now Craig's responsibility.  The Shults had a second son named Tristan who also depended on Craig. The disease was taking Dylan, but Craig helped with the fund raisers to find a new lung for Dylan and get him moved up the list for critical recipients.

I don't remember ever seeing Craig as happy and motivated as he was when he was with Dylan during this time and with his big heart he helped Dylan find new lungs in Pennsylvania from an auto accident. Dylan had his transplant and lived two more years before his body rejected the transplanted lungs. All the family, and Craig's business associates all knew Dylan.  It became a very sad day for his little brother and the Cystic Fibrosis Association lost a very Brave Patient and Craig was devastated.

When Craig went to Taft, his son lost his Father. His father [me] had a Heart Attack, and my health has deteriorated.

Craig is conscientious, honest, and courteous, a great father and generous citizen.
Craig is not a retaliating person; he is not a violent person and threatening harm against anyone is completely out of his normal character.

Craig's bark in a prison would be very loud but only in a defensive posture. Craig's bark is always worse than his bite. Craig has faced negativity from other inmates and it is even difficult for him to talk about it but I know it is a different world in there.

Please understand who Craig is deep down. I know my son would never wish harm on anyone because he was not raised that why. I hope that I will be able to spend time with my son someday and see Craig be part of his son Tristan's life again. Thank you for reading my letter.

Best Regards,

Martin B. Shults, Craig's father

Matthew John Shults

██████████████

Long Beach, CA 90814

██████████

02-21-2019

To: The Honorable Lawrence J. O'Neil
      U.S. District Judge
      Eastern District of California

My name Is Matthew John Shults, I am one of four children parented by Martin B. Shults and Jacqueline M. Shults. Our parents provided us a American Christian home in Upstate NY, they demonstrated being mindful and helping others and not causing harm to anyone. Our parents managed their home, the farm, their children and they both worked full time. Not one holiday or birthday was missed. Our parents worked tirelessly to demonstrate to us the right way to live.

Faith grew into all our lives as we grew to value honesty, forgiveness, gratefulness, for the love and dependable trust we share. Life on a farm, forestry, animal husbandry, nature, agriculture - stewardship to persevere to do our part in their sustainability. All of us worked in the wisdom handed down through the generations before us. We gratefully respected and obeyed the laws and rules of our government, and  treasure our freedom in peace, our families, our desire for these treasures to be shared by all.

Learning of Craig going to prison, left a sad place in my heart. Craig gave generously, raised a child with cystic fibrosis, that child's own mother gave up her son. Craig without hesitation married Tina and immediately helped her get her son back into her life. His name, Dylan and Dylan took Craig's last name. Craig's incarceration and while mourning the death of their son.  Given the opportunity I am sure Craig will put forth all his efforts to provide for his family.

Craig made time for his family and the challenges were not easy. Craig worked tirelessly to provide for his family, participation in school, athletics, etc. Craig volunteered and coached his son Tristan's hockey team. Craig's adopted son Dylan suffering and knowing his life would be taken by Cystic Fibrosis. Craig embraced the challenge of Dylan's disease supporting Dylan to become the ambassador to the Cystic Fibrosis foundation located in Orange County CA. Through Craig's supporting efforts Dylan Shults interacted with American singer Richard Marx, The Anaheim Ducks, Barry Manilow and others. Dylan Shults passed away. The support Craig gave to Dylan to help other people with Cystic Fibrosis will impact those lives to a day when Cystic Fibrosis will be cured.

**EXHIBIT P**
**Page 10**

Craig is an intelligent, responsible, and personable man. He is always quick to help others with sensible reactions in all the circumstances I've seen him in. I feel confident in saying that he is capable of handling any situation with thoughtfulness and maturity. Craig liked to inspire everyone to laugh and feel good, I am confident given the opportunity Craig will embrace his chance to do things right provide for his family and contribute to our great American society.

Sincerely,

Matthew Shults

---------- Forwarded message ---------
From: **Vespi, Robert D LCDR**█████████████████
Date: Fri, Feb 22, 2019 at 8:54 AM
Subject: Craig Shults
To:██████████████████████████████████

Your Honor,

Craig Shults is my first Cousin, son of my mother's brother, Martin Shults.  I have obviously known Craig my whole life as we are the same age born the same month and in the same year. Craig has always been a more like a brother to me and I know him very well.  Craig is not the "bad ass" he portrays himself to be sometimes, in fact Craig is nothing more than a very large Teddy Bear like the rest of our family.  He has never been one to be the "center of attention" nor has ever sought the kind of attention he normally got.  I agree, Craig has made some mistakes in his life along the way, but his intentions were always focused on his family.  Craig's thoughts had always surrounded his family, what can he do to make it a better life for his family.  I can't argue with what has been done, the time he has served or the things he says sometimes may be a bit outlandish, however, Craig is not a bad man and half the time what he says isn't quite what he means.

In my life, I have served and are still serving as a career law enforcement officer of 23 years +, from patrol officer through the ranks of Chief of Police.  All the meanwhile also serving our country as a career military member as an enlisted member in the US Air Force and now serving as an officer in the US Coast Guard Reserve.  I have met all walks of life, never mistreated anyone and I treat all people as I would want to be treated. This is how I was raised, this is how Craig was raised with the same family values.  Craig is a lover not a fighter.  Craig, like any of us, will do and say things to survive.  I'm sure it's not easy being locked up as an individual.  When I started my career in law enforcement, I began in the prison system and I have heard inmate's stories, I saw first-hand the collusion that goes on inside prison walls between the inmates.  Although I can empathize with those who are doing their time, I could never sympathize for the reasons they were there and I tried my best to stop any wrong doings between inmates.  I know Craig was raised with these same values, I know Craig is not a bad man and I also know that Craig will do whatever it takes to make things right again.  Craig is a family man.

I ask you to please consider Craig for who he is, not what he says.

v/r,
Robert Vespi
Currently:
Palm Beach County Deputy Sheriff
Lieutenant Commander, United States Coast Gaurd

**EXHIBIT P**
**Page 12**