WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330


Peter M. Jones, Esq. SBN# 105811

Attorneys For: Defendant, Craig Shults

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CRAIG SHULTS,<br><br>　　　　　　Defendant | Case No.: 1:17-CR-00136-NONE-SKO<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT/PETITIONER CRAIG SHULTS; DECLARATION OF PETER M. JONES; ORDER** |

　　　　Peter M. Jones, Attorney for Craig Shults, hereby moves this Court to be allowed to withdraw as counsel of record on the above-enumerated case. The reasons for this motion are set forth below in "Declaration of Peter M. Jones."

---

{9463/002/01330624.DOCX}　　　　　　1
Motion to Withdraw as Attorney of Record

**DECLARATION OF PETER M. JONES**

I was the last attorney of record for Mr. Craig Shults, on the above entitled matter. On July 30, 2020 I was appointed to represent Mr. Shults on his original Emergency Motion for Compassionate Release. That motion was denied on February 18, 2021 by the Hon. Dale A. Drozd. It has recently come to my attention that Mr. Shults filed a compassionate release motion, pro se, with this court. While I was aware of Mr. Shults' intention to do so, I did not consult with or advise Mr. Shults on, nor did I assist in, the preparation of his pro se motion. I am therefore requesting to withdraw as his attorney of record. My request to withdraw in no way reflects on the merits of Mr. Shults' motion. I have not personally read it.

I make this declaration under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and if called as a witness, I could and would testify thereto. Executed at Fresno, California on October 15, 2021.

/s/ Peter M. Jones
Peter M. Jones

Dated: October 15, 2021          Respectfully Submitted

**WANGER JONES HELSLEY PC**

By: /s/ Peter M. Jones
Peter M. Jones, Attorney for
Defendant-Petitioner CRAIG SHULTS

**ORDER**

For GOOD CAUSE:

It is HEREBY ORDERED, that Mr. Peter M. Jones be relieved as Attorney of Record for Defendant/Petitioner, Craig Shults, in the above-entitled matter.

IT IS SO ORDERED.

Dated: **October 26, 2021**   *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE