# Exhibit 1

```
 WXRB5                  *        PUBLIC INFORMATION         *      10-13-2021
PAGE 001                *             INMATE DATA           *      11:45:15
                                   AS OF 10-13-2021

REGNO..: 62783-112 NAME: SHULTS, CRAIG

                       RESP OF: LOF
                       PHONE..: 805-736-4154    FAX: 805-736-1292
                                                RACE/SEX...: WHITE / MALE
                                                AGE:   51
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 04-21-2025                         PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 62783-112 NAME: SHULTS, CRAIG

                  RESP OF: LOF
                  PHONE..: 805-736-4154   FAX: 805-736-1292
HOME DETENTION ELIGIBILITY DATE: 10-21-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-21-2025 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER..................: SACR 12-90-AG
JUDGE..........................: GUILFORD
DATE SENTENCED/PROBATION IMPOSED: 11-10-2014
DATE COMMITTED.................: 11-26-2014
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $700.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $2,000,000.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  820    COMMUNICATIONS ACT
OFF/CHG: 18 USC 1343 WIRE FRAUD (CTS.1-3,6,8-10)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    90 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 09-04-2009

----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION..........: CALIFORNIA, EASTERN DISTRICT
DOCKET NUMBER..................: 1:17CR00136-001
JUDGE..........................: O'NEILL
DATE SENTENCED/PROBATION IMPOSED: 03-11-2019
DATE COMMITTED.................: 04-12-2019
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00          $00.00




 G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 62783-112 NAME: SHULTS, CRAIG

                    RESP OF: LOF
                    PHONE..: 805-736-4154    FAX: 805-736-1292

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  014     18:115 RTLTNG FED OFF/INJURE
OFF/CHG: 18:115(A)(1)(B) RETALIATING AGAINST A FEDERAL OFFICIAL BY
         THREAT.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     72 MONTHS
 TERM OF SUPERVISION............:     36 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 010/010
 DATE OF OFFENSE................: 12-11-2016

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-28-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-11-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010

DATE COMPUTATION BEGAN..........: 11-10-2014
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    162 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     13 YEARS     6 MONTHS
AGGREGATED TERM OF SUPERVISION..:      3 YEARS
EARLIEST DATE OF OFFENSE........: 09-04-2009

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    04-25-2012   04-25-2012
                                    10-21-2013   11-09-2014




G0002       MORE PAGES TO FOLLOW . . .

Case 1:17-cr-00136-JLT-SKO   Document 156-1   Filed 11/09/21   Page 5 of 6

REGNO..: 62783-112 NAME: SHULTS, CRAIG

                      RESP OF: LOF
                      PHONE..: 805-736-4154   FAX: 805-736-1292
TOTAL PRIOR CREDIT TIME.........: 386
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 728
TOTAL GCT EARNED................: 378
STATUTORY RELEASE DATE PROJECTED: 04-21-2025
ELDERLY OFFENDER TWO THIRDS DATE: 10-19-2022
EXPIRATION FULL TERM DATE.......: 04-19-2027
TIME SERVED.....................:     7 YEARS     11 MONTHS     24 DAYS
PERCENTAGE OF FULL TERM SERVED..: 59.1
PERCENT OF STATUTORY TERM SERVED: 69.3

PROJECTED SATISFACTION DATE.....: 04-21-2025
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

# Exhibit 2
# SEALED PURSUANT TO RULE 141