

# United States District Court
# Eastern District of California

| United States of America | Case Number: 1:17-cr-00136-NONE-SKO-1 |

Plaintiff(s)

V.

| Craig Shults |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Brandon Sample** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
**Craig Shults**

On __10/26/2016__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Vermont__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __11/08/2021__    Signature of Applicant: /s/ __Brandon Sample__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Brandon Sample |
| Law Firm Name: | Brandon Sample PLC |
| Address: | 1701 Pennsylvania Ave. N.W. # 200 |
| City: | Washington    State: DC    Zip: 20006 |
| Phone Number w/Area Code: | (202) 990-2500 |
| City and State of Residence: | Rutland, Vermont |
| Primary E-mail Address: | brandon@brandonsample.com |
| Secondary E-mail Address: | ecf@brandonsample.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Carol Ann Moses |
| Law Firm Name: | Attorney at Law |
| Address: | 7636 North Ingram Avenue # 104 |
| City: | Fresno    State: CA    Zip: 93711 |
| Phone Number w/Area Code: | (559) 449-9069    Bar # 164193 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/9/2021    /s/ Sheila K. Oberto
JUDGE, U.S. DISTRICT COURT