BRANDON SAMPLE
Brandon Sample PLC
Vt Bar # 5573
1701 Pennsylvania Ave. N.W. # 200
Washington, DC 20006

*Pro Hac Vice Counsel for Craig Shults*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CRAIG SHULTS,<br><br>　　　　Defendant. | Case No.: 1:17-cr-00136-JLT-SKO<br><br>**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO MOVE FOR LEAVE TO AMEND**<br><br>**(DOC. 172)** |

Before the Court is Defendant Craig Shults' Second Motion for Extension of Time to Move for Leave to Amend. (Doc. 172.) For good cause shown, the motion is **GRANTED**. Shults shall file his motion for leave to amend on or before February 28, 2022.

IT IS SO ORDERED.

Dated:　**February 15, 2022**　　　　　　　　　　　　*/s/ Jennifer L. Thurston*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE