AMENDED MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,

OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | E.D. of California - Fresno |
|---|---|---|
| Name *(under which you were convicted)*: Craig Shults | | Docket or Case No.: 1:17-cr-136 |
| Place of Confinement: FCI Lompoc | Prisoner No.: 62783-112 | |
| UNITED STATES OF AMERICA  V.  Craig Shults | | Movant *(include name under which convicted)* |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   USDC EDCA - Fresno

   (b) Criminal docket or case number (if you know): 1:17-cr-136

2. (a) Date of the judgment of conviction (if you know): 3/14/2019

   (b) Date of sentencing: 3/11/2019

3. Length of sentence: 72 months

4. Nature of crime (all counts):

   Retaliating against a federal official by threat, a violation of 18 U.S.C. 115(a)(1)(B)

5. (a) What was your plea? (Check one)
   (1) Not guilty ✔    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ✔    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ✔

8. Did you appeal from the judgment of conviction?  Yes ✔  No ☐

9. If you did appeal, answer the following:

    (a) Name of court: U.S. Court of Appeals for the Ninth Circuit

    (b) Docket or case number (if you know): 19-10106

    (c) Result: Conviction & Sentence Affirmed

    (d) Date of result (if you know): 7/22/2020

    (e) Citation to the case (if you know):

    (f) Grounds raised:

    District Court erred in admitting testimony from Valkovich; District Court deprived Shults of the right to allocute; District Court erred in using the preponderance standard for enhancements at sentencing.

    (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ✔  No ☐

        If "Yes," answer the following:

        (1) Docket or case number (if you know): 19-10106

        (2) Result: Certiorari denied

        (3) Date of result (if you know): 11/9/2020

        (4) Citation to the case (if you know):

        (5) Grounds raised:

        Whether, in an 18 U.S.C. § 115(a)(1)(B) prosecution for threatening a federal judge, subsequent act evidence of additional threats made months after the charged conduct is inadmissible when the government proves its case as to the charged threat by playing a clear and unambiguous recording of the communication at issue?

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ✔

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

    (4)    Nature of the proceeding: _____

    (5)    Grounds raised:

_____

    (6)    Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐      No ☐

    (7)    Result: _____

    (8)    Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)    Name of court: _____

    (2)    Docket of case number (if you know): _____

    (3)    Date of filing (if you know): _____

    (4)    Nature of the proceeding: _____

    (5)    Grounds raised:

_____

    (6)    Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐      No ☐

    (7)    Result: _____

    (8)    Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)    First petition:    Yes ☐      No ☐

    (2)    Second petition:    Yes ☐      No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Counsel Was Ineffective For Not Allowing Shults To Testify; Shults' Sixth Amendment Right To Autonomy Was Violated

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The credibility of the witnesses at Shults' trial was critical to Shults' conviction. Shults told his attorney before and during trial that he wanted to testify, but he was not allowed to and the Court did not question Shults about whether he wanted to testify. It was deficient performance for Shult's counsel to interfere with Shult's right to testify. Shults was prejudiced by this error because there is a reasonable probability that he would have been found not guilty but for his counsel's deficient performance. Shults would have testified about how meant no harm to his original judge. Rather, the statements Shults made were pressured out of him by Bill Knox. Knox essentially fed Shults what he wanted to hear. Shults wanted Knox to hire an attorney for him, and Shults was afraid for his safety. So Shults went along with Knox. The statements Shults made came from a series of books by different authors. Some of those books included "The Camel Club," "The Collectors," "Stone Cold," "Divine Justice," "Hell's Corner," "Bullseye," "The Racketeer" and titles from the "Jason Bourne" series. Had this testimony been before the jury, there is a reasonable probability Shults would have been found not guilty, or the jury would been unable to render a verdict.

See memorandum of law and facts in support (to be filed soon) for further information.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ✔

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance are not cognizable in a 2255 proceeding.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ✔

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Counsel Was Ineffective For Failing To Call Two Witnesses

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Shults' counsel was ineffective for failing to call two witnesess--Victor Torrez (spelling unsure) & another inmate from the Taft prison. These witnesses would have testified about how Bill Knox told them that he was trying to set up Shults so he could obtain a sentence reduction under Fed R. Crim. P. 35. Both of these witnesses had first hand personal knowledge of statements by Knox, and upon information and belief, Shults's counsel was aware of this. Nevertheless, these witnesses were not called. This was deficient performance and not strategic. And Shults was prejudiced by this error because testimony from these witnesess in combination with Shults' own testimony would have been enough to create reasonable doubt in the jury's mind.

See memorandum of law and facts in support (to be filed soon) for further information.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ✔

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are properly reserved for collateral attack.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

　　Yes ☐　　No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

　　Yes ☐　　No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

　　Yes ☐　　No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

　　Yes ☐　　No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Counsel Was Ineffective For Failing To Properly Question Anwar Hassan

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Anwar Hassan was called to testify in Shults' defense. However, Shults' counsel did not ask Hassan the most critical question--whether he had personal knowledge about whether Bill Knox was trying to set up Shults. If Hassan had been asked this question, Hassan would have testified that he Knox told him that he tried to set him up. This was critical testimony the jury needed to hear and there was no strategic reason for not asking the question. It was ineffective assistance not to ask the question as there is a reasonable probability the jury would have found Shults not guilty or been unable to render a verdict had this testimony been presented.

See memorandum of law and facts to be filed soon.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ✔

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of IAC are properly reserved for collateral attack.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Counsel Was Ineffective For Failing To Obtain And Call An Expert Witness

  (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Shults' counsel was ineffective for failing to hire an expert in BOP corrections. Had such an expert been hired, the expert would have testified that it is common for inmates in federal prison to lie and do practically anything to try and obtain a sentence reduction. This is because federal courts--at least at the time of Shults' crimes--did not have statutory authority to easily revisit a sentence. As a result, inmates often only obtained a sentence reduction through a motion under Fed R Crim P 35(b), which requires cooperation with the Government. This testimony would have been critical for the jury to hear because it would have provided factual clarity about prison life and the efforts inmates will take sometimes to get a sentence reduction. Had this testimony been presented, there is a reasonable probability the jury would have found Shults not guilty or been unable to return a verdict.

See memorandum of law and facts in support (to be filed soon).

  (b)  **Direct Appeal of Ground Four:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐      No ☑

    (2)   If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance are properly reserved for collateral attack.

  (c)  **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐      No ☑

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: 

Name and location of the court where the motion or petition was filed: 

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available): 

(3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
  Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available): 

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: 

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ✔   No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

Compassionate Release motion in this same court.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:

(c) At the trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This motion is timely as it is filed within one year of the Supreme Court's order denying certiorari.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1)  the date on which the judgment of conviction became final;
  (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Vacate Shult's conviction.

or any other relief to which movant may be entitled.

/s/Brandon Sample
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on                                                       .
(month, date, year)

Executed (signed) on _____ (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13 of 13

Print    Save As...    Add Attachment    Reset