UNITED STATES OF AMERICA,
PLAINTIFF

**FILED**

v

CASE NO: 1-17-CR-00136-JLT-SKO

CRAIG MARTIN SHULTS
DEFENDANT

MAY 0 4 2022

SUPPLEMENT TO REPLY FOR MOTION FOR
COMPASSIONATE RELEASE UNDER TITLE 18
SECTION 3582(c)(1)(A)(i)

DATE: TBD
TIME: TBD

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

HONORABLE DISTRICT JUDGE JENNIFER L. THURSTON

Defendant is filing this supplement do to not having the exhibit(s) to proffer to the court at the time that he filed

his reply to the government response. These exhibits to not include new argument. The exhibit(s) are proffered to

support the claims made by the Defendant in the reply brief previously filed.

Defendant is "Eligible" to receive Time Credit under the First Step Act of 2018.  As stated by B Unit Manager, "You have

been updated to Eligible" on February 7, 2022. See Attached Exhibit A

FCI Lompoc has not applied the "Time Credit" to Shults's sentence and has no idea when it will be applied. As stated

by the B Unit Manager, "Unfortunately, we do not know when DSCC does their sentence computations" See

Attached Exhibit B

FCI Psychology, has evaluate Shults under the First Step Act programs and determined that Shults does not have a

need for any FSA Programs offered by Psychology. Quoted from Psychology, "According to the results from the First

Step Act needs assessment, you do not qualify to take any classes offered by Psychology Services. Which can be a

good thing!" See Attached Exhibit C

FCI Lompoc Continues to grow the population on the complex. As of April 25th the population is now 1018, not

counting the additional 40 inmates who arrived on that week on the bus. See Attached Exhibit D

Defensant's PATTERN SCORES are now negative numbers with a General Score (negative ten) -10 and a Violent Score of

(negative one) -1. See Attached Exhibit E

Shults will recieved the degree(s) he applied for in August 2022 from Coastline College. See Attached Exhibit F

Additionally as of today 04/27/2022, FCI Lompoc is experiencing another outbreak of COVID-19. As J unit on the

complex had an inmate who was scheduled to be released get swabbed and tested positive for COVID-19. COVID-19

is not properly monitored or controlled by the guidance that has been provided by Court appointed Doctor Homer

Venters at FCI Lompoc. The threat for serious illness and or death from COVID-19 is very real.

Respectfully submitted.

Sumitted on this 27th, Day of April, 2022 at Lompoc, California 93436-2705 by.

Craig Shults #62783-112

05/02/2022 - The BOP has **137,812** federal inmates in BOP-managed institutions and **13,365** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **158 federal inmates** and **181 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **52,317** inmates and **12,579** staff have recovered. There have been **294** federal inmate deaths and **7** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **11** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Safety and Health at 11:00 a.m. each day.
 BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.  Note: reported staff deaths have been determined to be work-related as defined by 29 CFR 1904 (OSHA Recordkeeping standard). As such, they have been recorded on the respective institution's OSHA 300 injury and illness log as a work-related fatality.

The BOP tests inmates in accordance with CDC guidance. The BOP utilizes this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility | Inmates Positive ▼ | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| Lompoc FCI | 39 | 0 | 3 | 0 | 482 | 36 | Lompoc | CA |
| Allenwood USP | 28 | 0 | 1 | 0 | 272 | 50 | Allenwood | PA |
| Victorville Medium II FCI | 9 | 8 | 2 | 0 | 620 | 84 | Victorville | CA |
| Miami FDC | 7 | 0 | 2 | 0 | 222 | 73 | Miami | FL |
| Rochester FMC | 6 | 18 | 0 | 0 | 409 | 186 | Rochester | MN |
| Coleman II USP | 4 | 1 | 1 | 0 | 438 | 147 | Sumterville | FL |
| Dublin FCI | 3 | 1 | 0 | 0 | 257 | 45 | Dublin | CA |
| Oklahoma City FTC | 3 | 0 | 2 | 0 | 710 | 83 | Oklahoma City | OK |

Craig Shults 62783-112
CASE 1-17-CR-00136-JLT-SKO