# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>CRAIG SHULTS,<br><br>                        Defendant. | No.  17-CR-00136-JLT-SKO<br><br>SCHEDULING ORDER RE PENDING 28 U.S.C. § 2255 MOTION<br><br>(Docs. 154, 175) |

Defendant Craig Shults filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 on November 8, 2021.  (Doc. 154.)  Shults filed an amended § 2255 motion on March 3, 2022.  (Doc. 175.)  The United States is directed to file its response to Shults's § 2255 motion, including any Rule 15 arguments, within 60 days of the date of this order.  Any reply shall be filed by Shults within 30 days of the government's response.[1]

IT IS SO ORDERED.

    Dated:   **June 10, 2022**

                                                                            /s/ Jennifer L. Thurston
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] The Court will entertain a reasonable stipulation to modify these deadlines should there be cause for such a modification

1