PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAIG SHULTS,<br><br>    Defendant. | CASE NO. 1:17-CR-00136-JLT-SKO<br><br>STIPULATION TO CONTINUE BRIEFING SCHEDULE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and CRAIG SHULTS ("SHULTS"), by and through SHULTS's counsel of record, Brandon Sample, hereby stipulate as follows:

1.   On March 3, 2022, SHULTS filed his Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. Dkt. 175.

2.   On June 10, 2022, the Court ordered the government to file any response to SHULTS's § 2255 motion within 60 days of the date of the order, making the government's response due August 9, 2022. The order also directed SHULTS to file any reply within 30 days of the government's response. Dkt. 178.

3.   Undersigned government counsel has been working diligently on the government's response. Counsel's minor child recently contracted COVID-19. While counsel will endeavor to work

STIPULATION TO CONTINUE BRIEFING SCHEDULE          1

from home, counsel anticipates taking some leave for purposes of caregiving. Additionally, counsel is scheduled to be out of town for trainings and a prepaid vacation during the last two weeks of July and first week of August 2022.

4. In light of her travel schedule and caregiving responsibilities, counsel seeks a 30-day continuance of the government's response deadline and SHULTS's reply deadline. If the Court were to grant the continuance, the government's response would be due September 8, 2022, and SHULTS's reply would be due 30 days from the date of the filing of the government's response.

5. SHULTS's counsel has no objection to this request.

IT IS SO STIPULATED.

Dated: July 6, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated: July 6, 2022

/s/ per email authorization

BRANDON SAMPLE
Counsel for
CRAIG SHULTS

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the date by which the government must file any response to CRAIG SHULTS's Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 is hereby continued to September 8, 2022. Any reply shall be filed by SHULTS within 30 days of the government's response.

July 7, 2022

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE